UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Bernard Ross Hansen,<br><br>    Defendant. | NO. 18-092 RAJ<br><br>INVOCATION OF RIGHTS AT<br>INITIAL APPEARANCE |

I, Bernard Ross Hansen, the defendant in the above-entitled case, accept Jennifer Wellman as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 16th day of April, 2018.

_____
Defendant

Approved by:

_____
Attorney for Defendant

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100