The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | NO. CR18-92RAJ<br><br>STIPULATED PROTECTIVE ORDER |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following order:

**PROTECTIVE ORDER**

The personal information related to any Northwest Territorial Mint customer, employee, or other witness, provided in discovery is deemed Protected Material. As used in this Order, personal information shall mean a customer, employee, or witness's date of birth, Social Security number, bank account number, or home address.

Possession of Protected Material is limited to the attorneys of record in the above-captioned case and members of the prosecution team and the defense team assigned to assist with this case (the prosecution and defense teams includes other associated attorneys, professional staff, investigators, and retained experts). The attorneys of record

*United States v. Bernard Ross Hansen, et al.*
*CR18-92RAJ,* Stipulated Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and the prosecution and defense teams may not provide copies of the Protected Material to any other person, including any Defendant in this case. This order, however, does not prohibit the attorneys and members of the prosecution and defense teams from reviewing and discussing the contents of documents containing Protected Material with Defendants, victims, or prospective witnesses. Further, a Defendant, victim, or witness may be provided their own personal information.

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Motion for the Entry of a Modified Protective Order.

IT IS SO ORDERED.

DATED this 2nd day of May, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

*United States v. Bernard Ross Hansen, et al.*
*CR18-92RAJ,* Stipulated Protective Order - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970