THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-092-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

Based on the stipulated motion of the parties to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the parties' stipulated motion (Dkt. #25) is GRANTED. The trial in this matter is continued from June 25, 2018, to February 25, 2019.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order through February 25, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (B).

FURTHERMORE, all pretrial motions, including motions in limine, shall be filed no later than January 11, 2019.

IT IS ALSO ORDERED that a Status Hearing will be held on September 21, 2018, at 10:00 a.m.

DATED this 25th day of May, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**