WA/WD PTS-NoAction
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Hansen, Bernard Ross** | 9/6/2018 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, United States Magistrate Judge | 2:18-cr-00092-RAJ-1 |
| Original Offense | Date Supervision Commenced |
| Count 1-10: Mail Fraud<br><br>Count 11-20: Wire Fraud | April 16, 2018 |

**Bond Conditions Imposed:**

- Travel is restricted to <u>the Western District of Washington</u>, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services. <u>Defendant is directed to disclose ownership of any precious metals</u>.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- No employment in any positions in which there is actual/potential access to cash or negotiable instruments, <u>or precious metals</u>, unless the employer is notified and the employment has been approved by Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case <u>regarding this case and investigation except if in the presence of counsel</u>.

The Honorable Mary Alice Theiler, United States Magistrate Judge  Page 2
Report on Defendant Under Pretrial Services Supervision  9/6/2018

> - You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.
>
> - The defendant shall maintain a single checking account in his or her name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.
>
> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan without approval of the defendant's U.S. Probation Officer.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

### Nature of Noncompliance

1. Mr. Hansen violated a special condition requiring him to not have direct contact or indirect contact with any existing and/or future witnesses in this case by having contact with witnesses on or about April 18, 2018.

**Supporting evidence:**

Prior to his arrest for the instance offense, the defendant was the founder, president, and Chief Operating Officer of Northwest Territorial Mint, located in Federal Way, Washington, Auburn, Washington, Nevada, Hawaii, and Texas. Due to the instant offense, the business is currently in Chapter 11 bankruptcy proceedings. On or about June 5, 2018, I was advised by the Assistant United States Attorney that the defendant had indirect contact with former employees of Northwest Territorial Mint. He disclosed the employees are also witnesses in this case.

I subsequently spoke to Federal Bureau of Investigation Agent Ben Williamson. He reported that on or about April 18, 2018, a friend of the defendant was at Northwest Territorial Mint, located in Nevada, to investigate mint equipment allegedly purchased by the defendant's business partner. Agent Williamson indicated the defendant was conversing with his friend via telephone while he was investigating the mint equipment. He advised while on the telephone, the defendant was passing on messages to two of his former employees through his friend. Additionally, Agent Williamson disclosed the defendant spoke directly with one of the witnesses, yelling at her about answering the telephones at Northwest Territorial Mint.

2. Mr. Hansen violated a special condition requiring him to not have direct contact or indirect contact with any existing and/or future witnesses in this case by having contact with witnesses on or about July 15, 2018.

**Supporting evidence:**

In May 2018, defense counsel requested permission for the defendant to travel to Northwest Territorial Mint, located in Nevada, to obtain his property and records to insist with this case. After discussing this request with the Assistant United States Attorney and the Bankruptcy Court Trustee, the defendant was given permission to travel. Additionally, he was granted permission to have contact with one former employee and witness in this case while at Northwest Territorial Min. The employee was present to provide security for the business and to ensure the defendant only obtained items belonging to him.

The Honorable Mary Alice Theiler, United States Magistrate Judge  Page 3
Report on Defendant Under Pretrial Services Supervision  9/6/2018

I conducted a home contact with the defendant on July 24, 2018, and asked him about his trip to Nevada. He reported having contact with several of his previous employees while at Northwest Territorial Mint. The defendant disclosed the employees helped him load his belongings into a truck, and indicated the employees were complaining to him about the Bankruptcy Court Trustee. I reminded the defendant that he cannot have any contact with his former employees because they are witnesses in this case, and verbally reprimanded the defendant.

Although it is concerning that the defendant had contact with witnesses in this case, the Assistant United States Attorney disclosed there are no facts indicating the defendant was engaged in witness tampering during the contacts.

A jury trial has been scheduled in this matter on February 25, 2019, before The Honorable Richard A. Jones, United States District Judge.

**United States Probation Officer Action:**
☒  Reprimand

I have notified defense counsel, who disclosed he does not agree the defendant willfully violated the bond. However, he concurs with the recommendation. The Assistant United States Attorney was also notified and he agrees concur with the recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 6th day of September, 2018.

BY:

_____
Christina Lacy
United States Probation Officer

_____
Jaymie Parkhurst
Supervising United States Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

_____
Mary Alice Theiler,
United States Magistrate Judge

Sept. 6, 2018
_____
Date