The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                          Plaintiff,       )<br>                                                        )<br>         vs.                                         )<br>                                                        )<br>                                                        )<br>BERNARD ROSS HANSEN and  )<br>DIANE RENEE ERDMANN,        )<br>                                                        )<br>                          Defendants.  )<br>                                                        ) | Case No.:  CR18-092RAJ<br><br>JOINT DEFENSE MEMORANDUM RE: STATUS HEARING |

This complex case is scheduled for a Status Hearing on Friday, September 21, 2018. Per the Court's request, the following identifies the three main issues the defense hopes to address with the Court:

**1.  The Trial Date**

Per the original motion to move the trial date, the date agreed upon by the parties was based on the Government's representation of the volume of discovery and its estimate of the time necessary for the defense to effectively prepare for trial. Dkt. 25. The Government has advised the defense that it continues to believe the February trial date is realistic. The defense disagrees.

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA  98101
(206) 553-1100
FAX (206) 553-0120

First, the discovery process is not complete. Second, the volume of discovery is extraordinary. In June, the defense noted that discovery at that time including many audio recordings and over 70,000 numbered pages, over 60,000 of which are protected and cannot be produced to the client outside the office. Dkt. 35 n. 16. Since then, the Government has produced approximately 111,000 additional numbered pages of discovery and 2,645 audio files, taken control of over approximately 1,420 boxes from the Nevada warehouse that was subject of earlier litigation, and hopes to produce in the near future mirror images of servers for the Mint that should reflect the Trustee's liquidation of the Mint since he assumed control in April 2016.

Moreover, the Government's index gives the impression that, despite the volume, the discovery is straight forward and easily reviewed. In truth, the discovery production is a rabbit warren.

The February trial date was picked at random, as a placeholder of sorts based on the Government's guestimate of the time it would take the Government to produce discovery and for defense counsel to review the materials, resolve discovery issues and conduct its own investigation in preparation for trial, before the need to file any pretrial motions. Despite the exercise of due diligence, the Government's guestimate proved overly optimistic.

The defense therefore, believe the February date is unrealistic, keeping in mind the above facts and the need for adequate time for counsel to fully and adequately review the discovery with their respective clients, as well as any and all factual and legal issues presented, and sentencing consequences so they can effectively prepare for trial and Ms. Erdmann and Mr. Hansen can each make an informed and intelligent decision of how to proceed. Counsel for Ms.

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA 98101
(206) 553-1100
FAX (206) 553-0120

Erdmann is also expected to be in trial on February 19, 2019 in *United States v. Taylor*, CR 16-300RSL and that trial is expected to take approximately 10 days.

Since discovery is still ongoing and the defense is yet to receive a vast amount of electronic data, it may make sense to set a date by which the defense can propose a new trial date rather than guessing at new trial date at the Status Hearing.

### 2. Scheduling Order

The parties agree that in a complex case, scheduling orders regarding deadlines for discovery, including *Jencks*, expert witnesses and other critical components to effective preparation for trial and a fair trial, are appropriate. Based on the Court's decision as to the trial date, the parties agree to work collaboratively on a scheduling order for the Court's consideration after the Status Hearing.

### 3. Motions Pending

The defense filed a motion to prevent spoliation of evidence. Dkt. 30. The parties hope to file (if they haven't already) a stipulation regarding the resolution of that motion. The defense does not anticipate the need for further argument.

The defense has also filed a motion for a narrowly defined gag order. Dkt. 39. The proposed order does not and should not preclude the Government or the defense from preparing its case, including but not limited to, interviewing or preparing witnesses in anticipation of trial. If the Government has had sufficient time to review the motion, the parties will be prepared to address the motion at the status hearing. However, if the Government or the Court wishes to set another hearing to address the issue, the defense has no objection to doing so.

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA 98101
(206) 553-1100
FAX (206) 553-0120

**4. Privilege Review.**

The parties anticipate that the Court will be asked to review legal documents to determine if they should be withheld from the Government pursuant to the attorney-client privilege. The parties simply wish to let the Court know that such a motion is likely.

<u>The Karr Tuttle Campbell Box</u>. The law firm of Karr Tuttle Campbell turned their legal files over to the bankruptcy trustee who, in turn, turned the files over to the Government. The Government reviewed the retention letter and believes that the documents are not subject to a privilege which can be asserted by the defendants. The Government believes that the firm was performing services on behalf of the company, not Mr. Hansen as an individual. However, the Government has not reviewed the file and is holding it for the defense to review to determine whether a privilege will be asserted. The parties are in the process of scheduling a time for the defense to review the materials. If the defense asserts that the file is privileged, the parties will likely ask the Court to review the file to determine whether either defendant can assert the attorney-client privilege regarding the documents.

<u>Other documents</u>. As part of its investigation before the case was charged, the Government came into possession of a number of documents for which a taint review process was initiated. That process is not yet complete. There may be issues brought before the Court regarding this process. The defense only learned of the taint review process this month and has not yet seen the reviewed documents.

//

//

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA 98101
(206) 553-1100
FAX (206) 553-0120

The defense is not aware of the any other issues that require the Court's intervention or oversight at this time.

Respectfully submitted this 18th day of September, 2018.

| | |
|---|---|
| s/ Jennifer E. Wellman and Dennis P. Carroll | /s Michael G. Martin |
| Attorneys for Bernard Ross Hansen | Michael G. Martin WSBA #11508 |
| Federal Public Defender | Attorney for Diane R. Erdmann |
| 1601 Fifth Avenue, Suite 700 | Siderius Lonergan & Martin LLP |
| Seattle, WA 98101 | 500 Union Street, Suite 847 |
| (206) 553-1100 | Seattle, WA 98101 |
| Fax (206) 553-0120 | (206) 624-2800 |
| Email: Jennifer_Wellman@fd.org | Fax (206) 624-2805 Email: |
| Dennis_Carroll@fd.org | michaelm@sidlon.com |

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

**Certificate of Service**

I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to counsel for other parties of record.

            /s *Charlotte Ponikvar*
            Paralegal

JOINT DEFENSE MEMORANDUM
RE: STATUS HEARING
(*Hansen and Erdmann*, CR18-092RAJ) - 2

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WA  98101
(206) 553-1100
FAX (206) 553-0120