The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, <br><br> Defendants. | Case No. CR18-0092-RAJ <br><br> DEFENDANTS' REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR ORDER PREVENTING WITNESS(ES) FROM MAKING PUBLIC STATEMENTS |

Bernard Ross Hansen, by his counsel, and Diane Erdmann, by her counsel, moved this Court for an order prohibiting the Government and its witness(es) from making public statements regarding this case. Dkt. 39. In its response, the Government contends the motion should be denied because (1) the proposed order is not narrowly drawn; and (2) the motion erroneously assumes that the target of the motion is the United States Attorney's Office as opposed to its witness, the Trustee, Mark Calvert. Dkt. 43.

First, with respect to the proposed order, as the parties discussed prior to filing the motion, the defense intended to narrowly proscribe the order so it is tailored to the issue before the Court and not prescribe an outright ban on the Government's ability to make appropriate press releases as the case moves forward or concludes. Dkt. 39-1 at 2. As it notes, the Government has not

DEFENDANTS' REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO PREVENT FURTHER
PUBLIC STATEMENTS
(*Hansen & Erdmann*, CR18-092RAJ) - 1

**FEDERAL PUBLIC DEFENDER'S OFFICE**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

attempted to try this case in the press and therefore, that particular issue is not before this Court. What is before the Court, however, is the Government's witness' inappropriate character assassinations of Mr. Hansen under the guise of fulfilling his fiduciary duty as Trustee of the estate. Counsel for Mr. Hansen and Ms. Erdmann are happy to work with the Government to make the proposed order make that fact clearer.

Second, with respect to the actual issue before the Court, the defense opted to summarize examples of Mr. Calvert's actions to support the motion. In response, the Government claims that, other than the May 2017 "Section 341" hearing, there is no evidence of Mr. Calvert making disparaging comments to witnesses. The Government has had the discovery in the case for more than two years and it has had regular contact with Mr. Calvert, and it is abundantly clear that Mr. Calvert is neither a "disinterested"[1] person nor silent since the May 2017 "Section 341" hearing with creditors, former employees and customers and thereby, potential witnesses, regarding his disdain of Mr. Hansen and Ms. Erdman. The defense simply did not anticipate the denial of Mr. Calvert's disdain or derogatory remarks to date and therefore, spared the Court further detail than necessary to decide the motion.

Nevertheless, Mr. Calvert's disdain and attempt to disparage the defendants should not be surprising to anyone paying attention. For example, in his power point during the May creditors' meeting, Mr. Calvert discussed and displayed what he believed to be Mr. Hansen's criminal history and history in bankruptcy court. *See* Exhibit 1 at 14 (power point).[2] Two pages were dedicated to discussing what the Trustee believed to be the details underlying Mr. Hansen's

---

[1] Dkt. 43 at 2.

[2] It is unclear whether the Trustee showed the power point during the meeting. However, the tape recording of the Trustee's statements during this meeting mirror his power point. The tape recording was not filed with this motion in the interests of judicial economy. However, if the Court would indeed want a copy of the hearing before ruling on the motion, the defense is happy to provide one to the Court.

| DEFENDANTS' REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO PREVENT FURTHER PUBLIC STATEMENTS (*Hansen & Erdmann*, CR18-092RAJ) - 2 | FEDERAL PUBLIC DEFENDER'S OFFICE 1601 Fifth Avenue, Suite 700 Seattle, Washington 98101 (206) 553-1100 |

arrests and the criminal charges. *Id.* at 15-16. After making clear the Trustee took, as one of his first steps, removing Mr. Hansen, *id.* at 18, he made clear to the creditors he was cooperating with the FBI, *id.* at 19, believed a fraud had indeed occurred, even though "the professional ethics of being a CFE will not allow me to state there is a "Fraud," *id.* at 20, and concluded, in bold, that "the bullion sale operations have <u>attributes of a Ponzi scheme</u>" *id.* at 22 (emphasis in original), and then described how a Ponzi Scheme is defined by the Security and Exchange Commission, involves "fraudsters" and DOJ and FBI were investigating the case. *Id.* at 24-25.

There is no reason to believe that the derogatory remarks have waned. For example, in October 2017, the Trustee filed with the bankruptcy court and publicly posted on the public website "existingbullionorders.com" a status report in which the Trustee made clear to the thousands of creditors of the Mint and the public that, *inter alia*, he believed Mr. Hansen and Ms. Erdman operated their business in a "Ponzi like fashion," that Mr. Hansen had "maliciously defamed a former landlord," that Ms. Erdmann lied under oath about her assets and in fact, had liquidated "significant quantities of precious metals through coin dealers to fund payments to attorneys," and stole "large bags of materials from the precious metal vaults" of the Mint. *See* Trustee's Report of Investigation and Status Report at 1-2, 8-10, available at http://existingbullionorders.com/reports/201710-investigation-and-status-report.pdf. Indeed, a year before the above-referenced report, the Trustee asserted the money the defendants used to pay their attorneys belonged to the estate and the attorneys should be ordered to give the retainer to the estate. However, following an evidentiary hearing, The Honorable Judge Alston determined that the Trustee had not proven that the funds paid to the law firm were traceable to the any funds reportedly stolen from the Mint. *In re: Northwest Territorial Mint*, Case No. 16-11767-CMA, Dkt. 58 (Memorandum Opinion and Further Order on Motion for Authority to Withdraw as

DEFENDANTS' REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO PREVENT FURTHER
PUBLIC STATEMENTS
(*Hansen & Erdmann*, CR18-092RAJ) - 3

**FEDERAL PUBLIC DEFENDER'S OFFICE**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Attorney for the Debtor), at 12-13. In March 2018, the Trustee made clear that he would avoid selling any of the Mint's assets to anyone connected with Mr. Hansen. *See* Exhibit 2 at 1 (March 19, 2018 email). And there is no reason to believe the Trustee's tone with the creditors and potential witnesses' about Ms. Erdmann or Mr. Hansen has changed. *See, e.g.,* Exhibit 2 at 2 (July 11, 2017 email telling customer and cc'ing employees that this is a Ponzi scheme).

Moreover, contrary to the Government's description, Mr. Calvert is not a "disinterested" person in the outcome of this case. Indeed, prior to the appointment in April 2016, Mr. Calvert was consulted as an expert by Mr. Hansen's attorney for assistance in resolving the Mint's operations and financial issues before Mr. Calvert readily accepted the appointment as Trustee and removed Mr. Hansen and Ms. Erdmann from its operation. Thereafter he has repeatedly touted himself as an investigator, *see, e.g., In re: Northwest Territorial Mint*, Case No. 16-11767-CMA, Dkt. 1202 (Trustee invoice detailing work performed and filed 9/15/2017); obtained records for the Federal Bureau of Investigations, *see, e.g.*, Exhibit 2 at 3 (October 17, 2016 email); and also made clear that, from his perspective, he had an integral role with the investigation. *See, e.g.,* Exhibit 2 at 4 (February 24, 2017 email asking if the FBI could move "a little quicker…!!!"); *see also, e.g.,* Exhibit 2 at 5 (February 20, 2018 email advising agents on who to interview about what subjects); and Exhibit 2 at 3 (October 17, 2016 email advising the federal agent that in his opinion, "this is a Ponzi… which I believe it is. . . and my analysis say it has attributes of a Ponzi").[3]

As of today's date, the bankruptcy proceedings remain pending. *In re Northwest Territorial Mint, LLC,* Case No. 16-11767CMA, Docket. Accordingly, undoubtedly the Trustee's

---

[3] For these same reasons, it is actually disingenuous of the Trustee's attorney to contend the Trustee has done nothing but respond to subpoena requests rather than work in concert with the Government in its investigation.

DEFENDANTS' REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO PREVENT FURTHER
PUBLIC STATEMENTS
(*Hansen & Erdmann*, CR18-092RAJ) - 4

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

contact with the creditors and employees, and, thereby, witnesses in this case, will continue. In the interests of justice, the Trustee's communications – both public and private with the creditors and alleged victims -- should be curtailed so as to avoid any further impact on the witnesses and thus a fair trial.

In sum, the Government's objections to a narrowly proscribed gag order should be rejected. For the reasons stated herein and in the motion, in the interests of justice and Mr. Hansen and Ms. Erdmann's rights to a fair trial, the Trustee, who has acted akin to an "agent" of the Government, and who, regardless of label no doubt would describe himself as instrumental to the Government's case, with ready access and control over records relevant to the investigation and prosecution over the past two years, should be precluded from making any further disparaging remarks about Mr. Hansen or Ms. Erdmann publicly or to potential witnesses under the auspices of exercising his fiduciary duty as "Trustee."

At a minimum, the Trustee should be directed to avoid gratuitous and untoward accusations against Ms. Erdmann and Mr. Hansen moving forward.

Respectfully submitted this 28th day of September, 2018.

s/ *Jennifer E. Wellman*
s/ *Dennis P. Carroll*
Attorneys for Bernard Ross Hansen
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Emails: Jennifer_Wellman@fd.org
              Dennis_Carroll@fd.org

s/ *Michael G. Martin*
Attorney for Diane R. Erdmann
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
Phone: (206) 624-2800
Fax: (206) 624-2805
Email: michaelm@sidlon.com

DEFENDANTS' REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO PREVENT FURTHER
PUBLIC STATEMENTS
(*Hansen & Erdmann*, CR18-092RAJ) - 5

FEDERAL PUBLIC DEFENDER'S OFFICE
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**Certificate of Service**

I certify that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel for other parties of record.

s/ *Suzie Strait*
Paralegal

DEFENDANTS' REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO PREVENT FURTHER
PUBLIC STATEMENTS
(*Hansen & Erdmann*, CR18-092RAJ) - 6

**FEDERAL PUBLIC DEFENDER'S OFFICE**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**