# Northwest Territorial Mint LLC
# Case No. 16-11767 CMA

## Initial Customer and Creditor Meeting
## May 11, 2016
## 1:30 PM

Presented by
Mark Calvert, Trustee
Michael Gearin, Attorney for Trustee

Draft and Confidential



cascade
CAPITAL GROUP

1

TRUSTEE_006436

# Opening Comments

- We are just getting up to speed on the Bankruptcy Case
- The company has not prepared financial statements since 2011
- The company has not completed a tax return since 2010 but we do have 2007 to 2010 tax returns which we have relied upon
- The company's accounting records are poor and the ability to rely on internal financial statements and tax returns is questionable at this time
- The information we are presenting today is what we have been able to assemble in the first 30 days and run the company
- The situation is complicated in that we are dealing with at least 5 different currencies,  cash, gold, silver, platinum and collectable coins, each that have a different value every day
- The company's has incurred operating losses since 2007

Draft and Confidential



2

TRUSTEE_006437

# Opening Comments

- My goal is to share as much information as possible and share the fact and limit the conclusions.  But at time it is only natural for each of us to make conclusions.
- But the conclusions as of this date are based upon incomplete data and thus not sufficient for any court of law
- This presentation is based upon my understand of the information we have been able to collect thus far which is not the Bankruptcy Courts understanding or Ross Hansen understanding or his attorneys understanding
- I am confident there are alternative points of view from my point of view and only a court will determine the appropriate point of view

Draft and Confidential



3

TRUSTEE_006438

# Disclaimer

- The information in this presentation remains a work in progress and will require additional procedures to formalize the findings
- Thus the information is preliminary and subject to revision and additional discovery and validation

- The objective of this Customer / Creditor Meeting:
  - Outline the bankruptcy process
  - Disclose procedures performed and information obtained
  - Provide a time line and estimated range of recovery
  - Focus on the facts / limited number of conclusions
  - Answer questions you might have

Draft and Confidential



4

TRUSTEE_006439

# Reason for Disclaimer

- Irregularities have been identified and there appears to be fraudulent transactions for a number of years

- The amounts involved are material in total and to each customer

- Cascade Capital is in the process of conducting an extensive forensic investigation

- We are aware that the FBI is conducting an investigation

- Additional work and analysis is required before the extent of Irregularities and confirm that specific fraudulent transactions have occurred

- The existence and quality of the records are poor

- Records include false and deceptive financial statements, management reports and descriptions

Draft and Confidential

cascade
CAPITAL GROUP

5

TRUSTEE_006440

# Trustee Background

- Mark Calvert, CPA, CFE, CIRA, CTP and PI is the Managing Director of the Cascade Capital Group ("CCG"). He has more than 35 years of accounting, finance, operations and consulting experience. Mark has successfully risen over $500 million in capital for his clients in both public and private sector markets. In the past 10 years CCG has restructured over $5 billion in debt nation wide for a wide variety of clients. CCG has also been involved with a number of larger fraud cases including:

- Meridian

  Real estate mortgage notes Ponzi

- Natural Molecular Testing Corporation

  Medicare billing and reimbursement fraud

Draft and Confidential



6

# Trustee Team

- The following Cascade Capital Group professionals are assisting the Trustee:
  - Tod McDonald -- CPA, CIRA, CFF
  - Daniel Seligman -- CFE and Attorney
  - Chris Unwin -- PI
  - Charles Green -- Valuation Expert
  - Jody Cannady – Accounting and System Operations
- The Trustee has retained the law firm of K&L Gates for this case, and the professional assisting are
  - Mike Gearin
  - David Neu
  - Brian Peterson

Draft and Confidential



7

TRUSTEE_006442

# Official Creditors Committee

- Committee appointments were made by United States Trustee which is part of US Department of Justice
- Committee is comprised of seven creditors including bullion, leasing and storage customers
- Committee members are not compensated for their services but are larger creditors with a significant interest
- Official Creditor Committee Co-Chairs are Bill Hanson and David James
- Committee counsel is Mark Northrup and Geoff Groshong, both partners with the law firm of Miller Nash

Draft and Confidential



8

TRUSTEE_006443

# Responsibilities of the Official Creditors' Committee

- Consult with Trustee regarding administration of the jointly administered cases and trustee decisions
- Confer with Trustee regarding investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors
- Participate in the formulation of a plan and discuss major operating and plan issues
- Provide access to information for creditors
- Solicit and respond to questions/comments from creditors

Draft and Confidential



9

TRUSTEE_006444

# Trustee Responsibilities

- Accountable for all properties received upon acceptance of the assignment which was  April 11, 2016

- Filing bankruptcy schedules and statements of financial affairs

- Examine proofs of claim and object to improper claims

- Identify valuable causes of action available to the estate

- Communicate with stakeholders – <u>you, the customers and creditors of the company</u>

- Maximize the recovery for all customers and creditors

- File a statement of any investigation pertaining to fraud dishonesty, incompetence, misconduct, mismanagement, irregularity in the management of the affairs of the debtors

Draft and Confidential

cascade
CAPITAL GROUP

10

# History of NWTM

- NWTM, as a corporate entity, is approximately 14 years old but Ross Hansen has been involved in the mint and bullion trading industry in Washington State for about 35 years. In 1981, when Hansen was 20 years old, he went into business as Auburn Precious Metals. At about this time, he also established Northwest Territorial Mint. Initially, neither was incorporated -- Hansen was a sole proprietor doing business as ("dba") Auburn Precious Metals and NWTM.

- In 2003, Hansen formed Northwest Territorial Mint Limited Liability Company ("LLC") in Washington State. UBI #602-258-728. "Ross B. Hansen" was listed as the sole incorporator. He was (and is) apparently the LLC's sole member.

Draft and Confidential


cascade
CAPITAL GROUP

11

TRUSTEE_006446

# NWTM Business Lines

- NWTM, with headquarters in Federal Way, Washington State, describes itself as the largest non-governmental mint in North America.  It had four active lines of business on the Petition Date:
  - Retail and on-line sales of medals and gold coins.
  - The manufacture and sale of custom-made commemorative medals and ribbons.
  - The purchase and sale (brokerage) of gold and silver bullion as well as other precious metals, such as platinum and palladium.   Some customers maintained liquid accounts with NWTM, similar to private bank accounts, against which they could deposit funds from the sale or bullion or draw funds to purchase new amounts of gold or other precious metals.
  - The storage of bullion and precious metals in vaults in Federal Way and Nevada. Some storage customers purchased the bullion directly from NWTM while other customers placed their own precious metals (e.g., purchased elsewhere) in vaults controlled by NWTM.

- As of April 5, 2016, the Company said it had 237 employees

Draft and Confidential



TRUSTEE_006447

# Location of Company Operations

- The corporate headquarters of NWTM are located at 2505 S. 320th Street, Suite 110, Federal Way (King County), Washington 98003.  www.nwtmint.com
  - The headquarters were the primary location for retail purchases and sales. The bullion sales department was located there, too.
  - Auburn, Washington – limited manufacturing, pick and pack, and storage.
  - Dayton, Nevada.  This location includes a satellite corporate office and an 118,000-square foot minting facility as well as storage vaults.  It was home of the Medallic Art Company, No bullion Sales
  - Green Bay, Wisconsin.  A die-cutting and sculpting facility.  No bullion sales.
  - Tomball, Texas.  This facility is home of the Graco Awards custom medals and ribbons. It produces military medals including the Purple Heart, the George Washington secret service medals and other recognized medals.  No bullion sales.
  - Alexandria, Virginia.  A small staff here manages the sales at The Pentagon and logistics for East Coast customers.  No bullion sales.
  - The Pentagon, where the NWTM has a stand that sells medals and coins at the Fort America concession store.  No bullion sales.
  - Hawaii.  A small mint and sales office here focuses primarily on Pearl Harbor medals.

Draft and Confidential


cascade
CAPITAL GROUP

13

# Information on Ross Hansen *aka* Bernhard Ross Hansen

- Hansen's full name is apparently "Bernhard Ross Hansen." He was born September 27, 1960.  Over the years, he has used a number of aliases and different spellings:

- In 1987, when he was indicted by a grand jury for possessing unregistered firearms (i.e., machine guns), federal records identified him as defendant "Ross Bernard Hansen."

- When Hansen filed for Chapter 11 bankruptcy on December 4, 1989, he did so as "Ross B. Hansen."

- When Hansen was charged with federal tax avoidance in 1990, he was listed in federal court records as defendant "Bernard Ross Hansen."

- When Hansen filed for voluntary Chapter 13 bankruptcy in 1994, he used his full name, "Bernhard Ross Hansen," dba "Northwest Territorial Mint."  The case was dismissed in 1995.

- Hansen then re-filed a voluntary Chapter 13 in 1995 as "Bernhard Ross Hansen, *aka* Ross B Hansen."

Draft and Confidential



14

TRUSTEE_006449

# Arrest and Criminal Charges

- In 1987, Hansen was arrested by the U.S. Bureau of Alcohol, Tobacco and Firearms and pled guilty to knowingly possessing two unregistered machine guns. *U.S. v. Ross Bernard Hansen*, CR87-047. According to press reports, he served no jail time but was banned from owning weapons. *Seattle Times*, January 18, 1995.

- In July 1989, the City of Kent police shut down a marijuana-growing operation in South King County and seized more than a ton of marijuana, valued at $5.4 million, as well as $600,000 in gold, silver and palladium. The investigation led to Hansen, who had allegedly sold the drug dealer, identified in press reports as Ray Hendrickson, almost all of the confiscated metals. Kent police said Hendrickson would bring money in bundles of $1,000 to Hansen's businesses, and purchase precious metals. Hansen's profit was apparently based on charges for the transactions above the selling price of the precious metals. Kent police suspected that Hansen had laundered up to $1 million in drug money for Hendrickson by "taking large cash payments and structuring them into smaller bank statements." *Seattle Times*, January 18, 1995. Hansen was arrested on suspicion of criminal profiteering, conspiracy and violation of state drug laws, and was jailed for five days. His sales shop, mint and other possessions, including guns, were seized.

Draft and Confidential



cascade
CAPITAL GROUP

15

TRUSTEE_006450

# Arrest and Criminal Charges

- Allegations surfaced at the time – and were repeated later in the *Seattle Times* – that Hansen took customer money for gold and other precious metals but never purchased the goods and refused to refund the money.  One such customer, Margarete Sched, was quoted in the 1995 *Times* article saying she paid $20,100 in 1989 to Hansen but received no metals and no money back.  Other customers apparently had similar complaints.

- Although Hansen was never charged with a crime under state law, the City of Kent filed civil actions against him, arguing that Hansen laundered drug money, thus making his business assets subject to seizure and forfeiture under state law.  But a King County Superior Court judge held that a 1989 state law expanding the forfeiture of property related to drug-related businesses was not retroactive and could not be applied to Hansen's case.  Hansen subsequently sued the City of Kent for $2.5 million for seizing his property but the case was dismissed.  A state court upheld the dismissal in 1996.

- Meanwhile, in 1990, the federal government charged Hansen with two counts of avoiding federal income tax-reporting requirements, two counts of failure to file currency transaction reports, and one count of being a felon in possession of a firearm.  *U.S. v. Bernard Ross Hansen*, CR90-78.  Hansen pled guilty to the charges and was fined $50,000 and sentenced to federal prison for 30 months.  *Seattle Times*, February 16, 1991.  Records show he was released in June 1994.

Draft and Confidential

 cascade
CAPITAL GROUP

16

TRUSTEE_006451

# Bankruptcy Structure



Draft and Confidential

17

TRUSTEE_006452

# Actions taken by Trustee
## (In first 30 days April 11th to May 10th )

1. Obtain backup digital copy of computers and email and security tapes and provided some information to the FBI

2. Changed all bank depository accounts

3. Changed locks on buildings and keys to secure areas and safes

4. Removed Ross Hanson from any authority and separated from the company

5. Completed physical inventory in process the first two weeks

6. Terminated Bullion sales and returned over $575,000 in customer deposits

7. Determined accounting records did not exist and set up quick books

8. Set up day by day cash flow for first 90 days

9. Made decision with management to down size company by 42 people (day 5)

10. Obtained control (changed PO Box) of the mail and all cash receipts

Draft and Confidential



cascade
CAPITAL GROUP

18

TRUSTEE_006453

# Actions taken by Trustee

11.     Toured operations, Federal Way WA, Dayton NV and Tomball Texas

12.     Started working on the sale of the Tomball operations

13.     Responded to over 700 emails from customers and followed up on concerning comments and shared with FBI

14.     Filed formal discovery requests for information from various parties including Ross Hansen and Diane Erdmann

15.     Started building data base of cash in and cash out of the company

16.     Various discussed with FBI on the procedures we have preformed

17.     Started researching the ownership of Medallic Art (open)

18.     Worked on solving cash flow hole and improving profitability

19.     Meeting with Dayton and Auburn landlords and discussed reality of the situation and possible need for rent abetment.

20.     Meeting with Official Creditors Committee to share findings

Draft and Confidential        **cascade** CAPITAL GROUP

19

# Summary of Findings

First as a CFE, the professional ethics of being a CFE will not allow me to state there is a "Fraud" only state the facts and only a court of law can determine if there is "Fraud"  Why, the determination of fraud requires "intent" and only a court of law can determine intent.

But what I have found includes the following:

• The company was ran more like a personal hobby than as a business.  The normal discipline of a corporation was not present in the company.

• The company's accounting records are poor, for example Financial statements and tax returns had not been completed since 2011 and 2010 respectively.

• The company did not complete physical inventories and reconcile to the customer records for the past few years.

Draft and Confidential



20

TRUSTEE_006455

# Summary of Findings

- The company did not completely hedge the delay in delivery of bullion to customers and experienced significant losses
- It appears that customer deposits were use to help acquire other business operations and grow the Hansen business operations.
- It appears that customer deposits were used to fund litigation and pay litigation settlements
- When the cash position of the company was poor, the delivery dates were pushed out until additional customer deposits were received and only then did the company purchase product to deliver to customers
- Company funds were used to purchase the assets of Medallic Art Ltd.
- It appears that when necessary, the pricing of silver bullion was more competitive priced to drive additional sales

Draft and Confidential



21

TRUSTEE_006456

# Summary of Findings

- The company did not use any cost accounting to evaluate the profitability of divisions and  the profitability of individual custom orders

- It appears that when necessary, the pricing of silver bullion was more competitive priced to drive additional sales and cash flow

- As the delay in product compared with competition expanded from competition usually less than 10 days and NWTM delivery was in excess of 100 days 10x industry standards,

- With the significant delay, and no additional ability to improve the sale price of the product did sale slow.

- **Based upon our analysis to date, the bullion sale operations have <u>attributes of a Ponzi Scheme</u>**

- **The actual start date is unknown**

Draft and Confidential



22

TRUSTEE_006457

# What is a Ponzi Scheme

- The Security and Exchange Commission defines a Ponzi Scheme as follows:

  *"A Ponzi scheme is an investment fraud that involves the payment of purported returns to existing investors from funds contributed by new investors"*

- In many Ponzi schemes, the fraudsters focus on attracting new money to make promised payments to earlier investors.

- Ponzi Scheme organizers often solicit new investors by promising to invest funds in opportunities claimed to generate high returns with little or no risk

- In many Ponzi schemes, the fraudster focus on attracting new money to make promised payments to earlier-stage investors and to use for personal expenses, instead of engaging in any legitimate investment activity.

Draft and Confidential

 cascade
CAPITAL GROUP

23

TRUSTEE_006458

# Ponzi Scheme Definitions

- Distributing funds to earlier investors from the receipt of monies from later investors is the hallmark of a Ponzi scheme.
- In this case new customer deposits were in part used to buy gold or silver bullion that was shipped to customers with an older order date.
- Where a Ponzi scheme is established, the perpetrator's actual intent to hinder, delay or defraud is inferred simply from the operations of a Ponzi Scheme itself.

Draft and Confidential



cascade
CAPITAL GROUP

24

# Federal Agencies

1.  Trustee has had discussions with the DOJ and FBI

2.  The trustee has provided information to the FBI

3.  The FBI and DOJ is a one-way street when it comes to information and justice will take time

4.  The Trustee does not know the status of the DOJ investigation and if there will or will not be a prosecution

Draft and Confidential



25

TRUSTEE_006460

# Company Tax Returns 2008 to 2010

| | | 2008 | | 2009 | | 2010 | |
|---|---|---|---|---|---|---|---|
| | | Beginning Balance | Ending Balance | Beginning Balance | Ending Balance | Beginning Balance | Ending Balance |
| 1 | Cash | $613,074 | $7,620,137 | $7,738,304 | $2,781,171 | $2,781,171 | $2,282,979 |
| 2a | Trade notes and A/R | $2,858,765 | $2,808,885 | $4,257,796 | $1,759,392 | $1,759,392 | $2,257,401 |
| 2b | Less allowance for bad debts | $2,858,765 | $2,808,885 | $4,257,796 | $1,759,392 | $1,759,392 | $2,257,401 |
| 3 | Inventories | $18,778,436 | $50,881,341 | $44,039,783 | $23,446,049 | $23,446,049 | $20,837,479 |
| 6 | Other current assets | $270,757 | $271,406 | $100,430 | $95,813 | $95,813 | $247,186 |
| 9a | Buildings and other depreciable assets | $2,925,832 | $3,560,660 | $3,560,660 | $3,939,150 | $3,939,150 | $3,901,771 |
| 9b | Buildings and other depreciable assets, net | $1,456,985 | $1,941,462 | $1,941,462 | $1,831,106 | $1,831,106 | $1,696,815 |
| 12 | Intangible Assets, Net | | | | $250,000 | $250,000 | $150,000 |
| 13 | Other assets | $47,481 | $1,619,198 | $1,721,919 | $1,533,810 | $1,533,810 | $4,851,818 |
| 14 | **Total Assets** | **$24,025,498** | **$65,245,153** | **$58,077,775** | **$31,697,341** | **$31,697,341** | **$32,323,678** |
| | | | | | | | |
| 15 | Accounts payable | $796,086 | $2,899,779 | $2,901,561 | $435,873 | $435,873 | $1,565,310 |
| 16 | Mortgages, notes, bonds payble in less than | $7 | $7 | | | | |
| 17 | Other current liabiltiies | $18,979,946 | $54,652,906 | $54,639,187 | $31,447,509 | $31,447,509 | $29,489,743 |
| 19 | Mortgages, notes, bonds payble in more tha | $6,123,504 | $3,748,028 | $3,748,028 | $3,934,718 | $3,934,718 | $7,237,670 |
| 21 | Partners' capital accounts | ($1,874,045) | $3,944,433 | ($1,489,082) | ($4,120,759) | ($4,120,759) | ($5,969,045) |
| 22 | **Total liablities and capital** | **$24,025,498** | **$65,245,153** | **$59,799,694** | **$31,697,341** | **$31,697,341** | **$32,323,678** |

Draft and Confidential



Error need actual filed tax returns to determine correct tax return

26

|  | Partner # | | |
|---|---|---|---|
|  | **1** | **2** | **Total** |
| **2008** | | | |
| Beginning Capital | ($17,044) | ($1,857,001) | ($1,874,045) |
| Capital Contributed | | | $0 |
| Schedule M-2 Lns 3, 4, | $63,007 | $6,237,782 | $6,300,789 |
| Withdrawals | | ($492,311) | ($492,311) |
| **Ending Capital** | **$45,963** | **$3,888,470** | **$3,934,433** |
| | | | |
| **Unreconciled Difference** | | | |
| Per Above | $45,963 | $3,888,470 | $3,934,433 |
| Unreconciled Difference | ($51,699) | ($5,371,816) | ($5,423,515) |
| **Per Below** | **($5,736)** | **($1,483,346)** | **($1,489,082)** |
| | | | |
| **2009** | | | |
| Beginning Capital | ($5,736) | ($1,483,346) | ($1,489,082) |
| Capital Contributed | | | $0 |
| Schedule M-2 Lns 3, 4, | ($3,612) | ($357,552) | ($361,164) |
| Withdrawals | | ($2,270,513) | ($2,270,513) |
| **Ending Capital** | **($9,348)** | **($4,111,411)** | **($4,120,759)** |
| | | | |
| **2010** | | | |
| Beginning Capital | ($9,348) | ($4,111,411) | ($4,120,759) |
| Capital Contributed | | $915,562 | $915,562 |
| Schedule M-2 Lns 3, 4, | ($23,358) | ($2,312,288) | ($2,335,646) |
| Withdrawals | | ($428,202) | ($428,202) |
| **Ending Capital** | **($32,706)** | **($5,936,339)** | **($5,969,045)** |

# Company Tax Returns Equity Accounts 2007 to 2010

Draft and Confidential



cascade
CAPITAL GROUP

27

TRUSTEE_006462

# Average Order Size



Draft and Confidential



TRUSTEE_006463

# Days Delay in Order Processing



Draft and Confidential



29

TRUSTEE_006464

# Price of Silver 2007 to 2016



Draft and Confidential



30

TRUSTEE_006465

# Estimated Insolvency based only upon unprocessed orders



Draft and Confidential


cascade
CAPITAL GROUP

31

TRUSTEE_006466

# Major events by year

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NOTE GRAY NUMBERS ARE ESTIMATES AND WILL NEED TO BE CONFIRMED | | | | | | | | | | |
| Purchase of Medallic per distribution | | ($3,000,000) | | | | | | | | ($3,000,000) |
| EPA issue for Federal Way | | | | ($3,200,000) | | | | | | ($3,200,000) |
| EPA issue for Federal Way | | | | | | ($3,000,000) | | | | ($3,000,000) |
| Purchase of Hawaii Mint | | | | | | | | ($50,000) | | ($50,000) |
| Litigation costs | | ($200,000) | ($300,000) | ($300,000) | ($300,000) | ($500,000) | ($500,000) | ($500,000) | ($200,000) | ($2,800,000) |
| Market Loss on Gold and Silver Est. | | ($500,000) | ($3,500,000) | ($3,000,000) | ($1,000,000) | $0 | $0 | $0 | $0 | ($8,000,000) |
| Business Loss (tax returns) | $384,000 | ($2,631,000) | ($1,848,000) | | | | | | | ($4,095,000) |
| Business Loss (estimated) | | | | ($1,000,000) | ($1,000,000) | $0 | ($1,000,000) | ($1,000,000) | ($250,000) | ($4,250,000) |
| Cohen Judgement | | | | | | | | | ($12,500,000) | ($12,500,000) |
| **Total** | $384,000 | ($6,331,000) | ($5,648,000) | ($7,500,000) | ($2,300,000) | ($3,500,000) | ($1,500,000) | ($1,550,000) | ($12,950,000) | ($40,895,000) |

| | |
|---|---|
| Total per the above detail | ($40,895,000) |
| Less Deficiency Favorable | ($45,668,321) |
| **Unreconciled Difference as of this date and time and subject to confirmation** | ($4,773,321) |

Draft and Confidential



TRUSTEE_006467

# Estimated customer and creditor obligations, subject to review of proof of claims and additional analysis

| | Preliminary / DRAFT | | |
| --- | --- | --- | --- |
| | Unfavorable | Favorable | BK Schedule |
| Customer Owned Storage | $10,000,000 | $8,000,000 | $8,272,779 |
| Consigned - Pan American | $1,250,000 | $1,134,750 | $1,134,750 |
| Leased - Various | $4,000,000 | $3,400,000 | $3,488,153 |
| Mo. Accum Program | $300,000 | $250,000 | $260,502 |
| Custom - Gold | $250,000 | $200,000 | $223,844 |
| Custom - Silver | $220,000 | $190,000 | $197,098 |
| **Sub Total** | **$16,020,000** | **$13,174,750** | **$13,577,126** |
| Customer Deposits for unfilled orders | $27,500,000 | $25,000,000 | $25,806,273 |
| Cohen Judgment | $13,250,000 | $12,500,000 | $12,500,000 |
| Estimated accounts payable and lease termination | $4,250,000 | $3,500,000 | $3,975,514 |
| State of Nevada | $600,000 | $500,000 | $521,584 |
| Sales taxes and property taxes -- Estimated | $250,000 | $75,000 | $73,000 |
| **Total Estimated Liabilities** | **$61,870,000** | **$54,749,750** | **$56,453,497** |

Draft and Confidential



33

TRUSTEE_006468

# Estimated Assets Values

|  | | Unfavorable | Favorable | BK Schedule |
|---|---|---|---|---|
| Cash | | $4,141 | $4,141 | $4,141 |
| Return of seized funds | | $190,000 | $190,000 | $0 |
| Accounts Receiviable | | $600,000 | $900,000 | $1,434,456 |
| | | | | |
| Raw Materials | | $1,334,754 | $1,334,754 | $1,334,754 |
| Work in Process | | $876,169 | $876,169 | $876,169 |
| Finished Goods | | $2,769,520 | $2,769,520 | $2,769,520 |
| Total Inventory | | $4,980,443 | $4,980,443 | $4,980,443 |
| Less Cost of Liquidation | 35% | ($1,743,155) | ($1,743,155) | ($1,743,155) |
| **Net Inventory Value** | | **$3,237,288** | **$3,237,288** | **$3,237,288** |
| | | | | |
| Nevada -- Dayton | | $2,500,000 | $7,500,000 | Unknown |
| Discount for Litigation Exposure | | ($1,500,000) | ($3,750,000) | Unknown |
| Texas -- Tomball | | $600,000 | $1,000,000 | Unknown |
| **Total Assets** | | **$5,631,429** | **$9,081,429** | **$4,671,744** |

Draft and Confidential



34

TRUSTEE_006469

# Sources of Recovery

1. The above list of assets at the estimated range of values is the only assets I have been able to identify for potential liquidation and recovery for customers and creditors.

2. The estimated amount could vary and vary significantly depending on potential litigation and disputes over ownership.

3. For example Medallic Art was a company acquired using customer deposits and another investor that contributed 50% of the purchase price.   This is matter may require litigation and the recovery could go to zero or be as high as the full estimated amount.

4. We have not found E&O or D&O insurance.  We do have property insurance and theft loss insurance, but have not filed a claim and have not determined if a claim will result in a recovery for the estate.

Draft and Confidential



35

TRUSTEE_006470

# Recovery For Customer and Creditors

1. Storage customer, to the extent your inventory exists and your product is market as customer owned and not commingled, we intend to file a motion seeking authority to release your inventory to you directly.

2. For General Unsecured Creditors, as I have indicated in all the email I have sent out to customers, the potential recovery for customers is poor.

3. My current estimated recovery is less than 10% for General Unsecured Creditors

4. The major potential recovery is from the sale of the Dayton operations which has a number of legal issue, lease issues and customer issues.

5. Thus it is currently impossible to give you a more accurate determination of the potential recovery

Draft and Confidential



36

TRUSTEE_006471

# Most Likely Recovery Percentage

For non-priority general unsecured creditors the most likely recovery percentage will be less than **10%.**

It is entirely possible that the recovery will be less if I am unable to sell the Dayton operations as a going concern or do not have sufficient cash flow to maintain operations until a sale.

Depending on your situation a you may be able to write off your loss on your state and federal income taxes.  You will need to consult your tax advisor but you may be able to recognize the loss in 2016.

Draft and Confidential



37

TRUSTEE_006472

# Timing of Distributions

- We are only 30 days into this case.

- The question the Trustee is faced with is the ability to sell Dayton as a going concern with no accounting records.

- A quick sale of the Dayton operations is not likely possible due to certain legal issues and if sold quickly would be a much lower value than what might be possible.

- Thus the Trustee current thinking (subject to cash flow and profitability) is looking at running the company for 6 to 12 months and then sell the company.

- Trustee believe this is the only way to maximize the recovery for the creditors of the estate.

- Thus the trustee does not see any distribution for 12 to 20 months.

Draft and Confidential



38

TRUSTEE_006473

# Proposed Communication Plan

- I will work closely with the Official Committee on a communications plan that is acceptable to the court

- My plan will be to issue a newsletter to the committee every two months on the progress of the case

- I will work in conjunction with the Official  Creditors Committee to establish a website where information regarding the status of the case can be accessed.

Draft and Confidential

cascade
CAPITAL GROUP

39

TRUSTEE_006474

# Q&A



1. Trustee questions – Mark Calvert

2. Case process legal questions– Mike Gearin

3. Committee legal questions– Mark Northrup

Draft and Confidential



40

# Closing Comments / Take Away

- Our job is to maximize your recovery
- To maximize your recovery, we need to clean up the Dayton operations, complete reliable monthly financial statements and properly market the company for sale.
- It is the FBI responsibility to investigation the possibility of any criminal activity and their ability to disclose is limited, it will take time
- We will disclose when appropriate as much information as we have on a timely basis if it will not adversely effect the potential recovery of the creditors or litigation matters

Draft and Confidential



41

TRUSTEE_006476