| From: | Mark Calvert |
| --- | --- |
| To: | Williamson, Benjamin M. (SE) (FBI) |
| Cc: | Gearin, Mike |
| Subject: | Ross Recent Communication - March 8 2018 |
| Date: | Monday, March 19, 2018 12:17:06 PM |
| Attachments: | Ross Recent Communication - March 8 2018.docx |

Ben,

As we have discussed, Ross has been making phone calls…
The nature of the calls depend on who Ross is talking with…
But in short the employees are concerned for their safety…

Ross is clearly causing people to be concerned about what action he might take.
In the bankruptcy court we have made it clear we will not sale to anybody Ross is associated with.
And while he was happy last week that his team was the higher bidder… and shared it with a number of people….
But we refused to sale to them even though they were the higher bidder… due in part to Ross….
And then on Friday last week … the auction was thrown out by the judge…
And on the Record the buyer stated Ross was 100% out and they would not be working with Ross…
Who knows… but now he knows he has no chances…with one bidder…
He might find another but here again we will not sell to him if he is associated with the buyer…
That could cause him to become even more bitter…
And who knows what actions he might take…

Mark

TRUSTEE_009022

Can you see what I see, looks like you made the assets bigger at my expense. I do not see why or how you could do that in pursuant to Fed. R. Bankr. P. 3004. Do you see how you are stirring the pot and making waves. I do speak and understand English.

---

**From:** Mark Calvert <mark@cascadecapitalgroup.com>
**Sent:** Tuesday, July 11, 2017 11:28:31 AM
**To:** Alex McQuin; Mark.Calvert@NWTMint.com; Erin Robinson; Michael J Gearin (michael.gearin@klgates.com); martin.l.smith@usdoj.gov
**Subject:** RE: ATTENTION: SEND TO JUDGE CHRISTOPHER ALSTON

Alex,

Just wanted to let you know I received your email

While I do not agree with your comments,

I respect you frustration and disappointment with the process.

This has been an impossible case, but we have not given up...

Wish I had more positive information for you but I do not.

At this point, I have completed the fraud investigation...

We believe this was a Ponzi scheme that started before 2008 and we proved the company was insolvent over $40 million in 2008

I am not doing any more fraud investigation at this point....

That work has been done and turned over to the DOJ and the FBI who are doing their job.

My focus is to save the company which may not be possible.

We need sales to grow to save the company.

As I have stated to you before, if you retain an attorney so we can all meet, I can try and explain this again to you and your lawyer.

My job is to maximize the recovery for the creditors and that is what am trying to do.

There is no guarantees but we have tried and continue to try.

| | |
|---|---|
| **From:** | Mark Calvert |
| **To:** | Williamson, Benjamin M. (SE) (FBI) |
| **Subject:** | FW: Help please! |
| **Date:** | Monday, October 17, 2016 10:50:14 AM |

Ben,

Just so you know...
The tax law in this area has a few special provisions...
For example if this is a Ponzi... which I believe it is....and my analysis say it has attributes of a Ponzi.
Then the investors / creditors are entitled to a ORDINARY Loss in the year of the indictment...
So.. it will be important for creditors that somebody be indicted this year..

Mark


**From:** Ji Oh [mailto:jihyoh@yahoo.com]
**Sent:** Monday, October 10, 2016 11:22 PM
**To:** Mark Calvert; mark.northrup@millernash.com
**Subject:** Help please!

Dear Mark Calvert and/or Mark Northrup

My name is Young Lee. I am one of creditors of Northwest Territorial Mint LLC.
I purchased gold bars from NWTM since last October. I have about $74k worth of gold bars that have not delivered to me from NWTM. This is my whole life savings.
Now I need some help in regarding to my tax return.
I filed last year's tax return(2015) on time. On that return I had considerable amount of liability that is still outstanding to pay. Then is it possible for me to claim the amount that I lost from NWTM as business loss on 1040X for 2015? I know this should be a kind of technical question for tax professional. I heard Mr Mark Calvert himself is CPA. So would you kindly tell me about this? If there is almost no chance to recover my loss from NWTM, I hope I would reduce my tax liability by claiming business loss before too late. Thank you very much for taking time to read this email.

Regards,

Young Lee

| | |
|---|---|
| **From:** | Mark Calvert |
| **To:** | Williamson, Benjamin M. (SE) (FBI); Bozzelli, Michael (IR) (FBI) |
| **Cc:** | mike.gearin@klgates.com |
| **Subject:** | FW: Case Rumors |
| **Date:** | Friday, February 24, 2017 1:55:50 PM |

Ben and Michael

Any chance you can move a little quicker…!!!
Any chance you could comment on any of the comments below directly with the committee
Would be a little better if you could share a few thought with the committee vs me trying to say it is not true.
The major one being the GOLD, we believe he removed on Easter Sunday per the video…
And any other valuable comment you could make would be appreciated.

I can probably set up a call with the committee next week.

Mark


**From:** Northrup, Mark D. [mailto:Mark.Northrup@millernash.com]
**Sent:** Friday, February 24, 2017 1:26 PM
**To:** Mark Calvert <mark@cascadecapitalgroup.com>; Gearin, Mike <Mike.Gearin@klgates.com>
**Subject:** RE: Case Rumors

Petteys and Ciappellone have advised me this morning that rumors among creditors and the Committee have reached an apparent fever pitch (behind my back and without my knowledge), ostensibly propagated by Ross Hansen but received with some credibility by some other creditors:

1. $1 million in gold came to the Mint from Switzerland shortly before or after Mark C. was appointed. Ross claims to have pictures and serial numbers. What happened to this gold? Did Mark C. sell or dispose of it?
2. After he was appointed, Mark C. "fire saled" coins and other items at Auburn at substantially discounted prices to coin dealers and others.
3. What happened to the spectrometer that I have previously asked about? This is a very hot button issue and I need to address it with the Committee. Dick Pehl thinks it was worth tens of thousands of dollars but was sold for $3,000. He claims to have spoken to the guy who purchased it.
4. FBI has told Bucknell that they are not indicting Ross or Diane but that they are investigating Mark C.'s conduct as trustee (!!!).
5. The estate is completely broke and at the March 1 status conference, the court is going to convert (or consider converting) the case to a Chapter 7.

There is at least one Committee member who apparently swallows this garbage and is advocating for trying to do a deal with Ross. The atmosphere is toxic. Please give me a response on items 1-3. Thanks.

**Mark D. Northrup**
Partner

| | |
|---|---|
| **From:** | Mark Calvert |
| **To:** | Williamson, Benjamin M. (SE) (FBI) |
| **Subject:** | FW: NWTMint - Annette asked to meet - Meeting on Tuesday with the FBI |
| **Date:** | Tuesday, February 20, 2018 8:13:55 AM |
| **Attachments:** | image003.png |

Ben,
What are you doing
Annette knows nothing about storage...
Think you should focus on Erin or on Greg the attorney...
Please advsie
Mark


**Mark Calvert**
CPA, CIRA, CTP, CFE, PI

1501 4th Avenue Suite 2840
Seattle Washington 98101
Cell: 206.909.3636
Mark@Cascadecapitalgroup.com



**From:** Annette Trunkett [mailto:AnnetteT@nwtmint.com]
**Sent:** Monday, February 19, 2018 8:49 AM
**To:** Mark Calvert <mark@cascadecapitalgroup.com>
**Cc:** 'Jody Quick' <jody@cascadecapitalgroup.com>
**Subject:** NWTMint - Annette asked to meet - Meeting on Tuesday with the FBI

Good morning Mark, Ben with the FBI called me last week and asked me to meet with the District Attorney tomorrow. It seems to be about storage.

I told them I did not have much to do with it, but they scheduled the appointment anyway.

-Annette

**From:** Williamson, Benjamin M. (SE) (FBI) [mailto:bmwilliamson@fbi.gov]
**Sent:** Saturday, February 17, 2018 12:31 PM
**To:** Annette Trunkett
**Subject:** Meeting on Tuesday

Hi Annette,

For our meeting on Tuesday at 10am, if you could meet us at the US Attorney's Office in Tacoma, that'd be great. The address there is 1201 Pacific Avenue (building marked as Wells Fargo signage), their office is on the 5th floor.

Thanks for taking the time to meet with us, see you then.

TRUSTEE_008975