The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | Case No. 2:18-cr-092-RAJ<br><br>STIPULATED ORDER RE: MOTION FOR ORDER TO PREVENT SPOLIATION OF EVIDENCE |

Pursuant to the record in this case, including the Stipulation of the Parties dated October 9, 2018, the Court hereby Orders the following:

1. The Server Copies will be preserved. One copy shall be provided to the Government and one copy to the Defense no later than five (5) days following entry of this Order.

2. At such time as the Trustee determines, in his discretion, that he no longer needs access to NWTM's electronic records, he may terminate his contract with Green House Data for operation and maintenance of the Cloud Servers.

3. The 2009-2016 Physical Records will continue to be secured and stored by the Government through the pendency of this case, and the Defense will continue to have reasonable

STIPULATED ORDER RE: MOTION FOR
ORDER TO PREVENT SPOLIATION OF EVIDENCE
(*Hansen and Erdmann*, CR18-092RAJ) - 1
501870210 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

access to those records.  The parties agree that the Government may destroy or otherwise dispose of any of these boxes of Physical Records at any time, upon agreement of the attorneys for the defendants, and without further Court order.  In the event the parties cannot agree as to whether particular records may be destroyed, the parties may file a motion with the Court to resolve any such disputes.

4. The Government and Defense shall be granted access to the Physical Servers to make copies of any business records thereon. After October 31, 2018, unless additional time is requested for good cause, the Trustee may, at his discretion, delete the data from the Physical Servers.

DATED this 12th day of October, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER RE: MOTION FOR
ORDER TO PREVENT SPOLIATION OF EVIDENCE
(*Hansen and Erdmann*, CR18-092RAJ)  - 2
501870210 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022