The Honorable Richard A. Jones

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | NO. CR18-92RAJ<br><br>**AGREED MOTION FOR ENTRY OF<br>AN ORDER SETTING CASE<br>SCHEDULE**<br><br><br>**NOTE ON MOTION CALENDAR:**<br><br>**December 28, 2018** |

10

11

12

13

14

15

16

17

18

19        The United States of America, by and through Annette L. Hayes, United States

20   Attorney for the Western District of Washington, and Brian Werner, Assistant

21   United States Attorney for said District, and the defendants, BERNARD ROSS

22   HANSEN, by and through his attorneys Jennifer Wellman and Dennis Carroll, and

23   DIANE RENEE ERDMANN, by and through her attorney, Michael Martin, hereby move

24   for entry of an Order setting certain deadlines and hearing dates in this case.

25   //

26   //

27

28

*United States v. Bernard Ross Hansen, et al.*
*CR18-92RAJ,* Agreed Motion for Entry of an Order Setting Case Schedule - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      The proposed Scheduling Order is attached.  The proposed Order suggests general

2  time frames for status conferences.  For example, the parties request a status conference

3  in "late February 2019." The parties respectfully request that the Court enter convenient

4  dates and times for these hearings before entering the Order.

5      Dated this 20th day of December 2018.

6                      Respectfully submitted,

7

8                      ANNETTE L. HAYES
                      United States Attorney

9

10                    *s/ Brian Werner*
                    BRIAN WERNER

11                    Assistant United States Attorney
                    700 Stewart Street, Suite 5220

12                    Seattle, Washington 98101
                    Telephone: (206) 553-7970

13                    E-mail: brian.werner@usdoj.gov

14

15  *Per email authorization:*

16

17  *s/ Jennifer Wellman*
    JENNIFER WELLMAN

18  Attorney for Bernard Ross Hansen

19
    *s/ Dennis Carroll*

20  DENNIS CARROLL
    Attorney for Bernard Ross Hansen

21

22  *s/ Michael Martin*
    MICHAEL MARTIN

23  Attorney for Diane Renee Erdmann

24

25

26

27

28

*United States v. Bernard Ross Hansen, et al.*
*CR18-92RAJ,* Agreed Motion for Entry of an Order Setting Case Schedule - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

## **CERTIFICATE OF SERVICE**

3

4

   I hereby certify that on December 20, 2018, I have electronically filed the

5

foregoing with the Clerk of the Court using the CM/ECF system which will send

6

notification of such filing to the attorneys of record for the defendants.

7

8

9           *s/ Dru Mercer*
            DRU MERCER

10          Paralegal Specialist
            700 Stewart Street, Suite 5220

11          Seattle, Washington 98101
            Telephone: (206) 553-7970

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Bernard Ross Hansen, et al.*
*CR18-92RAJ,* Agreed Motion for Entry of an Order Setting Case Schedule - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970