THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-092-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

Based on Defendants' unopposed motion to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING IN PART MOTION
TO CONTINUE TRIAL DATE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #54) is GRANTED IN PART. The Court does not find good cause to grant a continuance of the length requested by Defendants. The Court therefore continues the trial date in this matter to **June 10, 2019 at 9:00 a.m.**

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order through June 10, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that the parties' Agreed Motion for Entry of an Order Setting Case Schedule is terminated. Counsel are directed to meet and confer and present an amended proposed Order Setting Case Schedule for the Court's consideration, based on a trial date of June 10, 2019.

DATED this 7th day of January, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART MOTION
TO CONTINUE TRIAL DATE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**