THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-092-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO RECONSIDER MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE AND GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINES |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | ) | |
| Defendants. | ) | |

Based on the unopposed motion of the defendants to reconsider the motion to continue the trial date and extend the due date for pretrial motions, the facts set forth in the original motion to move the trial and related dates (Dkt. #54), proposed Scheduling Order by the government and the defense (Dkt. #56-1), the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case and the assistance of expert witness(es), which make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER TO RECONSIDER MOTION AND
CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1      4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

     NOW, THEREFORE,

     IT IS HEREBY ORDERED that the motion to reconsider the defense motion for a continuance to the Fall of 2019 (Dkt. #60) is granted;

     IT IS FURTHER ORDERED that the trial date is continued to October 21, 2019.

     FURTHERMORE, IT IS ORDERED that the resulting period of delay from the date of this order through October 21, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (B).

     IT IS ALSO ORDERED that the Scheduling Order proposed by the parties (Dkt. #56-1) will be entered, and should be followed absent good cause, including the filing of pretrial motions, which are due no later than May 3, 2019.

     DATED this 23rd day of January, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO RECONSIDER MOTION AND
CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100