The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-092RAJ |
| Plaintiff, | |
| v. | ORDER SETTING CASE SCHEDULE |
| BERNARD ROSS HANSEN and DIANE ERDMANN, | |
| Defendants. | |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, enters the following scheduling order:

| Event | Deadline/Date |
| --- | --- |
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | February 1, 2019 |
| Status conference/hearing on attorney-client privilege motions | Wednesday, February 27, 2019, 10:00 a.m. |

ORDER SETTING CASE SCHEDULE - 1
CR18-092RAJ

| Event | Deadline/Date |
|---|---|
| Deadline to file pretrial motions (Responses due May 24, 2019; Reply briefs due June 7, 2019; Noting Date: June 7, 2019) | May 3, 2019 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | May 10, 2019 |
| Status conference/hearing on pretrial motions | Friday, June 28, 2019, 9:00 a.m. |
| Parties to provide expert disclosure with Rule 16 written summary (if any) | July 3, 2019 |
| Government to provide FRE 404(b) notices | August 2, 2019 |
| Parties to provide rebuttal expert disclosures (if any) | August 9, 2019 |
| Parties submit proposed draft jury questionnaires (The Court reserves ruling on whether a jury questionnaire will be permitted.) | August 15, 2019 |
| Government to produce Jencks Act statements, with continuing obligation as set forth in Rule 16(c) | August 22, 2019 |

ORDER SETTING CASE SCHEDULE - 2
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Parties to file motions in limine and any motions re: 404(b), inextricably intertwined evidence, and jury selection<br><br>(Responses due September 20, 2019; Reply briefs due September 27, 2019; Noting Date: September 27, 2019) | September 6, 2019 |
| Government's witness list related to its case-in-chief; Government to produce Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | September 30, 2019 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | September 30, 2019 |
| Status Conference/Motions Hearing | October 4, 2019 |
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | October 7, 2019 |
| Pretrial Conference | October 18, 2019, 9:00 a.m. |
| Trial | October 21, 2019 |

DATED this 29th day of January, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER SETTING CASE SCHEDULE - 3
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970