THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-0092-RAJ |
| Plaintiff, | |
| v. | MOTION TO SEAL DOCUMENT |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendant. | |

The defendants, through counsel, moves this Court to order that Exhibit 7 to the Defendant's Reply to the Government's Response to the Motion Asserting Privilege, In Part, and Waiving Privilege In Part Regarding Karr Tuttle Documents, be filed under seal and secured from public access until further order of the Court. This motion is based on the sensitive and confidential nature of information contained in the document, which if made public could result in irreparable harm to the defendant. For this reason, any right of access by the public is outweighed by the interests of the parties in protecting the substance of this document from public view.

DATED this 19th day of February, 2019.

Respectfully submitted,

*s/  Dennis Carroll*
*s/ Jennifer E. Wellman*
Attorneys for Bernard Ross Hansen

MOTION TO SEAL DOCUMENT
(*Bernard Hansen et al.* / CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Alma R Coria*
Senior Legal Assistant

MOTION TO SEAL DOCUMENT
(*Bernard Hansen et al.* / CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**