THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-092-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL |
| | ) | |
| BERNARD ROSS HANSEN, and | ) | |
| DIANE RENEE ERDMANN, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER has come before the undersigned on Defendant Ross Hansen's motion to file under seal Exhibit 7 to the Defendant's Reply to the Government's Response to the Motion Asserting Privilege In Part and Waiving Privilege In Part Regarding Karr Tuttle Documents. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal. Therefore,

IT IS ORDERED that Defendant Ross Hansen's Motion to Seal (Dkt. #70) is GRANTED. Exhibit 7 to the Defendant's Reply to the Government's Response to the Motion Asserting Privilege In Part and Waiving Privilege In Part Regarding Karr Tuttle Documents shall remain under seal.

DATED this 1st day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**