The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARD ROSS HANSEN and
DIANE RENEE ERDMANN,

Defendants.

NO. CR18-92RAJ

**GOVERNMENT MEMORANDUM
FOR APRIL 17, 2019
STATUS CONFERENCE**

I.      **CASE OVERVIEW**

On April 12, 2018, the grand jury returned an indictment charging Defendants with 20 counts of wire fraud (in violation of 18 U.S.C. § 1343) and mail fraud (in violation of 18 U.S.C. § 1341) related to a scheme to defraud the customers of Northwest Territorial Mint (NWTM).  Trial is scheduled for October 21, 2019.

II.     **PENDING MOTION**

The only motion before the Court is Defendants' Motion Asserting Privilege in Part and Waiving Privilege in Part Regarding Karr Tuttle Documents (hereinafter "Privilege Motion").  Dkt. #63.  The Privilege Motion is fully briefed – the government responded at Dkt. #66 and Defendants filed a reply brief at Dkt. #69.

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for April 17, 2019 Status Conference - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Privilege Motion pleadings describe how NWTM retained the Karr Tuttle

2    Campbell law firm in late 2015-early 2016, in the months before NWTM filed for

3    bankruptcy, and after NWTM's former counsel raised concerns about fraudulent business

4    practices.  Dkt. #63 at 3-5; Dkt. #63-4 ("Fullington Memo").  Karr Tuttle attorney Dino

5    Vasquez conducted an audit of part of the NWTM business including a series of

6    interviews of NWTM employees.  Mr. Vasquez then prepared a six-page letter describing

7    his work.  Dkt. #63 at 4; Dkt. #63-5 ("Audit Memo").

8         Besides the communications about the audit, there were separate communications

9    about a criminal investigation.  These communications were between Ross Hansen,

10   Diane Erdmann, and Karr Tuttle attorney Ron Friedman.

11        In their Privilege Motion, Defendants seek to protect both seven specific emails

12   (Dkt. #63 at 7) and "communications with the Karr Tuttle attorneys related to the

13   criminal investigation" (Dkt. #63 at 10) as privileged.  The government responded and

14   cited the relevant Ninth Circuit precedent concerning attorney-client privilege in the

15   context of company counsel.  *See* Dkt. #66 at 4-8.  The government respectfully requests

16   that the Court rule as to whether Defendants have carried their burden.

17        In addition, the government also requests that the Court clarify that the

18   communications regarding the audit and the Audit Memo are not privileged, and

19   therefore Mr. Vasquez (or other Karr Tuttle witnesses) may answer the government's

20   questions about the audit.  Defendants do not appear to be asserting privilege as to any of

21   the audit-related communications, but rather only the communications later in time and

22   related to any criminal investigation.

23   **III.   OTHER ISSUES TO BE ADDRESSED AT STATUS CONFERNCE**

24        **A. The Scheduling Order**

25        As the Court knows, two-and-a-half months ago, on January 29, 2019, the Court

26   entered the parties' agreed Order Setting Case Schedule.  Dkt. #65.  The government has

27   been proceeding under this case schedule.  The next date on this schedule is the deadline

28   for filing pretrial motions, which is May 3, 2019.

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for April 17, 2019 Status Conference - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The defense approached the government about an agreement for a preliminary

2    disclosure of exhibit and witness lists.  The government agreed to earlier August dates.

3    These earlier dates were a good-faith estimate based on the current agreed scheduling

4    order and the time it would take to prepare useful lists.

5    Now, in their status conference filing, the defense suggests not only that the

6    government should be required to prepare exhibit lists in June, but also suggests that the

7    pretrial motions briefing and hearing should be moved to August and September

8    (encroaching on time that was previously reserved for motions *in limine*).

9    The government respectfully requests that the pretrial motions schedule remain as

10   scheduled.  *See* Dkt. #65 at 2.

11   **B.  Request for Subpoenas**

12   The defense also requested that the government produce the subpoenas that were

13   issued to the Trustee during the investigation of this case.  To be clear, the government

14   has produced subpoena returns, i.e., documents produced in response to the subpoena.

15   The government understands that the defense will file a motion and the government will

16   respond at that time.

17

18   Dated this 16th day of April 2019.

19                                              Respectfully submitted,

20                                              BRIAN T. MORAN
21                                              United States Attorney

22                                              *s/ Brian Werner*
23                                              BRIAN WERNER
24                                              Assistant United States Attorney
                                                BENJAMIN T. DIGGS
25                                              Special Assistant United States Attorney
26                                              700 Stewart Street, Suite 5220
                                                Seattle, Washington 98101
27                                              Telephone: (206) 553-7970
                                                E-mail: brian.werner@usdoj.gov
28

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for April 17, 2019 Status Conference - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
## CERTIFICATE OF SERVICE
4
5    I hereby certify that on April 16, 2019, I have electronically filed the foregoing
6 with the Clerk of the Court using the CM/ECF system which will send notification of
7 such filing to the attorneys of record for the defendants.
8
9                                    *s/ Brian Werner*
10                                   BRIAN WERNER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for April 17, 2019 Status Conference - 4

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970