THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-0092-RAJ |
| Plaintiff, | ) ) ) | DECLARATION OF ROSS HANSEN |
| vs. | ) ) | |
| BERNARD ROSS HANSEN, | ) ) | |
| Defendant. | ) ) ) | |

Ross Hansen declares the following:

1. I have reviewed the following emails which have been identified in defendant's prior motion regarding a privilege between myself and attorneys at the law firm of Karr Tuttle Campbell, LLC and Mr. Wyatt. See Dkt 63, Exhibit 1.

| Bates pages | Subject | Date | From: | To: | Summary |
|---|---|---|---|---|---|
| 55343.346 | Request | 4/19/16 | Friedman | Frush, Vasquez | Client referral |
| 55343.335 | Conference Yesterday | 4/11/16 | Wyatt | Hansen, Friedman, Taylor | Criminal investigation |
| 55343.334 | NWTM and Ross Hansen | 4/7/16 | Wyatt | Friedman | Initial contact |

1

| Bates pages | Subject | Date | From: | To: | Summary |
|---|---|---|---|---|---|
| 55343.330-333 | Attorney-client privilege | 4/4/16 | Friedman | Hansen, Vasquez | Criminal investigation |
| 55343.328-329 | Attorney-client privilege | 4/3/16 | Hansen | Friedman | Criminal investigation |
| 55343.327 | Attorney-client | 4/3/16 | Friedman | Hansen, Vasquez | Criminal investigation |
| 55343.221-226 | Tulving Docs | 3/29/16 | Friedman | Hansen | Tulving prosecution |

2. To the best of my recollection, I did not forward or share those emails with anyone other than the individuals identified in the "To/From" columns above, nor did I discuss the content of these emails with anyone other than my attorneys.

3. I declare under penalty of perjury under the laws of the United States of America and the State of Washington, that the foregoing is true and correct.

Executed this 18th day of April, 2019, in Seattle, Washington.

s/ Ross Hansen
Bernard Ross Hansen

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Alma R Coria*
Senior Legal Assistant