THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 18-0092-RAJ |
| Plaintiff, | ) |
| v. | ) AGREED MOTION FOR ENTRY OF AN |
| | ) ORDER SETTING REVISED CASE |
| | ) SCHEDULE |
| BERNARD ROSS HANSEN, and | ) |
| DIANE RENEE ERDMANN, | ) |
| Defendants. | ) |

At a status hearing held April 17, 2019, the Court granted defense counsels' request to modify the scheduling order. Thereafter, the United States of America, by Assistant United States Attorney Brian Werner and Benjamin Diggs, and defense counsel for the respective defendants, attorney Michael Martin and Assistant Federal Public Defenders Dennis Carroll and Jennifer Wellman, met and conferred regarding the proposed order, as directed. The parties agree that the attached revised scheduling order is consistent with the Court's findings at the status hearing, the dates proposed by the Court's clerk for status hearings, and the parties' agreement to revise the defendants' discovery obligations to June 21, 2019 given the defendants stated concerns at the hearing, keeping in mind the government's interests as well.

/ / /

/ / /

/ / /

/ / /

AGREED MOTION FOR ENTRY OF AN
ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)   - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  Accordingly, the proposed scheduling order is attached for the Court's consideration and
2  signature.
3  DATED this 24th day of April, 2019.

Respectfully submitted,

s/ *Jennifer E. Wellman*
s/  *Dennis Carroll*
Attorneys for Bernard Ross Hansen

s/  *Michael G. Martin*
Attorney for Diane Renee Erdmann

AGREED MOTION FOR ENTRY OF AN
ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)     - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to Assistant U.S. Attorney Brian Werner and Assistant U.S. Attorney Benjamin Diggs.

*/s/   Barbara Hughes*
Paralegal

AGREED MOTION FOR ENTRY OF AN ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)     - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100