THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BERNARD ROSS HANSEN, AND DIANE RENEE ERDMANN, <br><br>　　　　Defendants. | No. CR 18-0092-RAJ <br><br> PRAECIPE RE: AGREED MOTION FOR ENTRY OF AN ORDER SETTING REVISED CASE SCHEDULE |

TO THE CLERK OF THE COURT:

On April 24, 2019, an Agreed Motion for Entry of an Order Setting a Revised Case Schedule was filed for defendants Bernard Hansen and Diane Erdmann, and signed by all the defense counsel. Dkt. 80. However, the assigned Assistant United States Attorney's names were inadvertently not included on this motion.

Therefore, attached to this Praecipe is an Amended Agreed Motion, which includes the names of Assistant United States Attorneys Brian Werner and Benjamin Diggs.

//

//

//

PRAECIPE
(*US v. Hansen & Erdmann*; CR18-92RAJd) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 29th day of April, 2019.

                              Respectfully submitted,

                              s/ *Jennifer E. Wellman*
                              s/ *Dennis Carroll*
                              Attorneys for Bernard Hansen
                              Assistant Federal Public Defenders

                              s/ *Michael Martin*
                              Attorney for Diane Erdmann

                              s/ *Brian Werner*
                              s/ *Benjamin Diggs*
                              Assistant United States Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PRAECIPE
(*US v. Hansen & Erdmann*; CR18-92RAJd) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I certify that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Barbara Hughes*
Paralegal

PRAECIPE
(*US v. Hansen & Erdmann*; CR18-92RAJd) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-0092-RAJ |
| Plaintiff, | |
| v. | AMENDED AGREED MOTION FOR ENTRY OF AN ORDER SETTING REVISED CASE SCHEDULE |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

At a status hearing held April 17, 2019, the Court granted defense counsels' request to modify the scheduling order. Thereafter, the United States of America, by Assistant United States Attorney Brian Werner and Benjamin Diggs, and defense counsel for the respective defendants, attorney Michael Martin and Assistant Federal Public Defenders Dennis Carroll and Jennifer Wellman, met and conferred regarding the proposed order, as directed. The parties agree that the attached revised scheduling order is consistent with the Court's findings at the status hearing, the dates proposed by the Court's clerk for status hearings, and the parties' agreement to revise the defendants' discovery obligations to June 21, 2019 given the defendants stated concerns at the hearing, keeping in mind the government's interests as well.

/ / /

/ / /

/ / /

/ / /

AMENDED AGREED MOTION FOR ENTRY
OF AN ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Accordingly, the proposed scheduling order is attached for the Court's consideration and signature.

DATED this 29th day of April, 2019.

    Respectfully submitted,

    s/ *Jennifer E. Wellman*
    s/ *Dennis Carroll*
    Attorneys for Bernard Ross Hansen

    s/ *Michael G. Martin*
    Attorney for Diane Renee Erdmann

    s/ *Brian Werner*
    s/ *Benjamin Diggs*
    Assistant United States Attorneys

AMENDED AGREED MOTION FOR ENTRY
OF AN ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to Assistant U.S. Attorney Brian Werner and Assistant U.S. Attorney Benjamin Diggs.

/s/   *Barbara Hughes*
Paralegal

AMENDED AGREED MOTION FOR ENTRY
OF AN ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)   - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100