The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br><br>            v.<br><br>BERNARD ROSS HANSEN and<br>DIANE ERDMANN,<br>                    Defendants. | NO. CR 18-092RAJ<br><br><br>ORDER SETTING REVISED<br>CASE SCHEDULE |

The Court, having considered the parties' Agreed Motion for Entry of an Order Setting Revised Case Schedule, having reviewed the record and files in this case, and after a consideration of all relevant information and the circumstances of this case, including arguments of counsel, GRANTS the motion (Dkt. #80), and enters the following revised scheduling order:

| Event | Deadline/Date |
|---|---|
| Preliminary Disclosure of Government's Proposed Witnesses (nonbinding and subject to amendment) | June 21, 2019 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | June 21, 2019 |

FEDERAL PUBLIC
DEFENDER'S OFFICE
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101

| Event | Deadline/Date |
|---|---|
| Status Hearing | June 28, 2019, 9:00 a.m. |
| Parties to provide expert disclosure with Rule 16 written summary (if any) | July 3, 2019 |
| Preliminary Disclosure of Government's Proposed Trial Exhibits (nonbinding and subject to amendment) | July 25, 2019 |
| Government to provide FRE 404(b) notices | August 2, 2019 |
| Deadline to file Pretrial Motions.  Responses due Aug. 16, 2019; Reply briefs due Aug. 23, 2019; Noting Date: Aug. 23, 2019 | August 2, 2019 |
| Parties to provide rebuttal expert disclosures (if any) | August 9, 2019 |
| Preliminary Disclosure of Defense Proposed Witnesses (nonbinding and subject to amendment) | August 9, 2019 |
| Parties to submit draft jury questionnaires | August 15, 2019 |
| Preliminary Disclosure of Defendants' Proposed Trial Exhibits (nonbinding and subject to amendment) | August 15, 2019 |
| Government to produce Jencks Act statements, with continuing obligation as set forth in Rule 16(c) | August 22, 2019 |
| Status Conference/Hearing on Pretrial Motions | August 26, 2019, 9:00 a.m. |
| Parties to file motions in limine and any motions re: 404(b), inextricably intertwined evidence, and jury selection.  Responses due September 27, 2019; Reply briefs due October 4, 2019; Noting Date: October 4, 2019 | September 13, 2019 |

ORDER SETTING REVISED CASE SCHEDULE - 2
(*Hansen/Erdman*, CR18-092RAJ)

FEDERAL PUBLIC
DEFENDER'S OFFICE
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101

| Event | Deadline/Date |
|---|---|
| Preliminary Disclosure of Government's Proposed Charts and Summaries (nonbinding and subject to amendment) | September 23, 2019 |
| Status Conference/Motions Hearing | October 4, 2019, 9:00 a.m. |
| Government's witness list related to its case-in-chief; Government to produce Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | September 30, 2019 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | September 30, 2019 |
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | October 7, 2019 |
| Pretrial Conference | October 18, 2019, 9:00 a.m. |
| Trial | October 21, 2019, 9:00 a.m. |

DATED this 29th day of April, 2019.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING REVISED CASE SCHEDULE - 3
(*Hansen/Erdman*, CR18-092RAJ)