WA/WD PTS-Summons
(01/19)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

Petition for Summons for Defendant Under Pretrial Services Supervision

**Date of Report:** 07/01/2019

**Name of Defendant:** Bernard Ross Hansen  **Case Number:** 2:18-cr-00092-RAJ-1

**Name of Judicial Officer:** The Honorable Mary Alice Theiler, United States Magistrate Judge

**Original Offense:** Count 1-10: Mail Fraud
Count 11-20: Wire Fraud

**Date Supervision Commenced:** 04/16/2018

Bond Conditions Imposed:

- Travel is restricted to <u>the Western District of Washington</u>, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services. <u>Defendant is directed to disclose ownership of any precious metals</u>.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- No employment in any positions in which there is actual/potential access to cash or negotiable instruments, <u>or precious metals</u>, unless the employer is notified and the employment has been approved by Pretrial Services. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case <u>regarding this case and investigation except if in the presence of counsel</u>.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- The defendant shall maintain a single checking account in his or her name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.

Case 2:18-cr-00092-RAJ   Document 84   Filed 07/01/19   Page 2 of 2

The Honorable Mary Alice Theiler, United States Magistrate Judge     Page 2
Petition for Summons for Defendant Under Pretrial Services Supervision     7/1/2019

- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan without approval of the defendant's U.S. Probation Officer.

## PETITIONING THE COURT

☒ To issue a summons

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

1. Mr. Hansen violated a special condition requiring him to not have direct contact or indirect contact with any existing and/or future witnesses in this case by having contact with a witness on or about June 19, 2019.

**United States Probation Officer Recommendation:**
☒ Issue a summons

I have notified the United States Attorney's Office of this violation and they concur with the recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 1st day of July, 2019.

BY:

_____
Christina Lacy
United States Probation Officer

_____
Jaymie Parkhurst
Supervising United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Mary Alice Theiler, United States Magistrate Judge

7/1/2019
Date