THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-092-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT ROSS HANSEN'S |
| v. | ) | PRELIMINARY WITNESS LIST |
| | ) | (Non-binding and subject to amendment) |
| BERNARD ROSS HANSEN, and | ) | |
| DIANE RENEE ERDMANN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In addition to those persons named by the government in its Government Preliminary Witness List, the defense may call the following witnesses:

1. Bill Atalla

2. Richard Bressler

3. Roy Brooks

4. Diane Erdmann

5. Ross Hansen

6. Rod Lawrence

7. Anne Layne

8. Pat Mannelly

9. Fred Mendoza

HANSEN PRELIMINARY WITNESS LIST
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

10. Pat Rhodes

11. Don Routh

12. Don Schwenk

13. Dino Vasquez

    DATED this 9th day of August, 2019.

                     Respectfully submitted,

                     s/ *Dennis Carroll*
                     s/ *Jennifer E. Wellman*
                     Attorneys for Bernard Ross Hansen

HANSEN PRELIMINARY WITNESS LIST
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

**CERTIFICATE OF SERVICE**

2

I certify that on August 9, 2019, I electronically filed the foregoing document with the

3

Clerk of the Court using the CM/ECF system, which will send notification of filing to Assistant

4

U.S. Attorneys Benjamin Diggs and Brian Werner and attorney Barry Flegenheimer.

5

s/ *Barbara Hughes*

6

Paralegal

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HANSEN PRELIMINARY WITNESS LIST
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 3