THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-092-RAJ |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| BERNARD ROSS HANSEN, | |
| Defendant. | |

NOTICE IS GIVEN that Assistant Federal Public Defender Andrew Kennedy appears as counsel for Bernard Ross Hansen. It is requested that notice of all filings be served upon the undersigned.

DATED this 22nd day of August, 2019.

Respectfully submitted,

s/ *Andrew Kennedy*
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Andy_Kennedy@fd.org

NOTICE OF APPEARANCE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Alma R Coria*
Paralegal

NOTICE OF APPEARANCE
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**