

**USPS TRACKING #**

9590 9402 4876 9032 4003 60

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**U.S. MARSHALS SERVICE**
**SUITE 9000**
**700 STEWART STREET**
**SEATTLE WA 98101-1271**

MS

18CR92-RAJ

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bernard Ross Hansen
   35447 34th Ave S
   Auburn, WA 98001

9590 9402 4876 9032 4003 60

2. Article Number (Transfer from service label)

   7019 0700 0001 5612 0607

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Diane Friedm_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Diane Friedmann
C. Date of Delivery: 7/15/19

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

AUG 21 2019  CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt