THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-0092-RAJ |
| Plaintiff, | ) ) | |
| v. | ) ) ) | AGREED MOTION FOR ENTRY OF AN ORDER SETTING REVISED CASE SCHEDULE |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | ) ) ) ) | |
| Defendants. | ) | |

At a status hearing held August 13, 2019, the Court granted a motion to continue the trial date by new defense counsel for Ms. Erdmann. Thereafter, the United States of America, by Assistant United States Attorney Brian Werner and Benjamin Diggs, and defense counsel for the respective defendants, attorney Barry Flegenheimer and Assistant Federal Public Defenders Dennis Carroll and Jennifer Wellman, met and conferred regarding a revised scheduling order, as directed. The parties agree that the attached proposed scheduling order is consistent with the Court's findings at the status hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

AGREED MOTION FOR ENTRY OF AN ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)     - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1   Accordingly, the proposed scheduling order is attached for the Court's
2   consideration and signature.
3   DATED this 23rd day of August, 2019.

Respectfully submitted,

*s/  Dennis Carroll*
*s/ Jennifer E. Wellman*
Attorneys for Bernard Ross Hansen

*s/  Barry Flegenheimer*
Attorney for Diane Renee Erdmann

*s/  Benjamin Diggs*
*s/  Brian Werner*
Assistant United States Attorneys

AGREED MOTION FOR ENTRY OF AN
ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)     - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that August 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*/s/ Alma R Coria*
Paralegal
Office of the Federal Public Defender

AGREED MOTION FOR ENTRY OF AN
ORDER REVISING CASE SCHEDULE
(*Bernard Hansen et al.*; CR18-92RAJ)   - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**