THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR18-092-RAJ |
| --- | --- |
| Plaintiff, | ) |
| v. | ) AMENDED SCHEDULING ORDER |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | ) |
| Defendants. | ) |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, including arguments of new counsel at the August 13, 2019, status hearing, enters the following amended scheduling order:

| Event | Deadline/Date |
| --- | --- |
| Hearing on Hansen Pretrial Motions | October 4, 2019 at 9:00 a.m. |
| Erdmann to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Erdmann to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Erdmann to provide notice of advice of counsel defense and relevant discovery. | December 20, 2019 |
| Status Conference | January 10, 2020 at 9:00 a.m. |

AMENDED SCHEDULING ORDER
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| Event | Deadline/Date |
|---|---|
| Erdmann to provide expert disclosure with Rule 16 written summary (if any) | January 17, 2020 |
| Preliminary Disclosure of Erdmann's Proposed Witnesses (non-binding and subject to amendment) | January 31, 2020 |
| Government and Erdmann to provide rebuttal expert disclosures (if any) | January 31, 2020 |
| Deadline for Erdmann to file Pretrial Motions, if any. Responses due February 21, 2020; reply briefs due February 28, 2020; Noting Date February 28, 2020 | February 7, 2020 |
| Parties to submit draft jury questionnaires | February 14, 2020 |
| Preliminary Disclosure of Defendants Proposed Trial Exhibits (non-binding and subject to amendment) | February 14, 2020 |
| Government to produce *Jencks* Act Statements, with continuing obligation as set forth in Rule 16(c) | February 14, 2020 |
| Status conference/Hearing on Erdmann Pretrial Motions | March 6, 2020 at 9:00 a.m. |
| Parties to file motions in limine and any motions re: 404(b) and inextricably intertwined evidence and jury selection. Responses due March 13, 2020; Reply briefs due March 20, 2020; Noting Date: March 20, 2020 | February 28, 2020 |
| Preliminary Disclosure of Government's Proposed Charts and Summaries (non-binding and subject to amendment) | March 16, 2020 |
| Government's witness list related to its case-in-chief; Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | March 23, 2020 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | March 23, 2020 |

AMENDED SCHEDULING ORDER
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| Event | Deadline/Date |
|---|---|
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | March 30, 2020 |
| Final Motions Hearing and Pretrial Conference | April 3, 2020 at 9:00 a.m. |
| Trial | April 13, 2020 at 9:00 a.m. |

IT IS SO ORDERED.

DATED this 29th day of August, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

AMENDED SCHEDULING ORDER
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 3