The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN<br><br>　　　　　Defendant. | NO. CR 18-092RAJ<br><br>**SUPPLEMENT: DECLARATION OF SPECIAL AGENT MICHAEL BOZZELLI** |

I, Michael Bozzelli, Special Agent, Federal Bureau of Investigation, being first duly sworn, depose, and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Hostage Rescue Team and located in Quantico, Virginia. From approximately February 2015 to January 2018, I was assigned to the White Collar Crime Squad of the Seattle, Washington Headquarters Field Office.

2. In September 2015, as part of my duties as a Special Agent, I was conducting an investigation related to Northwest Territorial Mint (NWTM). On or about September 20, 2015, I learned from a former NWTM employee that John Young had recently stopped working at NWTM. After learning that Mr. Young was no longer working at NWTM, I then contacted Mr. Young and asked to interview him.

DECLARATION OF SPECIAL AGENT MICHAEL BOZZELLI - 1
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. On September 22, 2015, I interviewed Mr. Young in Shoreline, Washington. FBI Forensic Accountant Gwynne Laurente also attended the interview. At this September 22, 2015 interview, Mr. Young confirmed that he was no longer employed at NWTM.

4. After this September 22, 2015 interview, I remained in contact with Mr. Young. In October 2015, Mr. Young provided me with several files, including various spreadsheets and various pictures of contracts with names redacted ("October 2015 Files"). Some of the October 2015 Files were emailed to me and some were provided to me on a disk.

5. It is my understanding that all of the October 2015 Files were obtained by Mr. Young during the time he was employed with NWTM, i.e., before September 18, 2015. That is what Mr. Young told me. Further, dates on these files are consistent with Mr. Young having obtained these files earlier. For example, the Customer Contacts file provided by Mr. Young had a date modified of May 22, 2014, and the GL History file had a date modified of July 1, 2014. The Accounts Payables and Accounts Receivables Reports were dated in February 2015.

6. I briefly reviewed the October 2015 Files provided by Mr. Young and placed the files into evidence. The October 2015 Files were not used to generate any investigative leads in this case.

7. In December 2015, Mr. Young provided me with a hard drive that he said that he used when he was employed at NWTM. Mr. Young told me that NWTM had abandoned the hard drive. I took the hard drive and put it into evidence, but I never reviewed this hard drive. Based on my review of a recent FBI report in this case, I know that this hard drive was reviewed by the FBI in February 2019, after receiving consent from the Bankruptcy Trustee and a former NWTM employee.

//
//

DECLARATION OF SPECIAL AGENT MICHAEL BOZZELLI - 2
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. I never promised Mr. Young immunity and Mr. Young was never paid by the FBI.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ____ day of October, 2019.

MICHAEL BOZZELLI
Special Agent, Federal Bureau of
Investigation

DECLARATION OF SPECIAL AGENT MICHAEL BOZZELLI - 3
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970