1

THE HONORABLE RICHARD A. JONES

2

3

4

5                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                  AT SEATTLE

7

8    UNITED STATES OF AMERICA,          )  No. CR18-092-RAJ
                                        )
9                 Plaintiff,            )  SUPPLEMENTAL EXHIBITS IN
                                        )  SUPPORT OF DEFENSE MOTION TO
10          v.                          )  COMPEL PRETRIAL INTERVIEWS
                                        )  OF CASCADE CAPITAL GROUP
11   BERNARD ROSS HANSEN,               )  GOVERNMENT WITNESSES
                                        )
12                Defendant.            )
                                        )
13   _____)

14          Bernard Ross Hansen moved to compel key government witnesses from the

15   Cascade Capital Group, LLC, to participate in a pretrial interview with the defense. Dkt.

16   98. As noted in the motion and reply brief, the analysis and work undertaken by the

17   Cascade Capital Group government witnesses is the foundation of the government's case

18   against Mr. Hansen (and his co-defendant Diane Erdmann) that the Northwest Territorial

19   Mint was, in essence, a Ponzi-scheme. *Id.* at 4-8; *see also* Dkt. 118 at 2-3. The defense

20   has described these witnesses as essentially quasi-agents of or experts for the

21   government. In further support of that contention, the defense submits the government's

22   July 3, 2019 and August 9, 2019 expert disclosure notices.

23          DATED this 7th day of October,  2019.

24                                             Respectfully submitted,

25                                             s/ *Dennis Carroll*
                                               s/ *Andrew Kennedy*
26                                             s/ *Jennifer E. Wellman*
                                               Attorneys for Bernard Ross Hansen

SUPPLEMENTAL EXHIBITS IN SUPPORT OF            **FEDERAL PUBLIC DEFENDER**
MOTION TO COMPEL PRETRIAL                      **1601 Fifth Avenue, Suite 700**
INTERVIEWS                                     **Seattle, Washington 98101**
(*Bernard Hansen, et al.*; CR18-092-RAJ) - 1        **(206) 553-1100**

1

**CERTIFICATE OF SERVICE**

2          I certify that on October 7, 2019, I electronically filed the foregoing document

3    with the Clerk of the Court using the CM/ECF system, which will send notification of

4    filing to all registered parties.

5                                         s/ *Barbara Hughes*
                                          Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26