THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-092-RAJ |
| Plaintiff, | |
| v. | DEFENDANT'S EXHIBIT LIST PRE-TRIAL MOTION HEARING (OCTOBER 7, 2019) |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

| NO. | DESCRIPTION | BATES | ADMITTED |
|------|-------------|-------|----------|
| 200 | Emails | CHS_400-404 | |
| 201 | Emails | CHS_937-942 | |
| 202 | Emails | CHS_904-908 | |
| 203 | FD-1023 form, Email | CHS_14, 102 | |
| 204 | Emails | CHS_947 | |
| 205 | Email | CHS_962-973 | |
| 206 | Emails | CHS_282-284 | |
| 207 | Email | CHS_989-990 | |

Respectfully submitted,
s/ *Dennis Carroll*
Dennis Carroll

*s/Jennifer Wellman*
Jennifer Wellman

Assistant Federal Public Defenders
Attorneys for Bernard Ross Hansen

DEFENDANT'S EXHIBIT LIST
PRE-TRIAL MOTION HEARING
(OCTOBER 7, 2019) - 1
*USA v. HANSEN.* / CR18-092-RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notification of filing to all

parties of record.

DATED this 7th day of October, 2019.


<u>s/ *Barbara Hughes*</u>

Barbara Hughes, Paralegal

DEFENDANT'S EXHIBIT LIST
PRE-TRIAL MOTION HEARING
(OCTOBER 7, 2019) - 2
*USA v. HANSEN*. / CR18-092-RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**