THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-092-RAJ |
| Plaintiff, | ) ) | |
| v. | ) ) | (PROPOSED) ORDER TO MODIFY BOND CONDITIONS |
| BERNARD ROSS HANSEN, | ) ) | |
| Defendants. | ) ) ) | |

The Court, having reviewed the record and files in this case and after consideration of all relevant information and the circumstances of this case hereby grants the motion to modify the Defendant's bond conditions as follows:

DELETE:

You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

ADD:

You may seek employment in the minting business under the following circumstances: (1) you shall not have direct contact or indirect contact with any identified witnesses in this case, including prior customers and employees of the Northwest Territorial Mint, except, you may have contact with past employees if they left employment at the Mint before April 2013 and the past employee has not been named as a potential; and (2) you may not seek employment in which you would work with precious metals or handle customer cash.

(PROPOSED) ORDER TO MODIFY
BOND CONDITIONS
(*Bernard Hansen.*; CR18-092-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

Dated this _____ day of October, 2019.

_____
RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Bernard Ross Hansen

(PROPOSED) ORDER TO MODIFY
BOND CONDITIONS
(*Bernard Hansen.*; CR18-092-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**