THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-092-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| BERNARD ROSS HANSEN, | ) | |
| Defendant. | ) | |

THE COURT has considered defense counsel's *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel and the records and files in this case, and having heard from Defendant and defense counsel at a hearing conducted on this date, for the reasons set forth orally on the record,

IT IS NOW ORDERED that the Motion to Withdraw and for Appointment of New Counsel (Dkt. #141) is GRANTED. Assistant Federal Public Defenders Jennifer Wellman, Dennis Carroll, and Andrew Kennedy, and the Office of the Federal Public Defender are permitted to withdraw as defense counsel in this matter, and new counsel shall be appointed to represent the defendant from the CJA panel.

DATED this 10th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*United States v. Hansen*, CR18-092-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100