HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　　　Defendants. | Case No.  CR18-0092-RAJ<br><br>ORDER GRANTING MOTION<br>TO CONTINUE TRIAL DATE AND<br>PRETRIAL DEADLINES |

　　　　THIS MATTER, having come before the Court on Defendant Bernard Ross Hansen's Motion to Continue the Trial Date and Pretrial Deadlines, and the Court having considered the Government's response, and having heard from counsel at a hearing conducted on this date,

　　　　THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) & (iv), that due to the unusually complex nature of this case, as well as counsel for Mr. Hansen's recent appointment to the case and counsel's trial schedule, it is unreasonable to expect counsel to adequately prepare for trial within the time limits currently set;

　　　　THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice will best be served by a continuance; that they outweigh the best interest of the public and Defendants in a speedy trial; and that all of the

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL DEADLINES
(Case No.  CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  time requested between the date the matter currently is set for trial, that is, April 13, 2020,
2  and the new trial date of January 11, 2021, is necessary in order to provide counsel for Mr.
3  Hansen the reasonable time necessary to prepare for trial;

4      NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Continue
5  Trial Date and Pretrial Motions Deadline is GRANTED as to both Defendant Bernard Ross
6  Hansen and Diane Renee Erdmann.  The trial date in this matter is continued from
7  April 13, 2020, to January 11, 2021, at 9:00 a.m.

8      IT IS FURTHER ORDERED that the period of delay from the date of this order
9  through the new trial date of January 11, 2021, is hereby excluded for speedy trial
10 purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (B).

11     IT IS FURTHER ORDERED that counsel are directed to meet and confer and
12 present an Amended Scheduling Order for the Court's consideration, based on a trial date
13 of January 11, 2021.

14     DATED this 13th day of February, 2020.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND PRETRIAL DATES
(Case No. CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224