THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-0092-RAJ |
| Plaintiff, | |
| vs. | SPEEDY TRIAL WAIVER - BERNARD ROSS HANSEN |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

SPEEDY TRIAL WAIVER
(Case No. CR18-0092-RAJ) - 1

I, Bernard Ross Hansen, have been advised of my right to a speedy trial under the Sixth Amendment of the United States Constitution, and the Speedy Trial Act, 18 U.S.C. § 3161 et seq. I knowingly and voluntarily, and with the advice of counsel, waive these rights and consent to a continuance of the trial date from April 13, 2020, to any date up to and including January 11, 2021. I understand that the Court will make findings that the time from April 13, 2020, until the new trial date is excludable for purposes of calculating the applicable time limits under the Speedy Trial Act at 18 U.S.C. § 3161, et. seq.

I consent to the requested continuance in order to afford my counsel the reasonable time necessary to prepare my defense and hereby waive my right to a speedy trial through January 11, 2021.

DATED this 18th day of February, 2020.

*[signature]*
BERNARD ROSS HANSEN

CALFO EAKES & OSTROVSKY LLP

By /s Henry C. Phillips
Angelo J. Calfo, WSBA #27079
Henry C. Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 407-2210 | Phone
(206) 407-2224 | Fax
Email: angeloc@calfoeakes.com
       henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

SPEEDY TRIAL WAIVER
(Case No. CR18-0092-RAJ) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224