HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>                    Defendants. | Case No.  CR18-0092-RAJ<br><br>STIPULATED MOTION TO ENTER<br>ORDER SETTING CASE SCHEDULE<br><br>**NOTE ON MOTION CALENDAR:**<br>**Tuesday, March 3, 2020** |

STIPULATED MOTION TO ENTER ORDER
SETTING CASE SCHEDULE
(Case No. CR18-0092-RAJ)

The parties, through their undersigned counsel, stipulate and agree to request the Court to enter the contemporaneously filed Proposed Order Setting Case Schedule.

DATED this 3rd day of March, 2020.

CALFO EAKES & OSTROVSKY LLP

By     *s/Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
Henry C. Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 407-2200
Fax:  (206) 407-2224
Email:  angeloc@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

BRIAN T. MORAN
United States Attorney

By     *s/Brian Werner*
Brian Werner
Assistant United States Attorney
Benjamin Diggs
Special Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
Email: brian.werner@usdoj.gov
benjamin.diggs@usdoj.gov

*Attorneys for United States of America*

BELL FLEGENHEIMER

By     *s/Barry Flegenheimer*
Barry Flegenheimer, WSBA #11024
119 First Avenue S., Suite 500
Seattle, WA 98104
Telephone:  (206) 621-8777
Email:  barrylfp@gmail.com

*Attorneys for Defendant Diane Renee Erdman*

STIPULATED MOTION TO ENTER ORDER
SETTING CASE SCHEDULE
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

ALLEN, HANSEN, MAYBROWN & OFFENBECHER, PS

By  *s/Todd Maybrown*
  Todd Maybrown, WSBA #18557
  600 University Street, Suite 3020
  Seattle, WA 98101
  Telephone: (206) 447-9681
  Email: todd@ahmlawyers.com

*Attorneys for Defendant Diane Renee Erdman*

STIPULATED MOTION TO ENTER ORDER
SETTING CASE SCHEDULE
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224