THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN and<br>DIANE ERDMANN,<br><br>　　　　　　　Defendants. | NO. CR18-092RAJ<br><br>ORDER SETTING AMENDED<br>CASE SCHEDULE |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, enters the following scheduling order:

| Event | Deadline/Date |
|---|---|
| Erdmann Deadline to file Pretrial Motions: Responses due May 15, 2020; Reply briefs due May 22, 2020; Noting Date: May 22, 2020 | May 1, 2020 |
| Status Conference/Hearing on Erdmann Pretrial Motions | June 12, 2020, 9:00 a.m. |

ORDER SETTING AMENDED CASE SCHEDULE - 1
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) (without prejudice to supplement by December 31, 2020 disclosure of trial exhibits); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | August 3, 2020 |
| Hansen to provide expert disclosure with Rule 16 written summary (if any) | September 7, 2020 |
| Status Conference | September 11, 2020, 1:30 p.m. |
| Parties to provide rebuttal expert disclosures (if any) | September 21, 2020 |
| Hansen Deadline to file additional Pretrial Motions (if any): Responses due October 9, 2020; Reply briefs due October 16, 2020; Noting Date: October 16, 2020 | September 25, 2020 |
| Parties to file motions *in limine* and any motions re: 404(b), inextricably intertwined evidence, and jury selection. Responses due October 9, 2020; (Pursuant to CrR 23,2, no Reply briefs are permitted unless requested by the Court ); Noting Date: October 16, 2020 | September 25, 2020 |
| Status Conference/Hearing on Pretrial Motions and Motions *in Limine* | October 10, 2020 |
| Government to produce Jencks Act Statements, with continuing obligation as set forth in Rule 16(c) | November 6, 2020 |

ORDER SETTING AMENDED CASE SCHEDULE - 2
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Preliminary Disclosure of Defendants' Proposed Witnesses and Trial Exhibits for defense case-in-chief (non-binding and subject to amendment) | November 13, 2020 |
| Government's witness list and exhibit list (with bates numbers provided to defense) related to its case-in-chief; Government to produce Rule 26.2 materials and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | December 7, 2020 |
| Preliminary Disclosure of Government's Proposed Charts and Summaries (non-binding and subject to amendment) | December 14, 2020 |
| Defendants' witness list and exhibit list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | December 21, 2020 |
| Parties to file Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | December 28, 2020 |
| Parties to file Exhibit Lists for cases-in-chief | December 31, 2020 |
| Pretrial Conference | January 5, 2020, 9:00 a.m. |
| Trial | January 11, 2021 |

SO ORDERED.

DATED this 9th day of March. 2020

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING AMENDED CASE SCHEDULE - 3
CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970