HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANE RENEE ERDMANN,<br><br>    Defendant. | NO. CR18-092RAJ<br><br>DEFENDANT'S MOTION TO SEAL<br><br>Noted: May 8, 2020 |

The defendant, Diane Erdmann, by counsel Barry Flegenheimer and Todd Maybrown, file this motion to seal. Ms. Erdmann and counsel request that Defendant Diane Erdmann's *Ex Parte* Motion for Leave to Withdraw and for Substitution of Counsel and Declaration in Support Thereof, which will be filed under seal, be allowed to remain under seal due to the sensitive information contained therein.

DATED: April 27, 2020.

s/ Todd Maybrown
Todd Maybrown

s/ Barry Flegenheimer
Barry Flegenheimer
Attorneys for Diane Erdmann

DEFENDANT'S MOTION TO SEAL
*[No. CR18-092RAJ]* - 1

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

DATED: April 27, 2020.

s/ Melisa Wong
Melisa Wong
Legal Assistant
Bell Flegenheimer
119 First Ave. S., # 500
Seattle, WA 98104
206/621-8777
206/621-1256 fax
Melisa@bellfleg.com

DEFENDANT'S MOTION TO SEAL
*[No. CR18-092RAJ]* - 2

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777