UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

DIANE RENEE ERDMANN,

　　　　　　　Defendant.

NO. CR18-092RAJ

ORDER GRANTING MOTION TO SEAL

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the motion for withdrawal and substitution of counsel,

It is hereby ORDERED that the Defendant Diane Erdmann's *Ex Parte* Motion for Leave to Withdraw and for Substitution of Counsel and Declaration in Support Thereof, shall be and remain sealed.

DATED this 28 day of April, 2020.

~~RICHARD A. JONES~~ BRIAN TSUCHIDA
United States ~~District Court~~ MAGISTRATE Judge