HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD ROSS HANSEN,<br><br>         Defendant. | Case No.  CR18-0092-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF APPOINTED COUNSEL |

  The Court, having received and reviewed defendant Bernard Ross Hansen's unopposed motion to withdraw and for substitution of counsel, and good cause appearing, IT IS HEREBY ORDERED that the unopposed Motion (Dkt. #177) is GRANTED. Andrea D. Ostrovsky shall be permitted to withdraw as counsel for defendant Bernard Ross Hansen.

  IT IS FURTHER ORDERED that, as of the date of this Order, Patty Eakes shall be substituted as counsel for Mr. Hansen and shall act as co-counsel with Angelo Calfo.

///
///
///
///

ORDER GRANTING UNOPPOSED MOTION
FOR WITHDRAWAL AND SUBSTITUTION
OF APPOINTED COUNSEL
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

All future correspondence, pleadings, and papers should be served upon Ms. Eakes and Mr. Calfo as counsel for Mr. Hansen at the following location:

>Angelo J. Calfo (angeloc@calfoeakes.com)
>Patty Eakes (pattye@calfoeakes.com)
>Calfo Eakes & Ostrovsky LLP
>1301 Second Avenue, Suite 2800
>Seattle, Washington 98101
>Phone:  (206) 407-2200
>Fax:  (206) 407-2224

DATED this 13th day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR WITHDRAWAL AND SUBSTITUTION
OF APPOINTED COUNSEL
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224