Victims response to Document 149. Filed 02-03-20

Case No: 2:18-cr-00092-RAJ

As identified by the government as victim in this case, It is important for my conversations w/ Mr. Werner to be relayed with accuracy. Mr. Werner appears to have misunderstood the nature and tenure of our telephone conversation.

(1)

my husband, myself, Mr. Werner and Pamela Johnson all spoke by telephone at a point preceeding the filing of this document. I stated clearly that I cared little about whether this continuance should be granted or denied and that I only wanted my property returned. (665 oz. Troy .999 Ag) that I had stored in Mr. Hansons vaults as indicated

(2)

in our storage agreement of Sept. 2015.

This is contrary to Mr. Werner's assertion that, "... more than 30 telephone calls ... victims <u>uniformly</u> opposed to a <s>the</s> <ins>lengthy</ins> continuance." (Lines 2-3 p. 5 of 8; Document 149)

In addition, Mr. Werner has mischaracterized the storage customers and the disposition of thier

(3)

personal property at various vaults operated by N.W.T.M.

(line 14-15 page 3 of 8 document 147)

Mr Werner writes, "There are more than 58 (storage customer) bullion storage customers victims who are missing some part of their bullion. DKT # 1 at 12.

The fact is that the majority of these 53 storage customers are missing <u>all</u> of their

(4)

property. In my case 665 oz. Troy, .999 Ag. and no part has ever been returned. ~~In~~ fact the trustee and his proffesionals have never addressed the contractual obligations owed me or any other storage costomer. ~~The Mr Hanson~~ Neither Hanson nor Erdman are in any way responsible

(5)

for the actions or inactions of the trustee Calvert or his proffesionals.

The case files, dockets and other papers in the bankruptcy case tell a clear story, ... and the villians are not Erdman nor Hanson.

In addition, when I reported my suspicions about the trustee Calvert and

(6)

his counsel to Mr Werner

and Ms. Johnson, my reports

fell on deaf ears and such

reports have never been accurately

relayed to this court, law

enforcement, or any one else

for that matter.

When I asked Mr Werner

if he had ever read the

entirety of the dockets in

the bankruptcy case,.. he

(7)

flately stated, "No.", as if the dockument their have no weight in these proceedings. To the contrary, I suspect that those file jo unread doe to the fact that they paint a much different picture then the common narrative being portrayed by Mr. Werner, Ms. Johnson, Mr. Colvert, Mr New, Mr. Northrup, the media and the D.O.J.

(9)

Be that as it my the facts are the facts, the tooth fairy is not real, the moon is not made of green cheese, and neither my my husband nor myself ever said what document 147 purports.

respectfully
Jodie Hirtler
Jodie Hirtler

S. McKnight
Steve McKnight

(10)

Addendum to letter

Also, we have asked to be mailed the documents in this case as broadband service is southern Appalachia where we live is inadequate to monitor the Pacer system. This has never happened.

Can we please be provided such moving forward?

Respectfully ever, /s/ S.M.

(11)