THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BERNARD ROSS HANSEN and DIANE RENEE ERDMANN,<br><br>                Defendants. | No. CR18-092RAJ<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION TO AMEND CASE SCHEDULE TO EXTEND DEADLINE FOR DEFENDANTS TO PROVIDE CERTAIN DISCOVERY |

THIS MATTER having come before the Court on Defendants' Joint Motion to Amend the Case Schedule, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that Defendants' Joint Motion to Amend the Case Schedule is GRANTED. Deadlines for Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) (without prejudice to supplement by December 31, 2020 disclosure of trial exhibits); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; and Defendants to provide notice of advice of counsel defense and relevant discovery are extended from August 3, 2020 to August 31, 2020.

DATED this 31st day of July, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS' JOINT
MOTION TO AMEND CASE SCHEDULE – Page 1
No. CR18-092RAJ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900