The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | NO. CR18-92RAJ<br><br>**GOVERNMENT MEMORANDUM FOR SEPTEMBER 11, 2020 STATUS CONFERENCE** |

**I.   CASE STATUS**

On April 12, 2018, the grand jury returned an indictment charging Defendants with 20 counts of wire fraud (in violation of 18 U.S.C. § 1343) and mail fraud (in violation of 18 U.S.C. § 1341) related to a scheme to defraud the customers of Northwest Territorial Mint (NWTM).

Pretrial motions are due for both defendants on September 25, 2020.  Case Schedule, Dkt. #182.  (Mr. Hansen's already filed pre-trial motions with earlier counsel and the Court indicated that it may consider motions filed by new counsel.)

Motions *in limine* are also due on September 25, 2020.  Dkt. #182.

Trial is scheduled for January 11, 2020.  Dkt. #182.

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for September 11, 2020 Status Conference - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties have not been before the Court in a while: the last hearing before the Court was February 13, 2020. At that hearing, the Court continued the trial until January 2021, over the government's objection. The parties and the Court prepared a new case schedule order.

In May 2020, after a hearing before the Honorable Brian A. Tsuchida, Ms. Erdmann's second group of attorneys were permitted to withdraw. New attorneys were appointed shortly thereafter. Counsel for the government has received inquiries regarding the format and content of discovery from Ms. Erdmann's counsel, and the government has responded to those inquiries as they arise.

## II. ISSUES FOR STATUS CONFERENCE

The government understands that defense counsel may want to address the trial date at the status conference. The government does not know the defense position at this time. The government does not have other issues to raise with the Court at this time, besides responding to trial date issues.

Dated this 10th day of September 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Brian Werner*
BRIAN WERNER
BENJAMIN T. DIGGS
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
E-mail: brian.werner@usdoj.gov

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for September 11, 2020 Status Conference - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970