THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARD ROSS HANSEN, and
DIANE RENEE ERDMANN,

Defendants.

Case No.  CR18-0092-RAJ

DEFENDANT ROSS HANSEN'S
MEMORANDUM RE: SEPTEMBER 11,
2020 STATUS CONFERENCE

Counsel for Ross Hansen submits this memorandum ahead of the September 11, 2020 status conference in this case.  Counsel for Mr. Hansen has respectfully requested that this status conference take place so that the Court and the parties can discuss how the ongoing pandemic has affected the ability of counsel to prepare, as well as whether the pandemic might affect the current trial date of January 11, 2021.  Counsel for Mr. Hansen is aware that the Court is closely monitoring the ongoing COVID-19 pandemic and that, as of September 4, 2020, the Court has issued a general order finding that "in-person trials continue to present an unacceptable public health risk."  General Order 13-20.  Counsel for Mr. Hansen also understands that, once the pandemic has subsided sufficiently to allow in-person jury trials to resume, the Court might need to consider how to prioritize the cases that have been delayed by the pandemic, and might also need to consider the

DEFENDANT ROSS HANSEN'S
MEMORANDUM RE: STATUS
CONFERENCE
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

relative health risks of conducting in-person trials in multiple-defendant cases, like this one, in which the defendants are at high risk for COVID-19.  With this memorandum, counsel for Mr. Hansen aims to provide the Court with information that might assist in determining how and when to proceed with trial and other dates in this case, in light of the ongoing pandemic.

First, counsel would like the Court to be aware that Mr. Hansen is at high-risk for a severe illness, should he contract COVID-19.  Mr. Hansen will be 60 years old this month, and has multiple underlying health conditions, including congestive heart failure and atrial fibrillation, type II diabetes, high blood pressure, sleep apnea, and obesity, which puts him at high risk of a severe illness from COVID-19, according to the Centers for Disease Control and Prevention.[1]  Counsel would respectfully ask the Court to take into consideration the risks to Mr. Hansen's health should the Court proceed in January with a multi-week, multi-defendant trial.

Counsel also requests that the Court take into consideration the difficulties counsel has faced in adequately preparing for this extraordinarily complex case amid the pandemic.  Counsel joined this case in late January, and a case schedule was set in February, just before COVID-19 began to disrupt the practice of law in this community.  Since then, counsel has been working diligently to review the immense volume of discovery and to prepare an effective defense for Mr. Hansen.  But those efforts have unexpectedly been hindered by the COVID-19 pandemic.  In addition to the general delays and glitches in converting to a remote work environment, counsel has encountered difficulties specific to this case.  Because Mr. Hansen is at high-risk for COVID-19, counsel has not been able to meet in-person with Mr. Hansen since one initial meeting in February at the courthouse. Due to technological limitations, Mr. Hansen also has been unable to meet by videoconference, which has made it slow and difficult—at times impossible—to discuss the discovery materials with Mr. Hansen.  Counsel has been able to send Mr. Hansen a few documents by email but cannot do so

---

[1] *See* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html.

DEFENDANT ROSS HANSEN'S
MEMORANDUM RE: STATUS
CONFERENCE
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

for most of the key documents in this case, due both to Mr. Hansen's technological limitations and to the protective order in this case (Dkt. 24), which precludes counsel from providing Mr. Hansen with any document that contains the personal information of any Northwest Territorial Mint customer, employee, or witness.  Counsel will eventually need to review the discovery in detail with Mr. Hansen—indeed, to adequately prepare for trial, it will be necessary for counsel to spend multiple full days, if not weeks, going through key documents with Mr. Hansen—but, at this point, it is unclear when it will be safe for counsel to do so.  Counsel has also been reluctant to ask the firm's go-to investigator, who is also at higher-risk for COVID-19, to conduct witness interviews and conduct site visits, given the ongoing pandemic.

The pandemic has also resulted in a compressed trial schedule for Mr. Hansen's counsel in the coming months, including one trial that directly conflicts with this one and that the judge has refused to reschedule.  Patty Eakes is lead counsel on a case that is scheduled for a 4-to-6-week trial in Pierce County Superior Court starting on November 30, 2020.[2]  Angelo Calfo will also need to participate in that trial, due to COVID-related limitations of other partners in the firm.  Given the holidays and the court's scheduled recess from December 14 to 18, this trial is likely to extend into January 2021 and might not be completed before trial in this case is scheduled to begin.  Counsel earnestly sought to avoid this conflict, but to no avail.  The case had originally been scheduled for trial in July 2020, but it was pushed back due to COVID-19.  When that happened, Ms. Eakes agreed with opposing counsel to try the case on November 2, 2020, hoping to avoid any conflict with the trial in this case, but the court unilaterally chose November 30 as the trial date instead.  Ms. Eakes has since alerted the court that she is scheduled for trial in this case in January, and has requested that the Pierce County trial be rescheduled to avoid the conflict, but the court has refused, saying

---

[2] *LaRose v. King County*, No. 15-2-13418-9 (Pierce County Super. Ct.) (Rumbaugh, J.).

DEFENDANT ROSS HANSEN'S
MEMORANDUM RE: STATUS
CONFERENCE
(Case No. 18-cr-0092-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

that it could not move the trial to earlier in November, nor would it push the trial out any further than January.

Even without these disruptions and difficulties from the pandemic, effectively preparing for trial would be a massive undertaking. The government has produced hundreds of thousands of pages of discovery and hundreds of gigabytes of video and other records. Just last month, in fact, the government produced over 300,000 pages of discovery. As represented in Ms. Erdmann's memorandum, just downloading and organizing this discovery to allow for it to be systematically reviewed has proven time-consuming and difficult. Counsel for defendants are indeed still working to ensure that all of the discovery has been made available and can be reviewed in an effective manner.

Counsel for Mr. Hansen would respectfully ask the Court to consider the above information when deciding whether a revised case schedule might, in light of the ongoing pandemic, better ensure the health of the parties and the community and better allow counsel to adequately prepare an effective defense.

DATED this 10th day of September, 2020.

CALFO EAKES LLP

By _____ *s/Patty A. Eakes* _____
    Patricia A. Eakes, WSBA # 18888
    Angelo J. Calfo, WSBA #27079
    Henry C. Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 407-2200
    Fax: (206) 407-2224
    Email: pattye@calfoeakes.com
           angeloc@calfoeakes.com
           henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

DEFENDANT ROSS HANSEN'S
MEMORANDUM RE: STATUS
CONFERENCE
(Case No. 18-cr-0092-RAJ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224