THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>                 Defendants. | NO. CR18-092RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING AMENDED CASE SCHEDULE |

THIS MATTER comes before the Court upon the joint motion of Defendants to continue the trial date and all remaining pretrial deadlines made orally at the telephonic status hearing held on September 11, 2020. For the reasons set forth on the record, the Court GRANTS Defendants' motion to continue the trial date and remaining pretrial deadlines and enters the following amended scheduling order:

| Event | Deadline/Date |
|---|---|
| Parties to provide rebuttal expert disclosures (if any) | November 2, 2020 |
| Hansen deadline to file additional Pretrial Motions (if any): Responses due November 20, 2020; Reply briefs due November 27, 2020; Noting Date: November 27, 2020 | November 6, 2020 |

ORDER CONTINUING TRIAL DATE
AND SETTING AMENDED CASE SCHEDULE - 1
CR18-092RAJ

| Event | Deadline/Date |
|---|---|
| Erdmann deadline to file Pretrial Motions: Responses due November 20, 2020; Reply briefs due November 27, 2020; Noting Date: November 27, 2020 | November 6, 2020 |
| Parties to file motions *in limine* and any motions re: 404(b), inextricably intertwined evidence, and jury selection.  Responses due November 20, 2020; (Pursuant to CrR 23,2, no Reply briefs are permitted unless requested); Noting Date: November 27, 2020 | November 6, 2020 |
| Status Hearing/Hearing on Pretrial Motions and Motions *in Limine* | December 11, 2020, 9:00 a.m. |
| Government to produce Jencks Act Statements, with continuing obligation as set forth in Rule 16(c) | December 18, 2020 |
| Preliminary Disclosure of Defendants' Proposed Witnesses and Trial Exhibits for defense case-in-chief (non-binding and subject to amendment) | December 24, 2020 |
| Government's witness list and exhibit list (with bates numbers provided to defense) related to its case-in-chief; Government to produce Rule 26.2 materials and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | January 18, 2021 |
| Status Hearing | January 22, 2021, 9:00 a.m. |
| Preliminary Disclosure of Government's Proposed Charts and Summaries (non-binding and subject to amendment) | January 25, 2021 |
| Defendants' witness list and exhibit list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | February 1, 2021 |
| Parties to file Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | February 8, 2021 |

ORDER CONTINUING TRIAL DATE
AND SETTING AMENDED CASE SCHEDULE - 2
CR18-092RAJ

| Event | Deadline/Date |
|---|---|
| Parties to file Exhibit Lists for cases-in-chief | February 11, 2021 |
| Pretrial Conference | February 12, 2021, 9:00 a.m. |
| Trial | February 22, 2021, 9:00 a.m. |

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of February 22, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(7)(A) and (B).

DATED this 11th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge