HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR18-0092-RAJ |
| Plaintiff, | STIPULATED MODIFIED PROTECTIVE ORDER |
| v. | |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

This matter, having come before the Court on a Stipulated Motion for Entry of a Modified Protective Order, the Court hereby enters the following order:

**PROTECTIVE ORDER**

The personal information related to any Northwest Territorial Mint customer, employee, or other witness, provided in discovery is deemed Protected Material. As used in this Order, personal information shall mean a customer, employee, or witness's date of birth, Social Security number, bank account number, or home address.

Possession of Protected Material is limited to the attorneys of record in the above-captioned case and members of the prosecution team and the defense team assigned to assist with this case (the prosecution and defense teams includes other associated attorneys, professional staff, investigators, and retained experts).  The attorneys of record and the prosecution and defense

STIPULATED MODIFIED
PROTECTIVE ORDER
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

teams may not provide copies of the Protected Material to any other person, with the exception of the Defendants in this case under the following circumstances:  To assist their defense teams in trial preparation, Defendants may be provided with copies of or digital access to certain discovery, some of which may contain Protected Material.   Defendants shall not duplicate, save, or take screenshots of Protected Material, provide it to any other person, or use it for any purpose other than to assist their defense teams in trial preparation, and shall return all discovery containing Protected Material to their respective defense teams upon request, or upon the close of the case.

Additionally, this order does not prohibit the attorneys and members of the prosecution and defense teams from reviewing and discussing the contents of documents containing Protected Material with Defendants, victims, or prospective witnesses.  Further, a Defendant, victim, or witness may be provided their own personal information.

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Motion for the Entry of a Second Modified Protective Order.

IT IS SO ORDERED.

DATED this 22nd day of September, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MODIFIED
PROTECTIVE ORDER
(Case No. 18-cr-0092-RAJ) - 2