HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　　　Defendants. | Case No. CR18-0092-RAJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION**<br><br>NOTING DATE: October 29, 2020 |

　　　IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for filing motions *in limine* and regarding jury selection shall be extended from November 6, 2020, to January 8, 2021, with responses (if any) due on January 22, 2021. Additionally, because the government's production of discovery is ongoing, defendants specifically reserve the right in entering this stipulation to file additional motions if they arise from materials that are subsequently produced.

　　　Pursuant to this Court's Order Continuing Trial and Setting Amended Case Schedule (Dkt. No. 192), the current deadline for filing pretrial motions, including motions *in limine* and regarding jury selection, is November 6, 2020.  Subject to Court approval, the parties have

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE FOR
MOTIONS *IN LIMINE* AND REGARDING
JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

stipulated to an extension of that deadline to January 8, 2021, as it relates to motions *in limine* and regarding jury selection.  The parties anticipate that a motion to sever trials of the defendants will be filed in this matter, and the Court's ruling on severance will certainly affect the nature and scope of any motions *in limine* and jury selection motions.  Extending the deadline for filing such motions until after the Court's anticipated ruling on the severance issue and other pretrial motions (the hearing for which is currently scheduled for December 11, 2020), will allow the parties to streamline motions *in limine* and on jury selection.

At this time, the parties do not foresee this extension causing delay to any other currently set deadlines.  If the Court approves the parties' stipulation, the parties will file any motions *in limine* and regarding jury selection on or before January 8, 2021, with responses due on or before January 22, 2021.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for the parties to file motions *in limine* and regarding jury selection shall be extended to January 8, 2021, with responses (if any) due on or before January 22, 2021.

It is so stipulated.

Dated this 29th day of October, 2020.

                              Respectfully submitted,

                              BRIAN T. MORAN
                              United States Attorney

                              By:     *s/ Brian Werner*
                                      BRIAN WERNER
                                      BENJAMIN T. DIGGS
                                      Assistant United States Attorneys
                                      700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101
                                      Telephone: (206) 553-7970
                                      brian.werner@usdoj.gov
                                      benjamin.diggs@usdoj.gov

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE FOR
MOTIONS *IN LIMINE* AND REGARDING
JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

CALFO EAKES LLP

By: _____*s/ Angelo J. Calfo*_____
    Angelo J. Calfo, WSBA #27079
    Patty Eakes, WSBA # 18888
    Henry C. Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 407-2200
    Fax: (206) 407-2224
    angeloc@calfoeakes.com
    pattye@calfoeakes.com
    henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

CORR CRONIN LLP

By: _____*s/ Steven W. Fogg*_____
    Steven W. Fogg, WSBA No. 23528
    Benjamin C. Byers, WSBA No. 52299
    1001 Fourth Avenue, Suite 3900
    Seattle, Washington 98154
    (206) 625-8600 Phone
    (206) 625-0900 Fax
    sfogg@corrcronin.com
    bbyers@corrcronin.com

By: _____*s/ Russell M. Aoki*_____
    Russell M. Aoki, WSBA No. 15717
    AOKI LAW PLLC
    1200 Fifth Avenue, Suite 750
    Seattle, Washington 98101
    (206) 624-1900 Phone
    (206) 442-4396
    russ@aokilaw.com

*Attorneys for Defendant Diane Renee Erdmann*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**[PROPOSED] ORDER**

THIS MATTER having come on before the above-entitled Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the deadline for filing motions *in limine* and regarding jury selection shall be extended from November 6, 2020 to January 8, 2021, with responses (if any) due on or before January 22, 2021.

Based on the foregoing, IT IS SO ORDERED.

DATED this _____ day of _____, 2020

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTIONS IN LIMINE AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224