HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>                    Defendants. | Case No. CR18-0092-RAJ<br><br>**ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND MOTIONS REGARDING JURY SELECTION** |

THIS MATTER having come on before the above-entitled Court upon the stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the parties' stipulation (Dkt. #195) is GRANTED. The deadline for filing motions *in limine* and motions regarding jury selection is extended to January 8, 2021, with responses (if any) due on or before January 22, 2021.

DATED this 4th day of November, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge