HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　　　Defendants. | Case No. CR-18-0092-RAJ<br><br>NOTICE OF APPEARANCE<br><br>**[Clerk's Action Required]** |

TO:　　　　THE CLERK OF THE COURT

AND TO:　　ALL PARTIES AND COUNSEL OF RECORD

　　　YOU AND EACH OF YOU will please take notice that Anna F. Cavnar of Calfo Eakes LLP hereby appears in the above-entitled action for defendant Bernard Ross Hansen, and requests that all further papers and pleadings be served upon the undersigned attorneys at the address below stated.

　　　//

　　　//

　　　//

NOTICE OF APPEARANCE
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1 | DATED this 27th day of November, 2020.

CALFO EAKES LLP

By     *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA# 27079
    Patty A. Eakes. WSBA #18888
    Henry C. Phillips, WSBA #55152
    Anna F. Cavnar, WSBA #54413
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 407-2200
    Fax:  (206) 407-2224
    Email: angeloc@calfoeakes.com
           pattye@calfoeakes.com
           henryp@calfoeakes.com
           annac@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

NOTICE OF APPEARANCE
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224