The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0092RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO FILE OVERLENGTH RESPONSE |
| BERNARD ROSS HANSEN, | |
| Defendant. | |

The Court, having reviewed the Government's Motion to File Overlength Response to Defendant Hansen's Opposition to Government's Notice of Intent to Present Evidence Pursuant to Federal Rule of Evidence 404(b) in Excess of 18 pages, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the motion (Dkt. # 204) is GRANTED. The Government may file its Response that does not exceed 18 pages in length.

DATED this 9th day of December, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Granting Government's Motion to File Overlength Response
(*U.S. v. Bernard Ross Hansen, et al.* / CR18-0092RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970