THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>                    Defendants. | Case No. CR18-0092-RAJ<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION** |

IT IS HEREBY STIPULATED by and between all counsel that, subject to Court approval, the deadline for filing motions *in limine* and regarding jury selection shall be extended from April 2, 2021, to April 19, 2021, with responses (if any) due on May 3, 2021.

Pursuant to this Court's Order Continuing Trial and Setting Amended Case Schedule (Dkt. No. 219), trial in this case is set for July 6, 2021. The current deadline for filing motions *in limine* and regarding jury selection is April 2, 2021. Subject to Court approval, the parties have stipulated to a continuance of that deadline to April 19, 2021.

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE FOR MOTIONS *IN
LIMINE* AND REGARDING JURY
SELECTION
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

The brief continuance of the motions deadline will allow the parties to continue to work on narrowing or resolving several issues in the parties' potential motions *in limine* without Court intervention. When the parties met and conferred about potential motions *in limine* on March 31, 2021, the parties discussed avenues for trying to narrow or resolve several of the issues in their proposed motions. The parties have since agreed to a schedule for further exchanges of information and discussions that are aimed at resolving the issues without Court intervention. A brief continuance would allow the parties time to pursue these efforts.

At this time, the parties do not foresee this extension causing delay to any other currently set deadlines, aside from a continuance of the motions hearing the Court set, if needed, for April 30, 2021.

For the above reasons, and subject to Court approval, the parties hereby agree and stipulate that the deadline for the parties to file motions *in limine* and regarding jury selection shall be extended to April 19, 2021, with responses (if any) due on or before May 3, 2021.

It is so stipulated.

///

///

///

///

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Dated this 1st day of April, 2021.

        Respectfully submitted,

**CALFO EAKES LLP**

By:    *s/ Angelo J. Calfo*
      Angelo J. Calfo, WSBA #27079
      Patricia Eakes, WSBA # 18888
      Anna F. Cavnar, WSBA #54413
      Henry C. Phillips, WSBA #55152
      1301 Second Avenue, Suite 2800
      Seattle, WA 98101
      Telephone: (206) 407-2200
      Fax: (206) 407-2224
      angeloc@calfoeakes.com
      pattye@calfoeakes.com
      annac@calfoeakes.com
      henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

**TESSA GORMAN**
Acting United States Attorney

By:    *s/ Brian Werner*
      BRIAN WERNER
      BENJAMIN T. DIGGS
      Assistant United States Attorneys
      700 Stewart Street, Suite 5220
      Seattle, Washington 98101
      Telephone: (206) 553-7970
      brian.werner@usdoj.gov
      benjamin.diggs@usdoj.gov

*Attorneys for the United States*

-and-

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**AOKI LAW PLLC**

By: _____s/ Russell M. Aoki_____
    Russell M. Aoki, WSBA No. 15717
    Isham M. Reavis, WSBA No. 45281
    1200 Fifth Avenue, Suite 750
    Seattle, Washington 98101
    (206) 624-1900 Phone
    (206) 442-4396
    russ@aokilaw.com
    isham@aokilaw.com

**CORR CRONIN LLP**

    Steven W. Fogg, WSBA No. 23528
    Benjamin C. Byers, WSBA No. 52299
    1001 Fourth Avenue, Suite 3900
    Seattle, Washington 98154
    (206) 625-8600 Phone
    (206) 625-0900 Fax
    sfogg@corrcronin.com
    bbyers@corrcronin.com

*Attorneys for Defendant Diane Renee Erdmann*

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# ORDER

THIS MATTER having come on before the above-entitled Court upon stipulation of counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the deadline for filing motions *in limine* and regarding jury selection shall be extended from April 2, 2021, to April 19, 2021, with responses (if any) due on or before May 3, 2021.

DATED this 2nd day of April, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTIONS *IN LIMINE* AND REGARDING JURY SELECTION
(Case No. 18-cr-0092-RAJ) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224