HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　Defendants. | Case No. CR 18-0092-RAJ<br><br>DECLARATION OF ANGELO J. CALFO IN SUPPORT OF BERNARD ROSS HANSEN'S MOTION IN LIMINE TO EXCLUDE LEGAL OPINIONS |

I, Angelo J. Calfo, declare as follows:

1. I am an attorney with Calfo Eakes LLP and I represent Bernard Ross Hansen in the above-captioned case. I am over eighteen years of age and am competent to testify herein. I make the following statements based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Government Preliminary Witness List dated June 21, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of a memorandum from Greg Fullington to Ross Hansen dated September 28, 2015, Bates numbered FBI302_007372–77, that is included in the government's exhibit list.

DECLARATION OF ANGELO J. CALFO IN SUPPORT OF HANSEN'S MOTION IN LIMINE TO EXCLUDE LEGAL OPINIONS
(Case No. CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

4.      Attached hereto as **Exhibit C** is a true and correct copy of a letter from Greg Fullington to Ross Hansen re Resignation of Greg Fullington, dated October 16, 2015, Bates numbered FBI302_007378, that is included in the government's exhibit list.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a memorandum from Catherine Hopkins re Discussion w/Ross, Storage/Lease Administration, dated August 29, 2011, Bates numbered FBI302_000074–76, that is included in the government's exhibit list.

6.      Attached here to as **Exhibit E** is a true and correct copy of a letter from my office to the government regarding privilege issues, dated November 10, 2020.

7.      On March 31, 2021, I participated in a meet-and-confer session with the government.  The government confirmed during the discussion on this motion that it did not plan to call any legal experts at trial, but nevertheless planned to call former lawyers for Northwest Territorial Mint and to introduce exhibits containing opinions of those lawyers.  When asked to provide a basis for admitting those opinions, the government said that they went to Mr. Hansen's intent.

DATED this 19th day of April, 2021 at Seattle, Washington.

               *s/ Angelo J. Calfo*
               ANGELO J. CALFO

DECLARATION OF ANGELO J. CALFO IN SUPPORT
OF HANSEN'S MOTION IN LIMINE TO EXCLUDE
LEGAL OPINIONS
(Case No.  CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224