HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-0092-RAJ |
| Plaintiff, | **PRAECIPE** |
| v. | |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

PRAECIPE
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Please accept this Praecipe as authorization for the Clerk of Court to replace Exhibit A to the Declaration of Angelo J. Calfo in Support of Bernard Ross Hansen's Motion in Limine to Exclude Legal Opinions (Dkt. No. 232-1) with the attached document. The original Exhibit A was inadvertently filed and is a copy of a different exhibit filed with a separate declaration in this matter.

Dated this 20th day of April, 2021.

Respectfully submitted,

CALFO EAKES LLP

By:     *s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
Patty Eakes, WSBA # 18888
Anna F. Cavnar, WSBA #54413
Henry C. Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 407-2200
Fax:  (206) 407-2224
angeloc@calfoeakes.com
pattye@calfoeakes.com
annac@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

PRAECIPE
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224