HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　　　　Defendants. | Case No.  CR18-0092-RAJ<br><br>**DEFENDANTS' MOTION FOR CONSIDERATION OF PROPOSED JURY QUESTIONNAIRE**<br><br>NOTE ON MOTION CALENDAR:<br>FRIDAY, JUNE 11, 2021 |

　　　Defendants Ross Hansen and Dianne Erdmann submit this motion for consideration of defendants' Proposed Jury Questionnaire, attached herein as Exhibit A.  This multi-defendant criminal trial is currently scheduled to commence on July 6, 2021.  The defendants have drafted a proposed questionnaire for potential jurors and request that the Court provide it to potential jurors in this form.  The defendants have circulated this proposed questionnaire to the government. The government has indicated it believes the form should be shorter in length and less time-consuming to complete but otherwise did not object to using a juror questionnaire.  The government also indicated it would defer to the Court as to the appropriate length of the questionnaire and when it should be completed, either on the morning of trial or before then.

DEFENDANTS' MOTION FOR
CONSIDERATION OF PROPOSED JURY
QUESTIONNAIRE - 1
(Case No. 18-cr-0092-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

For the foregoing reasons, the defendants request that the Court consider the proposed Juror Questionnaire and issue a ruling regarding whether and when a questionnaire will be submitted to potential jurors for completion so that the parties may use such information during jury selection.

DATED this 2nd day of June, 2021.

CALFO EAKES LLP

By: ___s/Angelo J. Calfo_____
Angelo J. Calfo, WSBA #27079
Patty Eakes, WSBA # 18888
Anna F. Cavnar, WSBA # 54413
Henry C. Phillips, WSBA #55152
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 407-2200
Fax:  (206) 407-2224
angeloc@calfoeakes.com
pattye@calfoeakes.com
annac@calfoeakes.com
henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

| CORR CRONIN LLP | AOKI LAW PLLC |
|---|---|
| By: ___s/Steven W. Fogg_____ | By: ___s/Russell M. Aoki_____ |
| Steven W. Fogg, WSBA No. 23528 | Russell M. Aoki, WSBA No. 15717 |
| Benjamin C. Byers, WSBA No. 52299 | AOKI LAW PLLC |
| 1001 Fourth Avenue, Suite 3900 | 1200 Fifth Avenue, Suite 750 |
| Seattle, Washington 98154 | Seattle, Washington 98101 |
| (206) 625-8600 Phone | (206) 624-1900 Phone |
| (206) 625-0900 Fax | (206) 442-4396 Fax |
| sfogg@corrcronin.com | russ@aokilaw.com |
| bbyers@corrcronin.com | |

*Attorneys for Defendant Diane Renee Erdmann*

DEFENDANTS' MOTION FOR
CONSIDERATION OF PROPOSED JURY
QUESTIONNAIRE - 2
(Case No. 18-cr-0092-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224