HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-0092-RAJ |
| Plaintiff, | DEFENDANT ROSS HANSEN'S WITNESS LIST |
| v. | |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | TRIAL DATE: July 6, 2021 |

Defendant Bernard Ross Hansen, by and through his counsel of record, hereby identifies the following witnesses that the defense may call at trial for its case-in-chief, should it choose to present one:

1. Bill Atalla

2. Roy Brooks

3. Ken Bussey

4. Mark Calvert

5. Diane Erdmann

6. Ross Hansen

7. Rod Lawrence

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1    8.      Anne Layne

2    9.      Pat Mannelly

3    10.     Fred Mendoza

4    11.     Pat Rhodes

5    12.     Don Routh

6    13.     Don Schwenk

7    14.     Dino Vasquez

8    15.     Rhonda Yaskus

9    Mr. Hansen additionally reserves the right to call any witness on the government's or his co-

10   defendant Diane Erdmann's witness list, and to amend this list as needed based on the course of

11   proceedings and the government's presentation of evidence.

12   DATED this 14th day of June, 2021.

13                       CALFO EAKES LLP

14                       By _____*s/Angelo J. Calfo*_____
                              Angelo J. Calfo, WSBA #27079
15                            Patty Eakes, WSBA # 18888
                              Anna F. Cavnar, WSBA #54413
16                            Henry C. Phillips, WSBA #55152
                              1301 Second Avenue, Suite 2800
17                            Seattle, WA 98101
                              Telephone: (206) 407-2200
18                            Fax:  (206) 407-2224
19                            Email: angeloc@calfoeakes.com
                                      pattye@calfoeakes.com
20                                    annac@calfoeakes.com
                                      henryp@calfoeakes.com
21

22                       *Attorneys for Defendant Bernard Ross Hansen*

23

24

25

DEFENDANT ROSS HANSEN'S
WITNESS LIST
(Case No. 18-cr-0092-RAJ) - 2