HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>                          Defendants. | Case No. 2:18-cr-00092-RAJ<br><br>ORDER REGARDING PROPOSED<br>JUROR QUESTIONNAIRE |

THIS MATTER, having come before the Court on the Defendants' Motion for Consideration of Proposed Jury Questionnaire, and the Court having reviewed the motion, the response of the government and relevant portions of the record and being fully advised,

IT IS HEREBY ORDERED that the Motion for Consideration of Proposed Jury Questionnaire is GRANTED IN PART. A questionnaire will be submitted to potential jurors for completion as modified by the Court.

DATED this 22nd day of June, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER REGARDING
PROPOSED JURY QUESTIONNAIRE
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200  FAX (206) 407-2224