The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARD ROSS HANSEN and
DIANE RENEE ERDMANN,

Defendants.

NO. CR18-92RAJ

**GOVERNMENT WITNESS LIST**

1. Brent Bassett

2. Samantha Blizard

3. Shawn Boelens

4. Jason Calhoun

5. Steven Campau

6. David Carver

7. Andrew Cropcho

8. Wendy Driggs

Government's Witness List - 1
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. John Drummey
10. Ken Ferrell
11. Debra Fillo
12. Steven Fox
13. Greg Fullington
14. Sam Furuness
15. Bryan Geraghty
16. Jeff Goodfellow
17. Alea Guerra
18. Bill Hanson
19. Norman Hauptman
20. Catherine Hopkins
21. Diane Hopkins
22. Julie Howe
23. David Huffman
24. David James
25. Bud Jameson
26. John Jankowski
27. Kyle Markley
28. Brian McCormick
29. Tod McDonald

Government's Witness List - 2
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30. Richard Mickelson
31. Peg Morris
32. Kim Neff
33. Peter Obert
34. Mike Orms
35. Paula Pehl
36. John Peterson
37. John Powers
38. Jody Quick
39. Maura Richardson
40. John Rickey
41. Frank Robertson
42. Erin Robinson
43. John Scarrow
44. Bryan Snead
45. Amelia Swan
46. Derrin Tallman
47. Annette Trunkett
48. Christine Unwin
49. Rob Vugteveen
50. Paul Wagner

Government's Witness List - 3
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

51. Christopher Welch

52. Ben Williamson

53. Russ Wilson

54. Bill Wolverton

55. Diane Wong

56. John Young

Dated this 24th day of June, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Brian Werner*
BRIAN WERNER
BENJAMIN T. DIGGS
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
E-mail: brian.werner@usdoj.gov

Government's Witness List - 4
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970