The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE ERDMANN,<br><br>Defendants. | NO. CR 18-92RAJ<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COUNTS 17 & 18 OF INDICTMENT**<br><br>Noted: July 2, 2021 |

The government files this motion for leave to dismiss counts 17 and 18 of the Indictment.

**Motion for Leave to Dismiss**

As previewed in the government's trial brief, the government now moves to dismiss counts 17 & 18 of the Indictment. These counts charge both defendants with wire fraud. Dkt. #1. The government may move to dismiss counts of an indictment by leave of court. *See* Fed. R. Crim. P. 48(a); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1007-08 (9th Cir. 2000) (recognizing limited reasons to deny a motion to dismiss counts of indictment, including "prosecutorial harassment" and whether the motion was "contrary to the public interest"). Before trial, a defendant's consent to a motion to

*United States v. Hansen et al.*, CR 18-92RAJ
Government's Motion *in Limine* To Exclude Certain Evidence Related to NWTM
Bankruptcy - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dismiss counts of an indictment is not necessary. *See United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974); Fed. R. Crim. P. 48(a).

Based on witness unavailability for the July 6 trial, the government moves to dismiss counts 17 and 18.

Dated this 24th day of June 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Brian Werner*
BRIAN WERNER
BENJAMIN DIGGS
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
E-mail: brian.werner@usdoj.gov

*United States v. Hansen et al., CR 18-92RAJ*
Government's Motion *in Limine* To Exclude Certain Evidence Related to NWTM Bankruptcy - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970