HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 18-0092-RAJ |
| Plaintiff, | **DEFENDANT ROSS HANSEN'S TRIAL EXHIBIT LIST** |
| v. | |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

Defendant Bernard Ross Hansen, by and through his counsel of record, hereby submits the following Exhibit List of documents he intends to offer into evidence during his case in chief.  Mr. Hansen reserves the right to supplement or amend this list based on information presented during trial, and to present those exhibits disclosed on the exhibit lists of the government and his codefendant, Diane Erdmann, as his own.  The documents and materials Mr. Hansen intends to offer during cross-examination of government witnesses are reserved.

| Exhibit # | Description |
|---|---|
| 1001 | NWTM Dayton Location |
| 1002 | NWTM Brochure |
| 1003 | Photo – Federal Way Location - Outside |
| 1004 | Photo – 10 oz NWTM silver bar |

DEFENDANT ROSS HANSEN TRIAL EXHIBIT LIST
(Case No.  CR 18-0092-RAJ) - 1

| Exhibit # | Description |
|-----------|-------------|
| 1005 | Photo – NWTM silver round |
| 1006 | Photo – Hansen and Erdmann Rental Home – Front |
| 1007 | Photo – Erdmann Car |
| 1008 | Photo – Hansen Truck |
| 1009 | Photo – Erdmann Van |
| 1010 | 03/01/2016 Judgment on Jury Verdict, *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (MISC_001999) |
| 1011 | 03/24/2016 Dkt 359 Writ of Execution (CAM-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_001836) |
| 1012 | 03/24/2016 Dkt 361 Writ of Execution (Cohen-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002088) |
| 1013 | 03/24/2016 Dkt 358 Writ of Execution (CAM-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002482) |
| 1014 | 03/24/2016 Dkt 362 Writ of Execution (Cohen-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002485) |
| 1015 | 04/01/2016 Dkt 1 Voluntary Petition for Non-Individuals Filing for Bankruptcy, Bankruptcy Case No. 16-11767-CMA |
| 1016 | 04/07/2016 Dkt 45 Stipulated Order Directing the Appointment of a Chapter 11 Trustee, Bankruptcy Case No. 16-11767-CMA |
| 1017 | 12/30/2016 Dkt 859 Declaration of M. Calvert, Bankruptcy Case No. 16-11767-CMA |
| 1018 | 03/21/2016 M. Calvert email to R. Hansen re NWTM—Initial Cash Flow Projection |
| 1019 | NWTM—Initial Cash Flow Projection V1 3.19.2016.xlsx (Native) |
| 1020 | 03/07/2016 M. Calvert email to J. Kornfeld, R. Hansen re Mtg Follow Up (NWTM_001852-53) |
| 1021 | 04/12/2016 R. Hansen email to M. Calvert re Change of locks and combos in Dayton (NWTM_001953) |
| 1022 | 03/19/2016 M. Calvert email to R. Hansen re NWTM.xlsx (NWTM_002579-80) |
| 1023 | 04/25/2014 NWTM Acknowledgment Memo re Reporting buying and selling precious metals (TRUSTEE_000644) |

DEFENDANT ROSS HANSEN TRIAL EXHIBIT LIST
(Case No.  CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Exhibit # | Description |
|---|---|
| 1024 | 04/16/2016 M. Calvert email to B. Williamson, M. Gearin re NW Territorial Mint Bankruptcy (TRUSTEE_006669) |
| 1025 | 04/27/2016 M. Calvert email to B. Williamson re Inventory…. (TRUSTEE_006774) |
| 1026 | 04/26/2016 M. Calvert email to B. Williamson re May 11 (TRUSTEE_006775) |
| 1027 | 06/30/2016 M. Calvert email to B. Williamson, M. Bozzelli re Ross Hansen Cell Phone Log.xls (TRUSTEE_006792) |
| 1028 | 06/02/2016 M. Gearin email to B. Williamson, M. Calvert, M Bozzelli re Search for Medallic Documents for 2004 Discovery Request (TRUSTEE_007065) |
| 1029 | 06/02/2016 M. Calvert email to B. Williamson, M. Bozzelli re Search for Medallic Documents for 2004 Discovery Request (TRUSTEE_007066) |
| 1030 | 08/12/2016 M. Calvert email to M. Bozzelli re Ross / Settlement (TRUSTEE_007257) |
| 1031 | 04/17/2017 M. Calvert email to B. Williamson re Hallmark of a Ponzi (TRUSTEE_008194) |
| 1032 | Excerpt from The Ponzi Book, A Legal Resource for Unraveling Ponzi Scheme (TRUSTEE_008205-06, attachment to TRUSTEE_008194) |
| 1033 | 09/29/2017 M. Calvert email to B. Williamson re FBI Request Sept 2017.xlsx (TRUSTEE_008810) |
| 1034 | 02/07/2018 M. Calvert email to B. Williamson re Updated Returned Inventory List (TRUSTEE_008973-74) |
| 1035 | 02/06/2018 J. Gilmore email to B. Williamson re Items returned by Russ Wilson 1.26.18 (TRUSTEE_009006-07) |
| 1036 | 07/03/2019 B. Werner letter re Expert Disclosure |
| 1037 | 06/22/2016 NWTM Org Chart (NWTMTrusteeCD0043592) |
| 1038 | 12/15/2014 AICPA Code of Professional Conduct |
| 1039 | Accounting Standards |
| 1040 | FASB Accounting Standards Update, ASU 2014-15, August 2014 |
| 1041 | ACFE Code of Professional Ethics, 2018-03-05 |
| 1042 | ACFE CFE Code of Professional Standards, 2018-03-05 |
| 1043 | Delayed Orders - Recreated Bar Graph - 2015 Forward |
| 1044 | Delayed Orders - Recreated Bar Graph |

DEFENDANT ROSS HANSEN TRIAL EXHIBIT LIST
(Case No.  CR 18-0092-RAJ) - 3

| Exhibit # | Description |
|-----------|-------------|
| 1045 | Delayed Orders - Recreated Table - 2015 forward |
| 1046 | Delayed Orders - Recreated Table |
| 1047 | Delayed Orders - Total Order Comparison |
| 1048 | Estimated Compensation - Owners Draws |
| 1049 | Financial and Managerial Accounting - Excerpt |
| 1050 | CFE Code of Professional Standards, Interpretation and Guidance |
| 1051 | IRS Topic 429 Traders in Securities |
| 1052 | McHard Pricing Schedule with CJA RATES 012520 |
| 1053 | 2012 IRS Publication 538 – Accounting Periods and Methods |
| 1054 | Sample Cash basis vs Accrual Basis Financial Statements |
| 1055 | Signed expert contract McHard Firm and Hansen 082218 |
| 1056 | Sample Escrow Agreement |
| 1057 | 01/12/2017 M. Calvert email to M. Bozzelli, B. Williamson re documentation of Hal Lindsay…. (FBI302_007365) |
| 1058 | 03/24/2017 M. Bozzelli email string with B. Werner, B. Williamson re Retired PI with info (FBI302_025441) |
| 1059 – 1499 | Reserved |

DATED this 24th day of June, 2021.

CALFO EAKES LLP

By _____*s/Angelo J. Calfo*_____
     Angelo J. Calfo, WSBA #27079
     Patty Eakes, WSBA # 18888
     Anna F. Cavnar, WSBA #54413
     Henry C. Phillips, WSBA #55152
     1301 Second Avenue, Suite 2800
     Seattle, WA 98101
     Telephone: (206) 407-2200
     Fax:  (206) 407-2224
     Email: angeloc@calfoeakes.com
            pattye@calfoeakes.com
            annac@calfoeakes.com
            henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224