HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMAN,<br><br>　　　　　　　　Defendants. | CASE NO. 2:18-cr-00092-RAJ<br><br>MINUTE ORDER AUTHORIZING FOOD AND LIQUIDS |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The Court will allow the following individuals to bring food and liquids (*e.g.*, water, coffee, soda) into the courthouse for the jury trial scheduled to begin Tuesday, July 6, 2021, and expected to conclude on or about July 30, 2021.

| | | |
|---|---|---|
| Russell Aoki | Angelo Calfo | Miranda Okleberry |
| Steven Fogg | Anna Cavnar | Graceanne Gray |
| Isham Reavis | Henry Phillips | |
| Benjamin Byers | Patty Ahearn | |
| Julia Segner | Chris Geanon | |

DATED this 1st day of July, 2021.

RAVI SUBRAMANIAN,
Clerk of the Court

By:　*/s/ Victoria Ericksen*
　　　Deputy Clerk to Judge Richard A. Jones

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 1