HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR 18-0092-RAJ |
|---|---|
| Plaintiff, | **DEFENDANT ROSS HANSEN'S FIRST AMENDED TRIAL EXHIBIT LIST** |
| v. | |
| BERNARD ROSS HANSEN, and DIANE RENEE ERDMANN, | |
| Defendants. | |

Defendant Bernard Ross Hansen, by and through his counsel of record, hereby submits the following Exhibit List of documents he intends to offer into evidence during his case in chief. Mr. Hansen reserves the right to supplement or amend this list based on information presented during trial, and to present those exhibits disclosed on the exhibit lists of the government and his codefendant, Diane Erdmann, as his own. The documents and materials Mr. Hansen intends to offer during cross-examination of government witnesses are reserved.

| Exhibit # | Description |
|---|---|
| 1001 | NWTM Dayton Location |
| 1002 | NWTM Brochure |
| 1003 | Photo – Federal Way Location - Outside |
| 1004 | Photo – 10 oz NWTM silver bar |

DEFENDANT ROSS HANSEN'S FIRST AMENDED
TRIAL EXHIBIT LIST
(Case No. CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Exhibit # | Description |
|---|---|
| 1005 | Photo – NWTM silver round |
| 1006 | Photo – Hansen and Erdmann Rental Home – Front |
| 1007 | Photo – Erdmann Car |
| 1008 | Photo – Hansen Truck |
| 1009 | Photo – Erdmann Van |
| 1010 | RESERVED |
| 1011 | 03/24/2016 Dkt 359 Writ of Execution (CAM-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_001836) |
| 1012 | 03/24/2016 Dkt 361 Writ of Execution (Cohen-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002088) |
| 1013 | 03/24/2016 Dkt 358 Writ of Execution (CAM-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002482) |
| 1014 | 03/24/2016 Dkt 362 Writ of Execution (Cohen-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL (NWTM_002485) |
| 1015 | 04/01/2016 Dkt 1 Voluntary Petition for Non-Individuals Filing for Bankruptcy, Bankruptcy Case No. 16-11767-CMA |
| 1016 | 04/07/2016 Dkt 45 Stipulated Order Directing the Appointment of a Chapter 11 Trustee, Bankruptcy Case No. 16-11767-CMA |
| 1017 | 12/30/2016 Dkt 859 Declaration of M. Calvert, Bankruptcy Case No. 16-11767-CMA |
| 1018 | 03/21/2016 M. Calvert email to R. Hansen re NWTM—Initial Cash Flow Projection |
| 1019 | NWTM—Initial Cash Flow Projection V1 3.19.2016.xlsx (Native) |
| 1020 | 03/07/2016 M. Calvert email to J. Kornfeld, R. Hansen re Mtg Follow Up (NWTM_001852-53) |
| 1021 | 04/12/2016 R. Hansen email to M. Calvert re Change of locks and combos in Dayton (NWTM_001953) |
| 1022 | 03/19/2016 M. Calvert email to R. Hansen re NWTM.xlsx (NWTM_002579-80) |
| 1023 | 04/25/2014 NWTM Acknowledgment Memo re Reporting buying and selling precious metals (TRUSTEE_000644) |
| 1024 | 04/16/2016 M. Calvert email to B. Williamson, M. Gearin re NW Territorial Mint Bankruptcy (TRUSTEE_006669) |

DEFENDANT ROSS HANSEN'S FIRST AMENDED
TRIAL EXHIBIT LIST
(Case No. CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Exhibit # | Description |
|---|---|
| 1025 | 04/27/2016 M. Calvert email to B. Williamson re Inventory…. (TRUSTEE_006774) |
| 1026 | 04/26/2016 M. Calvert email to B. Williamson re May 11 (TRUSTEE_006775) |
| 1027 | 06/30/2016 M. Calvert email to B. Williamson, M. Bozzelli re Ross Hansen Cell Phone Log.xls (TRUSTEE_006792) |
| 1028 | 06/02/2016 M. Gearin email to B. Williamson, M. Calvert, M Bozzelli re Search for Medallic Documents for 2004 Discovery Request (TRUSTEE_007065) |
| 1029 | 06/02/2016 M. Calvert email to B. Williamson, M. Bozzelli re Search for Medallic Documents for 2004 Discovery Request (TRUSTEE_007066) |
| 1030 | 08/12/2016 M. Calvert email to M. Bozzelli re Ross / Settlement (TRUSTEE_007257) |
| 1031 | 04/17/2017 M. Calvert email to B. Williamson re Hallmark of a Ponzi (TRUSTEE_008194) |
| 1032 | Excerpt from The Ponzi Book, A Legal Resource for Unraveling Ponzi Scheme (TRUSTEE_008205-06, attachment to TRUSTEE_008194) |
| 1033 | 09/29/2017 M. Calvert email to B. Williamson re FBI Request Sept 2017.xlsx (TRUSTEE_008810) |
| 1034 | 02/07/2018 M. Calvert email to B. Williamson re Updated Returned Inventory List (TRUSTEE_008973-74) |
| 1035 | 02/06/2018 J. Gilmore email to B. Williamson re Items returned by Russ Wilson 1.26.18 (TRUSTEE_009006-07) |
| 1036 | 07/03/2019 B. Werner letter re Expert Disclosure |
| 1037 | 06/22/2016 NWTM Org Chart (NWTMTrusteeCD0043592) |
| 1038 | 12/15/2014 AICPA Code of Professional Conduct |
| 1039 | Accounting Standards |
| 1040 | FASB Accounting Standards Update, ASU 2014-15, August 2014 |
| 1041 | ACFE Code of Professional Ethics, 2018-03-05 |
| 1042 | ACFE CFE Code of Professional Standards, 2018-03-05 |
| 1043 | Delayed Orders - Recreated Bar Graph - 2015 Forward |
| 1044 | Delayed Orders - Recreated Bar Graph |
| 1045 | Delayed Orders - Recreated Table - 2015 forward |
| 1046 | Delayed Orders - Recreated Table |

DEFENDANT ROSS HANSEN'S FIRST AMENDED
TRIAL EXHIBIT LIST
(Case No. CR 18-0092-RAJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Exhibit # | Description |
|---|---|
| 1047 | Delayed Orders - Total Order Comparison |
| 1048 | Estimated Compensation - Owners Draws |
| 1049 | Financial and Managerial Accounting - Excerpt |
| 1050 | CFE Code of Professional Standards, Interpretation and Guidance |
| 1051 | IRS Topic 429 Traders in Securities |
| 1052 | McHard Pricing Schedule with CJA RATES 012520 |
| 1053 | 2012 IRS Publication 538 – Accounting Periods and Methods |
| 1054 | Sample Cash basis vs Accrual Basis Financial Statements |
| 1055 | Signed expert contract McHard Firm and Hansen 082218 |
| 1056 | Sample Escrow Agreement |
| 1057 | 01/12/2017 M. Calvert email to M. Bozzelli, B. Williamson re documentation of Hal Lindsay…. (FBI302_007365) |
| 1058 | 03/24/2017 M. Bozzelli email string with B. Werner, B. Williamson re Retired PI with info (FBI302_025441) |
| 1059 | 3/22/2016 Order Authorizing Sheriff to Break and Enter, Case No. 16-2-05611-3 KNT (MISC_001969-70) |
| 1060 | 11/16/2018 Dkt 1926 Trustee's First App. for Compensation, Bankruptcy Case No. 16-11767-CMA |
| 1061 | 1/18/2019 Dkt 1982-2 Exh B, Bankruptcy Case No. 16-11767-CMA |
| 1062 | 7/20/2017 P. Wagner email string with B. Williamson, M. Calvert re FBI Inquiry of Silver Dollar Sales (FBI302_007605) |
| 1063 | FBI Inquiry of Silver Dollar Sales.xlsx (FBI302_007606) (Native) |
| 1064 | 3/21/2016 R. Hansen email to E. Robinson re Update (TRUSTEE_007083) |
| 1065 | 10/26/2016 R. Wilson email to B. Williamson, M. Bozzelli re CHS Reporting – NWTM (Intent) (CHS_000182) |
| 1066 | 5/2/2016 FBI Interview Memo of A. Trunkett (FBI302_000036) |
| 1067 | Dayton Lease Agreement |
| 1068 – 1499 | Reserved |

DEFENDANT ROSS HANSEN'S FIRST AMENDED
TRIAL EXHIBIT LIST
(Case No. CR 18-0092-RAJ) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 1st day of July, 2021.

CALFO EAKES LLP

By      *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA #27079
    Patty Eakes, WSBA # 18888
    Anna F. Cavnar, WSBA #54413
    Henry C. Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 407-2200
    Fax:  (206) 407-2224
    Email: angeloc@calfoeakes.com
           pattye@calfoeakes.com
           annac@calfoeakes.com
           henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

DEFENDANT ROSS HANSEN'S FIRST AMENDED
TRIAL EXHIBIT LIST
(Case No.  CR 18-0092-RAJ) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224