UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-92RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COUNTS 17 AND 18 OF INDICTMENT |
| BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, | |
| Defendants. | |

THE COURT, having considered the Government's Motion for Leave to Dismiss Counts 17 and 18 of the Indictment, and pursuant to Fed. R. Crim. P. 48,

IT IS HEREBY ORDERED that the motion (Dkt. # 278) is GRANTED. Counts 17 and 18 of the Indictment are hereby DISMISSED.

DATED this 2nd day of July, 2021.

_____
The Honorable Richard A. Jones
United States District Judge