The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-92RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COUNTS 2 AND 7 OF INDICTMENT |
| BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, | |
| Defendants. | |

THE COURT, having considered the Government's Motion for Leave to Dismiss Counts 2 and 7 of the Indictment, and pursuant to Fed. R. Crim. P. 48,

IT IS HEREBY ORDERED that the motion (Dkt. # 284) is GRANTED. Counts 2 and 7 of the Indictment are hereby DISMISSED.

DATED this 2nd day of July, 2021.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970