The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-92RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COUNT 10 OF THE INDICTMENT |
| BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, | |
| Defendants. | |

THE COURT, having considered the Government's Motion for Leave to Dismiss Count 10 of the Indictment, and pursuant to Fed. R. Crim. P. 48,

IT IS HEREBY ORDERED that the motion (Dkt. # 288) is GRANTED. Count 10 of the Indictment is hereby DISMISSED.

DATED this 2nd day of July, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970