THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BERNARD ROSS HANSEN<br>and DIANE RENEE ERDMANN,<br><br>                Defendants. | No. 2:18-cr-00092-RAJ<br><br>**DECLARATION OF BENJAMIN BYERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE CERTAIN EVIDENCE RELATED TO THE SALE OF MS. ERDMANN'S PERSONAL COLLECTION OF PRECIOUS METALS**<br><br>*ORAL ARGUMENT REQUESTED*<br><br>**NOTED FOR HEARING:**<br>**July 16, 2021** |

I, Benjamin C. Byers, declare as follows:

1. I am over the age of 18 and competent to testify. This declaration is based on my personal knowledge and belief.

2. I am an associate attorney at Corr Cronin LLP. I am one of the attorneys representing the defendant Ms. Diane Erdmann in this case.

DECLARATION OF BENJAMIN BYERS IN SUPPORT OF
DEFENDANTS' MOTION TO EXCLUDE NEWLY DISCLOSED
WITNESSES AND ASSOCIATED EVIDENCE
*United States v. Hansen*, CR18-92RAJ
Page 1 of 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

3. This declaration is in support of Defendants' Motion to Exclude Certain Evidence Related to the Sale of Ms. Erdmann's Personal Collection of Precious Metals.

4. On July 1, 2021, I met and conferred with Brian Werner, counsel for the government, via telephone. During that telephone call, Mr. Werner expressed his belief that this evidence was relevant because it showed defendants had gold "buried" in their backyard that they used to fund their lifestyle.

5. On June 1, 2021, the government provided defense counsel with the "Government Second Preliminary Exhibit List" via email. A true and correct copy of that document is attached as **Exhibit A** to this declaration.

6. As part of discovery in this case, my firm has received the following documents:

   a. A purchase order from Williams Gold & Silver, dated August 2, 2016, FBI302_012411-2. A true and correct copy is attached as **Exhibit B** to this declaration.

   b. A report of an FBI interview of Steven Campau, dated July 24, 2017, FBI302_012456-7. A true and correct copy is attached as **Exhibit C** to this declaration.

   c. A report of an FBI interview of John Rickey, dated August 3, 2016, FBI302_007451. A true and correct copy of an excerpt of the report is attached as **Exhibit D** to this declaration.

   d. A transcript of proceedings before Judge Christopher Alston in the matter of *IN RE: NORTHWEST TERRITORIAL MINT, LLC*, Case No. 16-11767-CMA, GOV00735186. A true and correct copy of an excerpt of the transcript is attached as **Exhibit E** to this declaration.

DECLARATION OF BENJAMIN BYERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE NEWLY DISCLOSED WITNESSES AND ASSOCIATED EVIDENCE
*United States v. Hansen*, CR18-92RAJ
Page 2 of 4

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 2, 2021 at Seattle, Washington.

*s/ Benjamin C. Byers*
Benjamin C. Byers, WSBA No. 52299

DECLARATION OF BENJAMIN BYERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE NEWLY DISCLOSED WITNESSES AND ASSOCIATED EVIDENCE
*United States v. Hansen*, CR18-92RAJ
Page 3 of 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED:   July 2, 2021 at Seattle, Washington.

         *s/ Benjamin C. Byers*
Benjamin C. Byers, WSBA No. 52299
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington  98154
(206) 625-8600 Phone
(206) 625-0900 Fax
bbyers@corrcronin.com

DECLARATION OF BENJAMIN BYERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE NEWLY DISCLOSED WITNESSES AND ASSOCIATED EVIDENCE
*United States v. Hansen*, CR18-92RAJ
Page 4 of 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900