Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARD ROSS HANSEN and
DIANE RENEE ERDMANN,

Defendants.

No. 2:18-cr-00092-RAJ

GOVERNMENT'S
PEREMPTORY CHALLENGES

Please indicate challenges in the space provided below by name and number.

1.   1 – ███████

2.   4 – ████████████

3.   6 – ███████

4.   11 – █████████

5.   31 – ███████

6.   39 – ███████

7.   _____

8.   _____

_____
Signature of Counsel

7/6/21
Date Signed

GOVERNMENT'S PEREMPTORY CHALLENGES – 1