Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:18-cr-00092-RAJ |
|---|---|
| Plaintiff, | |
| v. | DEFENDANTS' PEREMPTORY CHALLENGES |
| BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, | |
| Defendants. | |

Please indicate challenges in the space provided below by name and number:

1. #2
2. #6
3. #13
4. #15
5. #18
6. #21
7. #7
8. #11
9. #12
10. #20
11. #36
12. #42

_____
Counsel for Bernard Ross Hansen
Angela J. Colft
07/06/21
Date Signed

_____
Counsel for Diane Renee Erdmann
Ston V. Foss
7/6/21
Date Signed

DEFENDANTS' PEREMPTORY CHALLENGES – 1