The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>           Defendants. | NO. CR18-92RAJ<br><br>**GOVERNMENT AMENDED WITNESS LIST** |

1. Brent Bassett

2. Samantha Blizard

3. Shawn Boelens

4. Jason Calhoun

5. Steven Campau

6. David Carver

7. Andrew Cropcho

8. Wendy Driggs

Government's Amended Witness List - 1
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. John Drummey

10. Ken Ferrell

11. Debra Fillo

12. Steven Fox

13. Greg Fullington

14. Sam Furuness

15. Bryan Geraghty

16. Jeff Goodfellow

17. Alea Guerra

18. Bill Hanson

19. Norman Hauptman

20. Catherine Hopkins

21. Diane Hopkins

22. Julie Howe

23. David Huffman

24. David James

25. Bud Jameson

26. John Jankowski

27. Kyle Markley

28. Tod McDonald

29. Peg Morris

Government's Amended Witness List - 2
United States v. Bernard Ross Hansen, et al., CR18-92RAJ

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30. Kim Neff
31. Peter Obert
32. Mike Orms
33. Paula Pehl
34. John Powers
35. Jody Quick
36. Maura Richardson
37. John Rickey
38. Frank Robertson
39. Erin Robinson
40. John Scarrow
41. Bryan Snead
42. Amelia Swan
43. Derrin Tallman
44. Annette Trunkett
45. Christine Unwin
46. Rob Vugteveen
47. Paul Wagner
48. Christopher Welch
49. Ben Williamson
50. Russ Wilson

Government's Amended Witness List - 3
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

51. Bill Wolverton

52. Diane Wong

53. John Young

54. Reed Thayer

55. Patty Williams, HomeStreet Bank

56. Jack Sczcerban, United States Mint

57. Dino Vasquez

Dated this 9th day of July, 2021.

                                 Respectfully submitted,

                                 TESSA M. GORMAN
                                 Acting United States Attorney

                                 *s/ Brian Werner*
                                 BRIAN WERNER
                                 BENJAMIN T. DIGGS
                                 Assistant United States Attorneys
                                 700 Stewart Street, Suite 5220
                                 Seattle, Washington 98101
                                 Telephone: (206) 553-7970
                                 E-mail: brian.werner@usdoj.gov

Government's Amended Witness List - 4
*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970