HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　　　Defendants. | Case No.  CR 18-0092-RAJ<br><br>**DEFENDANT ROSS HANSEN'S FIRST SUPPLEMENTAL TRIAL EXHIBIT LIST** |

Defendant Bernard Ross Hansen, by and through his counsel of record, hereby submits this supplemental list of exhibits he intends to offer into evidence during his case in chief.  Mr. Hansen reserves the right to further supplement or amend his Exhibit List based on information presented during trial, and to present those exhibits disclosed on the exhibit lists of the government and his codefendant, Diane Erdmann, as his own.  The documents and materials Mr. Hansen intends to offer during cross-examination of government witnesses are reserved.

| Exhibit # | Description |
|---|---|
| 1078 | 05/03/2016 E. Robinson email to B. Williamson re Audit, with attachment (FBI302_000175-181) |
| 1089 | 08/29/2017 Dkt 1181 Declaration of E. Shear In Support of Reply to Response of Diane and Randy Wong to the Trustee's Second Motion for Order Granting Authority to |

DEFENDANT ROSS HANSEN'S FIRST
SUPPLEMENTAL TRIAL EXHIBIT LIST
(Case No.  CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Exhibit # | Description |
|---|---|
|  | Return Stored Inventory to Customers, Bankruptcy Case No. 16-11767-CMA |
| 1155 | 05/25/2011 C. Hopkins email string to K. Markley re Questions about Storage Agreement (FBI302_017487-491) |

DATED this 9th day of July, 2021.

                                        CALFO EAKES LLP

                                By       *s/Angelo J. Calfo*
                                    Angelo J. Calfo, WSBA #27079
                                    Patty Eakes, WSBA # 18888
                                    Anna F. Cavnar, WSBA #54413
                                    Henry C. Phillips, WSBA #55152
                                    1301 Second Avenue, Suite 2800
                                    Seattle, WA 98101
                                    Telephone: (206) 407-2200
                                    Fax:  (206) 407-2224
                                    Email: angeloc@calfoeakes.com
                                                    pattye@calfoeakes.com
                                                    annac@calfoeakes.com
                                                    henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

DEFENDANT ROSS HANSEN'S FIRST SUPPLEMENTAL TRIAL EXHIBIT LIST (Case No. CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224