HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD ROSS HANSEN, and <br> DIANE RENEE ERDMANN, <br><br> Defendants. | Case No.  CR 18-0092-RAJ <br><br> PRAECIPE RE SUPPLEMENTAL JURY INSTRUCTION REGARDING LEGAL OPINIONS |

On July 18, 2021, Defendants filed their Supplemental Proposed Jury Instruction Regarding Legal Opinions. It was inadvertently misformatted and we would appreciate it if you would please replace Dkt. 324 with the attached correctly formatted version.

///

///

///

///

///

PRAECIPE RE SUPPLEMENTAL JURY
INSTRUCTION REGARDING LEGAL OPINIONS
(Case No.  CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

1  DATED this 19th day of July, 2021.

2  **CALFO EAKES LLP**

3  By: _s/ Angelo J. Calfo_
   Angelo J. Calfo, WSBA# 27079
4  Patty A. Eakes, WSBA #18888
   Anna F. Cavnar, WSBA #54413
5  Henry C. Phillips, WSBA #55152
   1301 Second Avenue, Suite 2800
6  Seattle, WA  98101
   Phone: (206) 407-2200
7  Email: angeloc@calfoeakes.com
           pattye@calfoeakes.com
8          annac@calfoeakes.com
           henryp@calfoeakes.com

   *Attorneys for Defendant Bernard Ross Hansen*

PRAECIPE RE SUPPLEMENTAL JURY
INSTRUCTION REGARDING LEGAL OPINIONS
(Case No.  CR 18-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278