Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>    Defendants. | No. 2:18-cr-00092-RAJ<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above entitled action which was in deliberations on July 29, 2021.

DATED this 29th day of July, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge