# United States of America v. Bernard Ross Hansen and Diane Erdmann
## CR18-92 RAJ

### TRIAL WITNESS LIST

| Witness Name | Date(s) Testified |
|---|---|
| Erin Robinson | 07-07-2021<br>07-08-2021 |
| Steven Fox | 07-08-2021 |
| Frank Robertson | 07-08-2022 |
| Catherine Hopkins | 07-08-2021<br>07-12-2021 |
| Christopher Welch | 07-12-2021 |
| Shawn Boelens | 07-12-2021 |
| Brent Bassett | 07-12-2021 |
| Derrin Tallman | 07-12-2021<br>07-13-2021 |
| David James | 07-13-2021 |
| Diane Wong | 07-13-2021 |
| Annette Trunkett | 07-13-2021 |
| Bud Jameson | 07-13-2021<br>07-14-2021 |
| Kyle Markley | 07-14-2021 |
| Debbra Fillo | 07-14-2021 |
| Peg Morris | 07-14-2021 |
| Kim Neff | 07-14-2021 |
| Jeff Goodfellow | 07-14-2021 |
| Raymond (Ken) Ferrell | 07-15-2021 |
| Edward (John) Rickey | 07-15-2021 |
| John (Mike) Orms | 07-15-2021 |

| Witness Name | Date(s) Testified |
| --- | --- |
| Norman Hauptman | 07-15-2021 |
| William Hanson | 07-15-2021 |
| Julie Howe | 07-15-2021 |
| Alea Guerra | 07-15-2021<br>07-19-2021 |
| Sam Furuness | 07-19-2021 |
| John Drummey | 07-19-2021 |
| Steven Campau | 07-19-2021 |
| John Jankowski | 07-19-2021 |
| Paul Wagner | 07-19-2021<br>07-21-2021 |
| Patricia Williams | 07-20-2021 |
| David Carver | 07-20-2021 |
| John Young | 07-20-2021 |
| Jason Calhoun | 07-20-2021 |
| Greg Fullington | 07-20-2021<br>07-21-2021 |
| Diane Hopkins | 07-21-2021 |
| Richard (Russ) Wilson | 07-21-2021 |
| John (Jack) Szczerban | 07-21-2021<br>07-22-2021 |
| Jose (Dino) Vasquez | 07-22-2021 |
| Samantha Blizard | 07-22-2021 |
| Special Agent Andrew Cropcho | 07-22-2021<br>07-26-2021 |
| Special Agent Ben Williamson | 07-26-2021 |
| Mark Calvert | 07-26-2021<br>07-27-2021 |
| Anne Layne | 07-27-2021 |