*United States v. Bernard Ross Hansen and Diane Renee Erdman*
*No. CR18-92 RAJ*

## Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | NWTM Website Pages | | | |
| 2 | Picture of Dayton Location | | | |
| 3 | Picture of Dayton Location | | | |
| 4 | 2008 Consent Decree (Certified) | A | 07-12-2021 | |
| 5 | 2014 NWTM Civil Investigative Demand | | | |
| 6 | NWTM Response – Delayed Customers List | A | 07-12-2021 | |
| 7 | BBB Complaints | | | |
| 11 | Fullington Memo to Hansen dated 9/28/2015 | A | 07-21-2021 | |
| 12 | Fullington Resignation letter dated 10/16/2015 | A | 07-21-2021 | |
| 13 | Hopkins Memo to File dated 8/29/2011 | **R** | **07-08-2021** | |
| 14 | Hopkins Resignation Letter dated 4/2/2013 (misdated) | A | 07-08-2021 | |
| 15 | Hansen Drawing | | | |
| 16 | Hansen Recorded Conversation (10-28-15_024241PM.wav) | | | |
| 17 | Hansen Recorded Conversation (10-30-15_072418PM.wav) | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 18 | Hansen Recorded Conversation excerpt dated 10/28/2015 | | | |
| 19 | Hansen Recorded Conversation excerpt Transcript dated 10/28/2015 | | | |
| 20 | Hansen Recorded Conversation excerpt dated 10/30/2015 | A | 07-21-2021 | |
| 21 | Hansen Recorded Conversation excerpt Transcript dated 10/30/2015 | | | |
| 22 | Buying from Us Website Page | | | |
| 23 | Selling to Us Website Page | | | |
| 24 | Fullington Memo re Hal Lindsey | | | |
| 26 | Order Delay Notification 08Oct14.doc | A | 07-07-2021 | |
| 27 | Bullion Sales Script | A | 07-07-2021 | |
| 28 | INVOICE TEMPLATE_2016 | A | 07-07-2021 | |
| 29 | Robinson Concerns about Lead Time Signature | A | 07-07-2021 | |
| 30 | Robinson LEAD TIME QUESTIONS | | | |
| 31 | Robinson General Status Signature | A | 07-07-2021 | |
| 33 | Robinson Continued Delay Signature | A | 07-07-2021 | |
| 34 | Robinson REFUND Template | A | 07-07-2021 | |
| 35 | Neff Signature Block | | | |
| 36 | Neff Signature Block | | | |
| 37 | Neff Signature Block | A | 07-14-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 40 | Neff Signature Block | | | |
| 43 | Neff Signature Block | | | |
| 46 | Robinson email dated 9/16/2016 re: 2016 Promotions | A | 07-07-2021 | |
| 47 | Certified Copy of *Cohen v. Hansen* Verdict Form | | | |
| 48 | Certified Copy of *Cohen v. Hansen* Verdict Form re: punitive damages | | | |
| 49 | Certified Copy of *Cohen v. Hansen* Judgment on Jury Verdict | | | |
| 50 | Cash Report, 1/4/2016 | A | 07-13-2021 | |
| 51 | Cash Report, 1/20/2016 | A | 07-13-2021 | |
| 52 | Cash Report, 2/16/2016 | A | 07-13-2021 | |
| 53 | Cash Report, 2/17/2016 | A | 07-13-2021 | |
| 54 | Cash Report, 2/26/2016 | A | 07-13-2021 | |
| 55 | Cash Report, 3/2/2016 | A | 07-13-2021 | |
| 56 | Cash Report, 3/22/2016 | A | 07-13-2021 | |
| 57 | Cash Report, 4/1/2016 | A | 07-13-2021 | |
| 58 | Cash Report, 4/8/2016 | | | |
| 59 | Cash Report, 4/11/2016 | | | |
| 60 | ag-report – 1521779336 – from Epicor (4-1-2014 to 3-31-2016) | A | 07-19-2021 | |
| 61 | Orders Shipped On Time (4-1-2014 to 3-31-2016) | A | 07-19-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 62 | Bullion Customer Orders, 10/26/2017 | | | |
| 63 | FedWayInventoryTransactions, 10/26/2017 | A | 07-19-2021 | |
| 64 | Unfunded Liabilities | | | |
| 65 | Re: Inventory Book Valuation | | | |
| 66 | Gold Sales Spreadsheet | | | |
| 78 | GRACO – Acq Pmt | A | 07-19-2021 | |
| 79 | NWTM General Account May 2015 Statement | | | |
| 80 | NWTM Payroll Account x2983 Statements January 2016 to April 2016 | | | |
| 81 | NWTM Institutional Trades Account x7301 Statements | | | |
| 82 | NWTM Deposit Only Account x5195 Statements | | | |
| 83 | NWTM General Account x8765 Statements | | | |
| 84 | Trunkett Owners Draw by GL | A | 07-13-2021 | |
| 85 | Trunkett Owners Draw from Vault Log | | | |
| 86 | Trunkett Refund Lists | A | 07-13-2021 | |
| 87 | Refund Checks on Hold | | | |
| 100 | Neff Email to Erdmann dated 9/13/2011 | | | |
| 101 | Neff Email to Erdmann dated 6/15/2012 | A | 07-14-2021 | |
| 102 | Neff Email to Erdmann dated 2/11/2014 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 103 | Neff Email to Erdmann dated 3/14/2014 | A | 07-14-2021 | |
| 104 | Neff Email to Erdmann dated 1/10/2013 | A | 07-14-2021 | |
| 105 | Richardson Email to Erdmann dated 1/12/2016 | | | |
| 106 | Richardson to Erdmann dated 11/4/2015 | | | |
| 107 | Neff Email to Erdmann dated 10/20/2010 | | | |
| 108 | Neff Email to Erdmann dated 8/3/2011 | | | |
| 109 | Erdmann Email to Hopkins and Brown dated 11/30/2011 | | | |
| 110 | Neff Email to Erdmann dated 1/11/2012 | | | |
| 111 | Neff Email to Erdmann dated 1/10/2013 | | | |
| 112 | Erdmann Email to Swan dated 9/3/2014 | | | |
| 113 | Erdmann Email to Rickey dated 3/20/2014 | | | |
| 114 | Hopkins Email to Erdmann dated 2/3/2012 | | | |
| 115 | Erdmann Email to Hopkins dated 7/28/2011 | A | 07-21-2021 | |
| 116 | Erdmann Email to Nielson dated 5/22/2013 | A | 07-15-2021 | |
| 117 | Erdmann Email to Nielson dated 4/7/2013 | A | 07-15-2021 | |
| 118 | Erdmann Email to Nielsen dated 7/5/2013 | | | |
| 119 | Erdmann Email to Nielsen dated 4/1/2013 | A | 07-15-2021 | |
| 120 | Rickey Email to Erdmann and others dated 8/14/2013 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 121 | Erdmann Email to Rickey dated 8/22/2013 | A | 07-15-2021 | |
| 122 | Orms Email to Erdmann and others dated 12/10/2013 | | | |
| 123 | Erdmann Email to Rickey dated 9/5/2014 | A | 07-15-2021 | |
| 124 | Erdmann Email to Rickey dated 9/15/2014 | A | 07-15-2021 | |
| 125 | Erdmann Email to Rickey dated 5/28/2015 | A | 07-15-2021 | |
| 126 | Erdmann Email to Rickey dated 8/22/2014 | A | 07-15-2021 | |
| 127 | Erdmann Email to Rickey dated 3/25/2014 | A | 07-15-2021 | |
| 128 | Erdmann Email to Rickey dated 4/1/2014 | | | |
| 129 | Erdmann Email to Rickey dated 3/22/2014 | A | 07-15-2021 | |
| 130 | Erdmann Email to Rickey dated 2/21/2014 | A | 07-15-2021 | |
| 131 | Erdmann Email to Rickey dated 2/20/2014 | | | |
| 132 | Erdmann Email to Young, Hansen, others dated 2/4/2014 | A | 07-20-2021 | |
| 133 | Young Email to Young dated 2/4/2014 | | | |
| 134 | Young Email to Young dated 7/30/2014 | | | |
| 135 | Vtext Email to Erdmann dated 8/26/2015 | | | |
| 136 | Vtext Email to Erdmann dated 9/16/2015 | | | |
| 138 | Hopkins Email to Erdmann dated 10/10/2012 | A | 07-08-2021 | |
| 139 | Hansen Email to Fullington dated 5/29/2015 | A | 07-20-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 140 | Erdmann Email to Neff and other dated 5/30/2013 | A | 07-14-2021 | |
| 141 | Hansen to Bressler email dated 2/20/2016 | | | |
| 142 | Neff Email to Erdmann dated 10/1/2012 | A | 07-14-2021 | |
| 143 | Erdmann Email to Neff dated 3/27/2013 | A | 07-14-2021 | |
| 144 | Neff Email to Erdmann dated 5/7/2013 | A | 07-14-2021 | |
| 145 | Neff Email to Erdmann dated 3/3/2014 | A | 07-14-2021 | |
| 146 | Hopkins Email to Erdmann dated 12/29/2010 | A | 07-21-2021 | |
| 147 | Hopkins Email to Erdmann dated 2/3/2012 | A | 07-21-2021 | |
| 148 | Erdmann Email to Rickey dated 8/7/2013 | A | 07-15-2021 | |
| 149 | Rickey Email to Erdmann dated 8/12/2013 | | | |
| 150 | Erdmann Email to Orms and Rickey dated 12/10/2013 | A | 07-15-2021 | |
| 151 | Erdmann Email to Rickey and Orms dated 2/2/2014 | A | 07-15-2021 | |
| 152 | Erdmann Email to Rickey dated 6/27/2014 | A | 07-15-2021 | |
| 153 | Erdmann Email to Rickey dated 2/19/2016 | A | 07-15-2021 | |
| 154 | Erdmann Email to Kelso and Allred dated 7/25/2014 | | | |
| 155 | Erdmann Email to Brubaker and others dated 9/23/2014 | | | |
| 156 | Erdmann Email to Swan and Neff dated 9/3/2014 | | | |
| 160 | NWTM Email to Bassett dated 9/15/2015 re Confirmation of Bullion Order | A | 07-12-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 161 | NWTM Email to Bassett dated 9/22/2015 re Payment Received Notification | A | 07-12-2021 | |
| 162 | NWTM Email to Bassett dated 12/5/2015 re Delay Notification | A | 07-12-2021 | |
| 163 | Boelens Check dated 7/24/2015 | A | 07-12-2021 | |
| 164 | NWTM Email to Boelens dated 7/23/2015 re Confirmation of Bullion Order | A | 07-12-2021 | |
| 165 | NWTM Email to Boelens dated 10/16/2015 re Delay Notification | A | 07-12-2021 | |
| 166 | Driggs Email to Boelens dated 1/13/2016 re Delay Notification | A | 07-12-2021 | |
| 167 | NWTM Email to Calhoun dated 2/28/2016 re Confirmation of Bullion Order | A | 07-20-2021 | |
| 168 | Calhoun Check dated 2/28/2016 | A | 07-20-2021 | |
| 169 | NWTM Email to Calhoun dated 3/3/2016 re Payment Received | A | 07-20-2021 | |
| 170 | Calhoun NWTM Online Bullion Trading Account Terms | A | 07-20-2021 | |
| 171 | NWTM Email to Calhoun dated 4/2/2015 re Silver 50c Over Spot | A | 07-20-2021 | |
| 172 | NWTM Email to Calhoun dated 1/28/2016 re Get Your Bullion Bugout Pack | A | 07-20-2021 | |
| 173 | NWTM Email to Calhoun dated 2/8/2016 re Loyal Customer | A | 07-20-2021 | |
| 174 | NWTM Email to Calhoun dated 2/10/2016 re Free Silver Final 3 Days | A | 07-20-2021 | |
| 175 | NWTM Email to Calhoun dated 2/12/2016 re Free Silver Last Day | A | 07-20-2021 | |
| 176 | NWTM Email to Calhoun dated 2/23/2016 re Dip into FREE Bullion! | A | 07-20-2021 | |
| 177 | Carver/NWTM Emails re Order | A | 07-20-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 178 | Carver Email to NWTM dated 1/16/2016 | A | 07-20-2021 | |
| 179 | Driggs Email to Carver dated 1/18/2016 re Delay | A | 07-20-2021 | |
| 180 | Driggs Email to Carver dated 1/18/2016 re Refund | A | 07-20-2021 | |
| 181 | Blizard Email to Carver dated 3/21/2016 re Delay | A | 07-20-2021 | |
| 182 | NWTM Email to Ferrell dated 9/9/2015 re Order Acknowledgement | A | 07-15-2021 | |
| 183 | Ferrell Check dated 9/10/2015 | A | 07-15-2021 | |
| 184 | NWTM Email to Ferrell dated 9/11/2015 re Payment Received | A | 07-15-2021 | |
| 185 | Ferrell Email to NWTM dated 3/4/2016 re Delay Notification | A | 07-15-2021 | |
| 186 | Ferrell Email to Tallman dated 4/4/2016 | A | 07-15-2021 | |
| 187 | Purchase Order (Ferrell) dated 3/4/2016 | A | 07-15-2021 | |
| 188 | Picture of Fox Gold | A | 07-08-2021 | |
| 189 | Fox Gold Exchange Receipt | A | 07-08-2021 | |
| 190 | Brinks Shipping Records for Fox Gold | | | |
| 191 | Hansen Email to Fox dated 11/6/2015 re Credit Memo | A | 07-08-2021 | |
| 192 | Hansen Email to Fox dated 11/29/2015 re Accounting | A | 07-08-2021 | |
| 193 | Tallman Email to Fox dated 1/6/2016 re Steven Fox Invoice | A | 07-08-2021 | |
| 194 | NWTM Email to James dated 11/6/2015 re Order Acknowledgement | A | 07-13-2021 | |
| 195 | James Email to NWTM dated 1/17/2016 re Delay Notification | A | 07-13-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 196 | Erdmann Email to James dated 3/23/2016 | A | 07-13-2021 | |
| 197 | David James Emails | | | |
| 198 | NWTM Email to Jameson dated 2/18/2015 re Order Confirm | A | 07-13-2021 | |
| 199 | NWTM Email to Jameson dated 2/23/2015 re Payment Received | A | 07-14-2012 | |
| 200 | NWTM Email to Jameson dated 5/1/2015 re Delay Notification | A | 07-14-2021 | |
| 201 | NWTM Email to James dated 6/4/2015 re Second Order | A | 07-14-2021 | |
| 202 | NWTM Email to Jameson dated 6/9/2015 re Trade Payment Received | A | 07-14-2021 | |
| 203 | Brubaker Email to Jameson dated 8/19/2015 | A | 07-14-2021 | |
| 204 | NWTM Email to Jameson dated 8/28/2015 re Delay Notification | A | 07-14-2021 | |
| 205 | NWTM Email to Jameson dated 8/29/2015 re New Order | A | 07-14-2021 | |
| 206 | NWTM Email to Jameson dated 11/13/2015 re Delay Notification | A | 07-14-2021 | |
| 207 | NWTM Email to Jameson dated 12/4/2015 re Delay Notification | A | 07-14-2021 | |
| 208 | NWTM Email to Jameson dated 2/22/2016 re Payment Received | A | 07-14-2021 | |
| 209 | NWTM Email to Jameson dated 3/8/2016 re Delay Notification | A | 07-14-2021 | |
| 210 | NWTM Order Acknowledgement (Jameson) dated 8/25/2015 | A | 07-14-2021 | |
| 211 | NWTM Order Acknowledgement (Jameson) dated 1/4/2016 | A | 07-14-2021 | |
| 212 | NWTM Order Acknowledgement (Jameson) dated 9/30/2015 | A | 07-14-2021 | |
| 213 | NWTM Order Acknowledgement (Jameson) dated 1/5/2016 | A | 07-14-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 214 | NWTM Order Acknowledgement (Mickelson) dated 10/29/2015 | | | |
| 215 | Mickelson Check dated 10/29/2015 | | | |
| 216 | NWTM Order Acknowledgement (Mickelson) dated 11/6/2015 | | | |
| 217 | Mickelson Check dated 11/6/2015 | | | |
| 218 | NWTM Order Acknowledgement (Nard) dated 3/3/2016 | | | |
| 219 | NWTM Email to Nard dated 3/3/2016 re Order Confirmation | | | |
| 220 | Nard Wire Notification dated 3/3/2016 | | | |
| 221 | NWTM Email to Nard dated 3/3/2016 re Payment Received | | | |
| 222 | Tallman Email to Nard dated 3/30/2016 re Purchase Order | | | |
| 223 | Nard Purchase Order dated 3/30/2016 | | | |
| 224 | Robertson Check dated 1/21/2016 | A | 07-08-2021 | |
| 225 | NWTM Order Acknowledgement dated 2/21/2016 | A | 07-08-2021 | |
| 226 | Robertson Email to Hansen dated 3/28/2016 | | | |
| 227 | Robertson Email to Hansen dated 4/4/2016 | | | |
| 228 | Robertson Timeline of Events | | | |
| 229 | Handwritten Receipt (Robertson) dated 1/21/2016 | | | |
| 251 | Storage & Lease Activity – 03.25.14 Spreadsheet | A | 07-07-2021 | |
| 252 | NWTM Lease/Storage Inventory 10Oct08 Spreadsheet | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 255 | Robinson LeaseStorage Spreadsheets (March 2017) | | | |
| 256 | 2014 Sample Storage Agreement | A | 07-07-2021 | |
| 257 | 2011 Sample Storage Agreement | | | |
| 258 | 2009 Sample Storage Agreement | A | 07-07-2021 | |
| 259 | NWTM Invoice (Fillo) dated 11/20/2013 | A | 07-07-2021 | |
| 260 | Fillo Storage Contract | A | 07-07-2021 | |
| 261 | NWTM Storage Statements (Fillo) | A | 07-14-2021 | |
| 262 | NWTM Storage Invoice (Fillo) dated 1/1/2015 | A | 07-07-2021 | |
| 263 | Fillo Check dated 1/18/2015 | A | 07-14-2021 | |
| 264 | Hauptman Invoices | A | 07-07-2021 | |
| 265 | NWTM Storage Statements (Hauptman), 2009-2010 | A | 07-07-2021 | |
| 266 | NWTM Storage Statements (Hauptman), 2010-2014 | A | 07-07-2021 | |
| 267 | NWTM Storage Statement (Hauptman) dated 12/31/2014 | A | 07-15-2021 | |
| 268 | NWTM-Hauptman Bullion Addendum dated 1/15/2016 | A | 07-15-2021 | |
| 269 | Markley Storage Contract | A | 07-07-2021 | |
| 270 | NWTM Invoices (Markley) | A | 07-07-2021 | |
| 271 | NWTM Storage Statements (Markley) | A | 07-07-2021 | |
| 272 | NWTM Email to Morris dated 4/20/2013 re Invoice | A | 07-14-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 273 | NWTM Email to Morris dated 5/1/2013 re Payment Received | A | 07-14-2021 | |
| 274 | Morris Storage Contract (signed by Hansen) | A | 07-07-2021 | |
| 275 | Morris Invoices and Orders | A | 07-07-2021 | |
| 276 | NWTM Email to Morris dated 7/5/2013 re Delay Notification | | | |
| 278 | Morris Check dated 1/21/2015 | A | 07-14-2021 | |
| 279 | Morris Storage Invoice dated 1/1/2015 | A | 07-07-2021 | |
| 280 | Morris Storage Statements | A | 07-07-2021 | |
| 281 | Peterson 2009 Storage Contract | | | |
| 282 | Peterson 2011 Storage Contract | | | |
| 283 | Peterson 2008-2013 Invoices | | | |
| 284 | Peterson Storage Statements | | | |
| 285 | Peterson Storage Statement dated 12/31/2014 | | | |
| 286 | Scarrow Storage Contract | A | 07-07-2021 | |
| 287 | Scarrow Invoice | A | 07-07-2021 | |
| 288 | Scarrow Invoices | A | 07-07-2021 | |
| 289 | Scarrow Storage Statements | A | 07-07-2021 | |
| 290 | Scarrow Storage Statement dated 12/31/2014 | | | |
| 291 | NWTM Email to Wong dated 3/27/2009 re Delay Notification | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 292 | NWTM Email to Wong dated 11/3/2011 re Invoice | | | |
| 293 | NWTM to Email Wong dated 1/13/2012 re Delay Notification | | | |
| 294 | NWTM Storage Statements (Wong) 2012 | A | 07-07-2021 | |
| 295 | NWTM Storage Documents (Wong) dated 11/15/2012 | A | 07-07-2021 | |
| 296 | NWTM Storage Documents (Wong) dated 11/19/2012 | A | 07-07-2021 | |
| 297 | NWTM Storage Statements (Wong) | A | 07-07-2021 | |
| 298 | Greene Email to Wong dated 7/28/2014 re June Storage Statement | A | 07-13-2021 | |
| 299 | Robinson to Wong email dated 1/19/2016 re Purchase Order | A | 07-13-2021 | |
| 300 | NWTM Check to R. Wong and D. Wong dated 3/2/2016 | A | 07-13-2021 | |
| 301 | Auburn Inventory | A | 07-13-2021 | |
| 302 | Auburn Inventory Photos Safe 1 | A | 07-13-2021 | |
| 303 | Auburn Inventory Photos Safe 2 | A | 07-13-2021 | |
| 304 | Federal Way Inventory | A | 07-12-2021 | |
| 305 | Federal Way Inventory Photos Carts | A | 07-12-2021 | |
| 306 | Federal Way Inventory Photos Counter and East Wall | A | 07-12-2021 | |
| 307 | Federal Way Inventory Photos Safe 3 | A | 07-12-2021 | |
| 308 | Federal Way Inventory Photos Safe 4 | A | 07-12-2021 | |
| 309 | Federal Way Inventory Photos Southeast Corner | A | 07-12-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 310 | Auburn and Federal Way Complete Vault Summary | A | 07-13-2021 | |
| 311 | Federal Way Vault Summary of Buyer and Amount | | | |
| 312 | Federal Way Vault Detail Schedule | | | |
| 313 | Auburn Summary of Buyer and Amount | | | |
| 314 | Auburn Vault Detail Schedule | | | |
| 315 | Gold Maple Leaves Summary | A | 07-13-2021 | |
| 316 | Federal Way and Auburn Supporting Documents | A | 07-13-2021 | |
| 317 | Dayton Vault Schematic | | | |
| 318 | Video of Dayton Vault dated 4/11/2016 | | | |
| 319 | Picture of Outside of Dayton Vault | A | 07-14-2021 | |
| 320 | Photos from Dayton Vault Inventory | | | |
| 321 | Photos from Dayton Vault Inventory | | | |
| 322 | Dayton Vault Inventory Video dated 6/9/2016 | A | 07-14-2021 | |
| 323 | Customer Owned Inventory to Return | | | |
| 324 | Inventory Summary | | | |
| 380 | Drummey Check to Erdmann dated 3/31/2016 | A | 07-19-2021 | |
| 381 | Seattle Coin Shop Purchase Order #3333 dated 3/31/2016 | A | 07-19-2021 | |
| 383 | Photograph of Gold Sold to Seattle Coin Shop, March 2016 | A | 07-19-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 384 | June 2016 Renton Coin Shop Checks | A | 07-19-2021 | |
| 385 | September 2016 Renton Coin Shop Check | A | 07-19-2021 | |
| 386 | October 2016 Renton Coin Shop Checks | A | 07-19-2021 | |
| 387 | November 2016 Renton Coin Shop Checks and Receipt | A | 07-19-2021 | |
| 388 | January 2017 Renton Coin Shop Checks and Receipt | A | 07-19-2021 | |
| 389 | January 2017 Northgate Rare Coin Checks and Receipt | | | |
| 390 | March 2017 Records from The Gold Center, Inc. | | | |
| 391 | Las Vegas Coin Company LLC Check to Erdmann | A | 07-19-2021 | |
| 392 | Wolverton Business Records | | | |
| 400a | Excerpt of Hansen Testimony from 5/11/16 Meeting of Creditors | A | 07-14-2021 | |
| 400b | Excerpt of Hansen Testimony from 5/11/16 Meeting of Creditors | | | |
| 400c | Excerpt of Hansen Testimony from 5/11/16 Meeting of Creditors | | | |
| 400d | Excerpt of Hansen Testimony from 5/11/16 Meeting of Creditors | A | 07-22-2021 | |
| 400e | Excerpt of Hansen Testimony from 5/11/16 Meeting of Creditors | | | |
| 401a | Excerpt of Hansen Testimony from 5/13/16 Deposition | | | |
| 402a | Excerpt of Hansen Testimony from 6/22/16 In-Court Testimony | | | |
| 403a | Excerpt of Hansen Testimony from 8/1/16 Deposition | A | 07-13-2021 | |
| 403b | Excerpt of Hansen Testimony from 8/1/16 Deposition | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|------------|-------------------|------------------------|-------|
| 403c | Excerpt of Hansen Testimony from 8/1/16 Deposition | | | |
| 404a | Excerpt of Hansen Testimony from 8/3/17 Deposition | A | 07-22-2021 | |
| 405a | Excerpt of Erdmann Testimony from 6/2/16 Deposition | A | 07-22-2021 | |
| 405b | Excerpt of Erdmann Testimony from 6/2/16 Deposition | | | |
| 405c | Excerpt of Erdmann Testimony from 6/2/16 Deposition | A | 07-14-2021 | |
| 405d | Excerpt of Erdmann Testimony from 6/2/16 Deposition | A | 07-19-2021 | |
| 405e | Excerpt of Erdmann Testimony from 6/2/16 Deposition | A | 07-14-2021 | |
| 406a | Excerpt of Erdmann Testimony from 6/3/16 Deposition | | | |
| 410 | Draft Bullion Lease Agreement | A | 07-07-2021 | |
| 411 | NWTM/Martini Lease Agreement 2012 | A | 07-07-2021 | |
| 412 | Martini Lease Agreement 2014 | | | |
| 413 | Martini/Howard Metal Lease Statements 2012-2016 | | | |
| 414 | NWTM/Hanson Lease Agreement 2004 | A | 07-07-2021 | |
| 416 | Hanson Order and Receipt dated 8/26/2004 | A | 07-07-2021 | |
| 417 | Hanson Receipt | | | |
| 418 | Hanson Receipt dated 12/23/2010 | A | 07-07-2021 | |
| 419 | Lease Account Invoice (Hanson) dated 8/20/2013 | A | 07-07-2021 | |
| 420 | Lease Account Sales Acknowledgment (Hanson) dated 9/11/2014 | A | 07-07-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 421 | Lease Account Sales Acknowledgement (Hanson) dated 10/30/2014 | A | 07-07-2021 | |
| 422 | Hanson Metal Lease Statements | A | 07-07-2021 | |
| 423 | Hanson Metal Lease Statement dated 2/29/2016 | A | 07-07-2021 | |
| 424 | Hanson Metal Lease Statement dated 4/1/2016 | | | |
| 425 | Pehl Bullion Lease Agreement 2014 | A | 07-07-2021 | |
| 426 | Handwritten Receipt for Pehl Silver dated 9/11/2014 | A | 07-07-2021 | |
| 427 | Sales Order and Check (Pehl) dated 6/23/2015 | A | 07-07-2021 | |
| 428 | Sales Orders and Check (Pehl) dated 6/29/2015 | A | 07-07-2021 | |
| 429 | Metal Lease Statements (Pehl) 2013-2015 | A | 07-07-2021 | |
| 430 | Metal Lease Statement (Pehl) dated 12/31/2015 | A | 07-07-2021 | |
| 450 | Delayed Shipments Bar Graph | | | |
| 451 | Delayed Shipments Table | | | |
| 452 | Delayed Shipments Bar Graph – Only 2015 | | | |
| 453 | Delayed Shipments Table – Only 2015 | | | |
| 454 | Average Days Late Bar Graph | | | |
| 455 | Average Days Late Table | | | |
| 456 | Month-by-Month Forward Looking | | | |
| 457 | Month-by-Month Backward Looking | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 458 | Daily Cash Summary | | | |
| 459 | Loss Summary | | | |
| 460 | Loss by Category | | | |
| 461 | Missing Metal – Storage | A | 07-08-2021 | |
| 480 | Picture of NWTM Logo | | | |
| 481 | Picture of NWTM Locations | | | |
| 482 | Picture of Medallions and Bullion | | | |
| 483 | Picture of NWTM Bullion | A | 07-07-2021 | |
| 484 | Picture of Sovereign Coins | A | 07-07-2021 | |
| 485 | Map of NWTM Locations | A | 07-07-2021 | Illustrative only |
| 486 | David James Letter of Authorization for Wire Transfer | A | 07-13-2021 | |
| 487 | Hopkins Email to Erdmann dated 10/24/2011 | A | 07-21-2021 | |
| 488 | Erdmann Email to Rickey dated 7/22/2013 | A | 07-15-2021 | |
| 489 | Erdmann Email to Rickey dated 11/12/2013 | | | |
| 490 | Erdmann Email to Rickey dated 11/19/2013 | A | 07-15-2021 | |
| 491 | Storage Holdings Spreadsheet (May 2016) | A | 07-07-2021 | |
| 492 | Robinson Storage Project Spreadsheet (Jan 2017) | | | |
| 493 | March 27 Lease and Storage Compiled Spreadsheets | A | 07-08-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 494 | Nevada Vault Summary | | | |
| 495 | Nevada Inventory | | | |
| 496 | Williams Gold and Silver Purchase Order | A | 07-19-2021 | |
| 497 | Summary | | | |
| 498 | Summary Amounts | | | |
| 499 | Owner's Draw Summary | A | 07-22-2021 | |
| 500 | Owner's Draw Summary | | | |
| 501 | Order Result (Delayed/Unfulfilled) – Chart | | | |
| 502 | Order Result (Delayed/Unfulfilled) – Graph | | | |
| 503 | Order Result Totals | | | |
| 504 | Order Comparison | | | |
| 505 | Order Result – Chart | | | |
| 506 | Order Result – Graph | | | |
| 507 | Order Result, 2015 Forward – Chart | | | |
| 508 | Order Result, 2015 Forward – Graph | | | |
| 509 | Month-by-Month Forward Looking | | | |
| 510 | Month-by-Month Backward Looking | | | |
| 511 | Average Days Late – Chart | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 512 | Average Days Late – Graph | | | |
| 513 | 2014 NWTM Response to Attorney General's Office | A | 07-12-2021 | |
| 514 | Letter from David James dated 5/1/2016 | | | |
| 515 | Interview of David James on 4/28/2016 | | | |
| 516 | Richardson Email to Tracy, Hansen, Trunkette, and Galland dated 3/31/2016 | | | |
| 517 | Recap 01-04-2016.xlsx | | | |
| 518 | Recap 03-22-2016.xlsx | | | |
| 519 | NWTM Owned Inventory Summary | | | |
| 520 | Ross Hansen Owner's Area Detail | | | |
| 521 | Photographs from Dayton Vault Inventory | A | 07-14-2021 | |
| 522 | Photographs from Dayton Carts | A | 07-14-2021 | |
| 523 | Dayton Vault Schematic (redacted Exhibit 317) | A | 07-14-2021 | |
| 524 | 4/11/16 Video of Dayton Vault (full length Exhibit 318) | A | 07-14-2021 | |
| 525 | Photographs from Dayton Vault Inventory (subset of Exhibit 521) | A | 07-14-2021 | |
| 526 | Orms Email to Erdmann and others dated 3/1/2013 | A | 07-15-2021 | |
| 527 | Guerra Email to James dated 1/8/2016 | A | 07-15-2021 | |
| 528 | Summary of Diane Erdmann Sales | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 529 | Email from Zulauf to Friedman dated 10/27/2015, forwarding 10-19-15 email from Hansen with attachments | A | 07-21-2021 | |
| 530 | Recorded Telephone Call Excerpt dated 10/28/2015 | A | 07-21-2021 | |
| 531 | Recorded Telephone Call Transcript dated 10/28/2015 | | | |
| 532 | Erdmann Sales Summary | A | 07-22-2021 | |
| 533 | Certified Copy of *Cohen v. Hansen* Verdict Form (redacted) | A | 07-20-2021 | |
| 534 | Certified Copy of *Cohen v. Hansen* Verdict Form as to punitive damages amount (redacted) | R | 07-20-2021 | |
| 535 | Certified Copy of *Cohen v. Hansen* Judgment on Jury Verdict (redacted) | | | |
| 536 | Friedman Email to Hansen and Vasquez dated 10/30/2015 | | | |
| 537 | Robinson Email to Vasquez dated 12/4/2015 | | | |
| 538 | Friedman Email to Vasquez and Hansen dated 12/16/2015 | A | 07-22-2021 | With redactions |
| 539 | Friedman Email to Hansen and Vasquez dated 3/4/2016 | | | |
| 540 | Karr Tuttle Campbell Invoices NW Territorial Mint, 11/16/15 to 4/14/16 | | | |
| 541 | FBI 302 Report of Interview of Dino Vasquez on 6/5/2019 | | | |
| 542 | Bullion Orders from Exhibit 60 | A | 07-22-2021 | |
| 543 | Total Order Value Comparison | | | |
| 544 | Order Result, by Order Date (delayed/unfulfilled) | | | |
| 545 | Order Result, by Order Date | A | 07-22-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 546 | Order Result, by Order Date with Percentages | A | 07-22-2021 | |
| 547 | Order Result, by Order Date (Graph) | A | 07-22-2021 | |
| 548 | Order Result, by Order Date (Graph – 2015 and 2016 only) | A | 07-22-2021 | |
| 549 | Summary | | | |
| 550 | Verdict Form (Redacted) | A | 07-22-2021 | |
| 551 | Judgment (Redacted) | | | |
| 552 | Orders Included from Exhibit 60 and 61 | A | 07-22-2021 | |
| 553 | Average Days Late, by month and year | A | 07-22-2021 | |
| 574 | Email from Calvert to Hansen dated 3/7/2016 re: NWTM.xls | A | 07-26-2021 | |
| 575 | "Initial Meeting / Action Steps" Spreadsheet dated 3/5/2016 | | | |
| 581 | Northwest Territorial Mint Initial Meeting / Action Steps as of 3/5/2016 | A | 07-26-2021 | Excluding page 3 |
| 581a | Excel Native Version of Exhibit 581 | A | 07-27-2021 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1001 | NWTM Dayton Location | | | |
| 1002 | NWTM Brochure | | | |
| 1003 | Photo of Federal Way Location - Outside | | | |
| 1004 | Photo of 10-Ounce NWTM Silver Bar | | | |
| 1005 | Photo of NWTM Silver Round | | | |
| 1006 | Photo of Hansen and Erdmann Rental Home – Front | | | |
| 1007 | Photo of Erdmann Car | | | |
| 1008 | Photo of Hansen Truck | | | |
| 1009 | Photo of Erdmann Van | | | |
| 1011 | Writ of Execution (CAM-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL dated 3/24/2016 | R | 07-26-2021 | |
| 1012 | Writ of Execution (Cohen-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL dated 3/24/2016 | | | |
| 1013 | Writ of Execution (CAM-Hansen), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL dated 3/24/2016 | | | |
| 1014 | Writ of Execution (Cohen-NWTM), *Cohen, et al. v. Hansen, et al.*, Case No. 2:12-cv-01404-JCM-PAL dated 3/24/2016 | | | |
| 1015 | Voluntary Petition for Non-Individuals Filing for Bankruptcy, Bankruptcy Case No. 16-11767-CMA dated 4/1/2016 | | | |
| 1016 | Stipulated Order Directing the Appointment of a Chapter 11 Trustee, Bankruptcy Case No. 16-11767-CMA dated 4/7/2016 | | | |
| 1017 | Declaration of Calvert, Bankruptcy Case No. 16-11767-CMA dated 12/30/2016 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1018 | Calvert Email to Hansen re NWTM—Initial Cash Flow Projection dated 3/21/2016 | | | |
| 1019 | NWTM—Initial Cash Flow Projection V1 3.19.2016.xlsx (Native) | | | |
| 1020 | Calvert Email to Kornfeld and Hansen dated 3/7/2016 re Mtg Follow Up | | | |
| 1021 | Hansen Email to Calvert dated 4/12/2016 re Change of Locks and Combos in Dayton | | | |
| 1022 | Calvert Email to Hansen re NWTM.xlsx dated 3/19/2016 | A | 07-26-2021 | |
| 1023 | NWTM Acknowledgment Memo re Reporting Buying And Selling Precious Metals dated 4/25/2014 | | | |
| 1024 | Calvert Email to Williamson and Gearin dated 4/16/2016 re NW Territorial Mint Bankruptcy | | | |
| 1025 | Calvert Email to Williamson dated 4/27/2016 re Inventory | | | |
| 1026 | Calvert Email to Williamson dated 4/26/2016 re May 11 | | | |
| 1027 | Calvert Email to Williamson and Bozzelli dated 6/30/2016 re Ross Hansen Cell Phone Log.xls | | | |
| 1028 | Gearin Email to Williamson, Calvert and Bozzelli dated 6/2/2016 re Search for Medallic Documents for 2004 Discovery Request | A | 07-26-2021 | With redactions |
| 1029 | Calvert Email to Williamson and Bozzelli dated 6/2/2016 re Search for Medallic Documents for 2004 Discovery Request | | | |
| 1030 | Calvert Email to Bozzelli dated 8/12/2016 re Ross / Settlement | | | |
| 1031 | Calvert Email to Williamson dated 4/17/2017 re Hallmark of a Ponzi | | | |
| 1032 | Excerpt from The Ponzi Book, A Legal Resource for Unraveling Ponzi Scheme | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1033 | Calvert Email to Williamson dated 9/29/2017 re FBI Request Sept 2017.xlsx | | | |
| 1034 | Calvert Email to Williamson dated 2/7/2018 re Updated Returned Inventory List | A | 07-26-2021 | |
| 1035 | Gilmore Email to Williamson dated 2/6/2018 re Items returned by Russ Wilson 1.26.18 | A | 07-26-2021 | |
| 1036 | Werner Letter dated 7/3/2019 re Expert Disclosure | | | |
| 1037 | NWTM Org Chart dated 6/22/2016 | | | |
| 1038 | AICPA Code of Professional Conduct dated 12/15/2014 | | | |
| 1039 | Accounting Standards | | | |
| 1040 | FASB Accounting Standards Update, ASU 2014-15, August 2014 | | | |
| 1041 | ACFE Code of Professional Ethics, 2018-03-05 | | | |
| 1042 | ACFE CFE Code of Professional Standards, 2018-03-05 | | | |
| 1043 | Delayed Orders - Recreated Bar Graph - 2015 Forward | | | |
| 1044 | Delayed Orders - Recreated Bar Graph | A | 07-27-2021 | |
| 1045 | Delayed Orders - Recreated Table - 2015 forward | | | |
| 1046 | Delayed Orders - Recreated Table | A | 07-27-2021 | |
| 1047 | Delayed Orders - Total Order Comparison | | | |
| 1048 | Estimated Compensation - Owners Draws | | | |
| 1049 | Financial and Managerial Accounting - Excerpt | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 1050 | CFE Code of Professional Standards, Interpretation and Guidance | | | |
| 1051 | IRS Topic 429 Traders in Securities | | | |
| 1052 | McHard Pricing Schedule with CJA RATES 012520 | | | |
| 1053 | 2012 IRS Publication 538 – Accounting Periods and Methods | | | |
| 1054 | Sample Cash basis vs Accrual Basis Financial Statements | | | |
| 1055 | Signed Expert Contract McHard Firm and Hansen 082218 | | | |
| 1056 | Sample Escrow Agreement | | | |
| 1057 | Calvert Email to Bozzelli and Williamson dated 1/12/2017 re Documentation of Hal Lindsay | | | |
| 1058 | Bozzelli Email String with Werner and Williamson dated 3/24/2017 re Retired PI with Info | | | |
| 1059 | Order Authorizing Sheriff to Break and Enter, Case No. 16-2-05611-3 KNT dated 3/22/2016 | | | |
| 1060 | Trustee's First App. for Compensation, Bankruptcy Case No. 16-11767-CMA dated 11/16/2018 | | | |
| 1061 | Exhibit B, Bankruptcy Case No. 16-11767-CMA dated 1/18/2019 | | | |
| 1062 | Wagner Email String with Williamson and Calvert dated 7/20/2017 re FBI Inquiry of Silver Dollar Sales | | | |
| 1063 | FBI Inquiry of Silver Dollar Sales.xlsx (FBI302_007606) (Native) | | | |
| 1064 | Hansen Email to Robinson dated 3/21/2016 re Update | R | 07-08-2021 | Reoffered and refused on 07-19-2021 |
| 1065 | Wilson Email to Williamson and Bozzelli dated 10/26/2016 re CHS Reporting – NWTM (Intent) | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1066 | FBI Interview Memo of Trunkett dated 5/2/2016 | | | |
| 1067 | Dayton Lease Agreement | | | |
| 1068 | Email from Sellis to Young dated 8/15/2008 re Follow-Up – Northwest Territorial Mint | A | 07-12-2021 | |
| 1069 | Memorandum Prepared by Christopher Welch dated 7/25/2014 | | | |
| 1078 | Email from Robinson to Williamson dated 5/3/2016 re Audit | A | 07-08-2021 | |
| 1089 | Declaration of Erin Shear, Bankruptcy Case No. 16-11767-CMA dated 8/29/2017 | | | |
| 1097 | FBI FD-302 Regarding Paul Wagner Interview | | | |
| 1098 | FBI FD-302 Regarding Paul Wagner Interview | | | |
| 1110 | Email String Between Wagner, service@ytemblem.com, Trunkett and Quick dated January 2018 re ChinaImport Jan 15 2018 | A | 07-21-2021 | |
| 1111 | Declaration of Mark Calvert dated 11/4/2018 filed in Bankruptcy Case No. 16-11767-CMA | | | |
| 1112 | Supplemental Reply Declaration of Mark Calvert dated 1/29/2019 filed in Bankruptcy Case No. 16-11767-CMA, with attachments | | | |
| 1115 | Representative Clients of Sierra Mint from Sierra Mint Website | **R** | **07-21-2021** | |
| 1122 | Supplemental Declaration of Mark Calvert in Support of Fee Applications of Chapter 11 Trustee dated 1/18/2019 in Bankruptcy Case No. 16-11767-CMA | | | |
| 1147 | Roles and Responsibilities | | | |
| 1150 | Letter to Whom it May Concern from Hopkins dated 2/15/2012 re Blanchard Account Balance | A | 07-12-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 1151 | Email from Neff to Hopkins and Robinson dated 7/25/2011 re Storage Customer Would Like To Pick Up Metals | A | 07-12-2021 | |
| 1153 | Email from Robinson to Hopkins dated 5/23/2011 re Buy Back from Storage 59956 | A | 07-12-2021 | |
| 1155 | Email from Hopkins to Markley dated 5/25/2011 re Questions About Storage Agreement | A | 07-08-2021 | |
| 1157 | Bullion Department Policies and Procedures | A | 07-12-2021 | |
| 1165 | Letter to Sellis from Hopkins dated 3/21/2013 re Compliance with Consent Decree | A | 07-12-2021 | |
| 1169 | FBI FD-302 Regarding Samantha Blizard Interview | | | |
| 1215 | Email from James to Williamson dated 1/3/2018 re NWTM Proceedings | | | |
| 1218 | Shipping Dates Following Delay Notifications | A | 07-12-2021 | |
| 1219 | Declaration of Diane Wong filed in Bankruptcy Case No. 16-11767-CMA | | | |
| 1231 | Photograph of Wong Monster Box | A | 07-13-2021 | |
| 1247 | FBI FD-302 Regarding Jeff Goodfellow Interview | | | |
| 1265 | FBI FD-302 Regarding John (Mike) Orms Interview | | | |
| 1273 | FBI FD-302 Regarding John Rickey Interview | | | |
| 1278 | Email from Goodfellow to Rickey dated 4/18/2016 re Vault Customer Owned | A | 07-15-2021 | |
| 1280 | FBI FD-302 Regarding John (Mike) Orms Interview | | | |
| 1282 | FBI FD-302 Regarding Alea Guerra Interview | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1284 | FBI FD-302 Regarding Julie Howe Interview | | | |
| 1285 | Orientation Plan for Julie Howe | R | 07-15-2021 | |
| 1291 | Email from Hauptman to Robinson dated 5/23/2016 re Hauptman Storage | A | 07-15-2021 | |
| 1292 | FBI FD-302 Regarding Sam Furuness Interview | | | |
| 1311 | FBI FD-302 Regarding John Young Interview | | | |
| 1312 | FBI FD-302 Regarding John Young Interview | | | |
| 1313 | FBI FC-1023 CHS Reporting Document | | | |
| 1314 | Email from Young to Bozzelli dated 4/9/2016 re Northwest Territorial Mint Investigation, FBI Paid Informant Proposal | | | |
| 1315 | Email from Young to Bozzelli dated 5/6/2016 re Org Chart Re-Organized Proposed 4/22/2016 | A | 07-20-2021 | |
| 1316 | Email from Young to Bozzelli dated 5/7/2016 re Org Chart Re-Organized Proposed 4/22/2016 | | | |
| 1324 | FBI FD-302 Regarding Greg Fullington Interview | | | |
| 1329 | Email to Mannelly and Others from Hansen dated 3/21/2016 re Update | R | 07-19-2021 | |
| 1330 | Email from Drummey to Robinson dated 2/27/2017 re Drummey Adjustment to Order | | | |
| 1350 | 2010 Form 1065 Tax Return for NWTM | A | 07-19-2021 | |
| 1353 | FBI FD-302 Regarding Greg Fullington Interview | | | |
| 1354 | FBI FD-302 Regarding Greg Fullington Second Interview | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1355 | Email from Vance to Hansen dated 4/25/2014 re Meeting with the AG Today | | | |
| 1356 | Email from Young to Vance and Others dated 4/18/2014 | | | |
| 1357 | Letter to Lam from Young dated 4/16/2014 re NWTM | | | |
| 1363 | FBI FD-302 Regarding Greg Fullington Interview | | | |
| 1371 | FBI FC-1023 CHS Reporting Document dated 11/2/2015 | | | |
| 1381 | FBI FD-302 Regarding Mark Calvert Interview | | | |
| 1385 | Email String Including from Gilmore to Williamson dated 2/6/2018 re Items Returned by Russ Wilson 1.26.18 with Photographs | A | 07-26-2021 | Pages 3-10 offered and refused on 07-21-2021; Exhibit in its entirety offered and admitted on 07-26-2021 |
| 1390 | Email from Swan to Fullington dated 5/31/2013 re Potential Violations of Consent Decree | A | 07-21-2021 | |
| 1413 | Total Order Comparison | | | |
| 1415 | Email from Calvert to Williamson dated 4/19/2016 re Requesting my silver, that has been stored by NWTM, be sent to me | | | |
| 1422 | FBI FD-302 Regarding Mark Calvert Interview | | | |
| 1423 | Email from Calvert to Williamson dated 4/16/2016 re Margaret and Siegfried Schedule $25,000 | | | |
| 1426 | Calvert Email String with Williamson dated 5/2/2016 re Criminal Action | | | |
| 1427 | Transcript of 341 Meeting of Creditors on 5/11/2016 | | | |
| 1430 | Email from Calvert to Williamson dated 8/12/2016 re Ross / Settlement | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1431 | Email from Calvert to Williamson dated 10/17/2016 re Help Please! | | | |
| 1432 | Email from Calvert to Williamson dated 2/24.2017 re Case Rumors | | | |
| 1442 | FBI Report of Interview of Jodi Quick | | | |
| 1443 | Calvert Forward to Williamson, Bozzelli Email from Gearin to Bucknell re Email to Judge Corbit dated 9/8/2016 | | | |
| 1445 | Trustee's Reply re GRACO Awards Manufacturing LP's Memorandum Supporting Break-Up Fee, Bankruptcy Case No. 16-11767-CMA | | | |
| 1446 | Calvert Email to Tucker cc: Cook and Peterson dated 7/7/2016 re Contemplated Sale of GRACO Awards, Bankruptcy Case No. 16-11767-CMA | A | 07-27-2021 | As modified |
| 1458 | Cash Outflows – July 1 2015 through April 30, 2016 | A | 07-27-2021 | |
| 1459 | Kornfeld Email to Hanse cc Calvert and Young dated 3/25/2016 re Call Confirmation | A | 07-26-2021 | |
| 1460 | Letter from Gearin to Dugaw dated 7/19/2016 re In re Northwest Territorial Mint, LLC, Case No. 11767-CMA / Debbra Fillo Storage Inventory | | | |
| 1462 | Email String With Williamson, Calvert, Gearin, Werner dated 6/2/2016 re Search for Medallic Documents for 2004 Discovery Request | | | |
| 1463 | Order on Fee Applications of Trustee Cascade Capital Group, et al. | | | |
| 1464 | Calver Email to mgossler@mpba.com, cc Green, Simpson, Cannady dated 4/7/2016 re NWTM | | | |
| 1465 | Calvert Email to Calvert dated 4/8/2016 re FW: Interview with Gail | R | 07-26-2021 | |
| 1466 | Calvert Email Forward on 1/2/2018 to Gearin, Williamson Email from Atalla to Calvert re NWTM is Closing??? | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 1473 | Order Result by Order Date – Graph | A | 07-27-2021 | |
| 1474 | Cash Outflows – July 1, 2015 through April 30, 2016 – Chart | A | 07-27-2021 | |
| 1475 | Owner's Draws -- Comparison | A | 07-27-2021 | |
| 1476 | Chapter 11 Trustee's Acceptance and Declaration | A | 07-26-2021 | |
| 1479 | First Application for Compensation of Cascade Capital Group | | | |
| 1482 | Declaration of Mark Calvert in Support of Motion to Approve Terms of Employment for Production Manager filed in Bankruptcy Case No. 16-11767-CMA | | | |
| 1484 | Transcript of Proceedings before Judge Alston on 6/2/2017 in Bankruptcy Case No. 16-11767-CMA | | | |
| 1485 | Transcript of Proceedings before Judge Alston on 2/3/2017 in Bankruptcy Case No. 16-11767-CMA | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 1500 | Photograph of Diane Erdmann | | | |
| 1501 | Photograph of Diane Erdmann's Family | | | |
| 1502 | Photograph of Diane Erdmann and Peter Erdmann | | | |
| 1503 | Photograph of Peter Erdmann | | | |
| 1504 | Photograph of Diane Erdmann and Peter Erdmann | | | |
| 1506 | Photograph of 5447 34th Avenue South | | | |
| 1507 | Photograph of 5447 34th Avenue South | | | |
| 1508 | Email from Erin Robinson to Dino Vasquez dated 11/16/2015 | A | 07-08-2021 | |
| 1509 | Northwest Territorial Mint Organization Chart | A | 07-08-2021 | |
| 1520 | FBI FD-302 Regarding Brent Bassett Interview | | | |
| 1584 | FBI FD-302 Regarding John Jankowski Interview | | | |
| 1604 | FBI FD-302 Regarding Mike Orms Interview | | | |
| 1620 | FBI FD-302 Regarding Edward John Rickey Interview | | | |
| 1622 | FBI FD-302 Regarding Edward John Rickey Interview | | | |
| 1647 | FBI FD-302 Regarding Annette Trunkett Interview | | | |
| 1665 | FBI FD-302 Regarding Christopher Welch Interview | | | |
| 1684 | Emails between Hopkins, Neff and Williamson dated 8/29/2012 re BBB Delivery Receipt | A | 07-12-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1690 | Emails between Hopkins, Robinson, Earl, Neff and Erdmann dated 10/24/2011 re Storage Customer Wants to Inspect Metals | A | 07-12-2021 | |
| 1691 | Email from Markley to Hopkins dated 11/14/2011 re NWTM Storage | A | 07-12-2021 | |
| 1693 | Email from Robinson to Erdmann dated 6/1/2012 re Wong Storage | A | 07-12-2021 | |
| 1704 | Email from Erdmann to Rickey dated 3/12/2014 re PA Rounds | A | 07-15-2021 | |
| 1711 | Email from Goodfellow to Rickey, et al. dated 4/21/2015 | A | 07-15-2021 | |
| 1717 | Email from Young to Hansen dated 2/7/2014 re Gue-isms | **R** | **07-20-2021** | |
| 1720 | Email from Robinson to Wagner and Others dated 2/16/2015 re Bullion Alignment Cancelled | A | 07-20-2021 | |
| 1721 | Email from Robinson to Wagner and Others dated 7/18/2014 re Bullion Alignment Meeting – reschedule | A | 07-20-2021 | |
| 1725 | Email from Trunkett to Young dated 3/8/2014 re Duplicate Customer Codes in Epicor | A | 07-20-2021 | |
| 1726 | Email from Young to Robinson and Others dated 1/16/2014 re Order Fulfillment (Bullion) – Federal Way | A | 07-20-2021 | |
| 1727 | Email from Erdmann to Barnard dated 6/13/2014 re just thought of another problem | A | 07-20-2021 | |
| 1728 | Email from Schreiner to Young and Others dated 7/16/2014 re Open Epicor Orders | A | 07-20-2021 | |
| 1730 | Email String Between Young, Robinson, Erdmann and Others dated 7/7/2015 re Bullion Pink Slips Management: Sales & Purchasing | A | 07-20-2021 | |
| 1731 | Email from Young to Erdmann dated 5/1/2014 re Epicor/USPS Integration | A | 07-20-2021 | |
| 1732 | Email from Young to Erdmann dated 7/10/2013 re Report Inventory – Bullion Purchasing | A | 07-20-2021 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1733 | Email String Between Robinson, Erdmann and Young dated 2/14/2014 re Mission Critical – Bullion Parts and Quantities | A | 07-20-2021 | |
| 1734 | Email from Routh to Wagner and Others dated 10/13/2014 re Fill Rate Wk End Oct 3 2014 | A | 07-20-2021 | |
| 1735 | Email from Young to Erdmann and Fields dated 9/4/2015 re POs/refunds | A | 07-20-2021 | |
| 1738 | Email from Brubaker to Young and Others dated 2/26/2014 re Epicor SOD – Customer & NWTM Retail | A | 07-20-2021 | |
| 1742 | Email from Gue to Young dated 3/14/2014 re Fed Ex Integration | A | 07-20-2021 | |
| 1744 | Article from *Coin Week* Magazine dated 1/4/2016, "The Coin Analyst: 2015 Sellouts of U.S. Mint Coins and Whether They Matter" | | | |
| 1747 | Mail from Hansen to Fullington dated 10/5/2015 re Gold/Silver | A | 07-21-2021 | |
| 1755 | Email from Hopkins to Erdmann dated 8/16/2011 re Sent Youness for Storage Did the Borrowed Bars Get Returned? | A | 07-21-2021 | |
| 1756 | Webpage from usmint.gov Online Catalog | A | 07-22-2021 | |
| 1757 | Webpage from usmint.gov Online Catalog | A | 07-22-2021 | |
| 1758 | Bullion Dealer Locator – Official U.S. Mint Store Website | A | 07-22-2021 | |
| 1759 | Webpage from usmint.gov Online Catalog | A | 07-22-2021 | |
| 1760 | Calendar Invitations for Management Meetings 2013-2015 | A | 07-21-2021 | |
| 1769 | Email from Calvert to Walterson dated 3/23/2016 | | | |
| 1770 | Email from Calvert to Goodfellow dated 9/9/2016 re Return for Quality - Problem 9.2.2016 | | | |
| 1771 | Letter to Judge Alston from "Concerned" dated 2/16/2018 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1774 | FBI FD-302 Regarding Jessica Gilmore Interview | | | |
| 1780 | FBI FD-302 Regarding Mark Calvert Interview | | | |
| 1785 | Exhibit C, Declaration of Mark Calvert filed on 11/14/2018 in Bankruptcy Case No. 16-11767-CMA | | | |
| 1786 | Suppression Memo Prepared by Mark Calvert dated 4/16/2016 | A | 07-26-2021 | |
| 2000 | Order Result, by Order Date | | | |
| 2001 | Order Result, by Order Date | A | 07-27-2021 | |