The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9     UNITED STATES DISTRICT COURT FOR THE
10            WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
11
12   UNITED STATES OF AMERICA,          |   NO. CR18-92RAJ
13                  Plaintiff,          |
                                        |   JOINT CERTIFICATION OF COUNSEL
14          v.                          |   RE: ADMITTED TRIAL EXHIBITS
15                                      |
16   BERNARD ROSS HANSEN, and           |
17   DIANE ERDMANN,                     |
18                  Defendants.         |
19

20        The United States of America, by and through Tessa M. Gorman, Acting United

21   States Attorney for the Western District of Washington, and Brian Werner and Benjamin

22   Diggs, Assistant United States Attorney, and Angelo Calfo, Counsel for Bernard Ross

23   Hansen, and Benjamin Byers, Counsel for Diane Erdmann, hereby files the admitted trial

24   exhibits.

25        Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within

26   seven days of a verdict, the admitted trial exhibits shall be filed through the Court's

27   electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

28

Joint Certification of Counsel - 1
*U.S. v. Bernard Ross Hansen & Diane Erdmann,* CR18-92RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       At the close of the trial counsel for all parties conferred with the in-court deputy

2   and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to

3   the trier of fact in the matter.  The exhibits filed here are those same exhibits.

4       Therefore, the undersigned submits that the admitted trial exhibits[1] as listed on

5   Court's Exhibit List (Dkt. No. 351) and hereby filed via CM/ECF event "Admitted

6   Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this

7   matter.

8       Dated this 4th day of August 2021.

9

10                   TESSA M. GORMAN
                    Acting United States Attorney

11

12                   */s/ Brian Werner*
                    BRIAN WERNER

13                   Assistant United States Attorney

14                   700 Stewart Street, Suite 5220
                    Seattle, WA 98101

15                   (206) 553-7970

16

17

18                   */s/ Angelo Calfo (approved via e-mail)*
                    ANGELO CALFO

19                   Counsel for Bernard Ross Hansen

20

21                   */s/ Benjamin Byers (approved via e-mail)*

22                   BENJAMIN BYERS
                    Counsel for Diane Erdmann

23

24

25

26

27

28

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States.

Joint Certification of Counsel - 2
*U.S. v. Bernard Ross Hansen & Diane Erdmann,* CR18-92RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970