HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>         Defendants. | Case No. CR18-0092-RAJ<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING POST-TRIAL MOTIONS<br><br>NOTING DATE: August 6, 2021 |

  Counsel for Defendants Bernard Ross Hansen and Diane Renee Erdmann hereby move the Court to extend time within which the defendants may file any post-trial motions pursuant to Rules 29(c)(1) and 33 of the Federal Rules of Criminal Procedure from August 13, 2021 to September 10, 2021.

  The current deadline for filing motions under Rules 29(c)(1) and 33 is on or before August 13, 2021—within fourteen days after the jury returned its verdict on July 30, 2021. The defendants respectfully request and the government does not oppose an extension of that deadline to September 10, 2021, to allow the defendants additional time to prepare and file any such motions.

  //

UNOPPOSED MOTION TO EXTEND
DEADLINE FOR FILING POST-TRIAL
MOTIONS
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

For the above reasons, defendants respectfully request that the deadline to file motions under Rules 29(c)(1) and 33 shall be extended to on or before September 10, 2021.

Dated this 6th day of August, 2021.

Respectfully submitted,

| CALFO EAKES LLP | CORR CRONIN LLP |
|---|---|
| By: *s/ Angelo J. Calfo*<br>Angelo J. Calfo, WSBA No. 27079<br>Patty Eakes, WSBA No. 18888<br>Anna F. Cavnar, WSBA No. 54413<br>Henry C. Phillips, WSBA No. 55152<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Telephone: (206) 407-2200<br>Fax: (206) 407-2224<br>angeloc@calfoeakes.com<br>pattye@calfoeakes.com<br>annac@calfoeakes.com<br>henryp@calfoeakes.com<br><br>*Attorneys for Defendant Bernard Ross Hansen* | By: *s/ Steven W. Fogg*<br>Steven W. Fogg, WSBA No. 23528<br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>sfogg@corrcronin.com<br>bbyers@corrcronin.com<br><br>AOKI LAW PLLC<br><br>By: *s/ Russell M. Aoki*<br>Russell M. Aoki, WSBA No. 15717<br>Isham Reavis, WSBA No. 45281<br>1200 Fifth Avenue, Suite 750<br>Seattle, Washington 98101<br>(206) 624-1900 Phone<br>(206) 442-4396<br>russ@aokilaw.com<br>isham@aokilaw.com<br><br>*Attorneys for Defendant Diane Renee Erdmann* |

UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING POST-TRIAL MOTIONS
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224