HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>     v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>                        Defendants. | Case No.  CR 18-0092-RAJ<br><br>ORDER EXTENDING DEADLINE FOR FILING POST-TRIAL MOTIONS |

THIS MATTER having come on before the Court upon the unopposed motion of defense counsel, and the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the deadline for defendants to file motions under Rules 29(c)(1) and 33 of the Federal Rules of Criminal Procedure is extended from August 13, 2021 to September 10, 2021.

DATED this 9th day of August, 2021.

*[signature]*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING DEADLINE
FOR FILING POST-TRIAL MOTIONS
(Case No.  CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224