HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>         Defendants. | Case No.  CR18-0092-RAJ<br><br>MOTION TO FILE DECLARATION EX PARTE AND IN CAMERA<br><br>NOTED FOR HEARING:<br>October 4, 2021 |

  Mr. Hansen respectfully requests leave to submit to the Court for *ex parte*, *in camera* review a declaration from Angelo J. Calfo that details sensitive attorney work product in preparing Mr. Hansen for sentencing.  This declaration provides detail on counsel's work with Mr. Hansen to date and strategy for the sentencing and explains why this ongoing work necessitates a continuance of the sentencing date.  Filing this information on the public docket would not only undermine Mr. Hansen's work-product protections, but would also reveal private, confidential, and sensitive information about Mr. Hansen.

  Mr. Hansen has conferred with the government which has indicated that it will take no position this motion.

MOTION TO FILE DECLARATION EX PARTE AND UNDER SEAL
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

DATED this 4th day of October, 2021.

CALFO EAKES LLP

By     *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA #27079
    Henry C. Phillips, WSBA #55152
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 407-2200
    Fax:  (206) 407-2278
    Email: angeloc@calfoeakes.com
           henryp@calfoeakes.com

*Attorneys for Defendant Bernard Ross Hansen*

MOTION TO FILE DECLARATION EX PARTE AND UNDER SEAL
(Case No. 18-cr-0092-RAJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278