HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN,<br><br>　　　　　　　　　Defendant. | Case No. CR18-0092-RAJ<br><br>ORDER GRANTING MOTION<br>TO CONTINUE SENTENCING |

THIS MATTER, having come before the Court on Defendant Bernard Ross Hansen's Motion to Continue Sentencing, and the Court having reviewed the motion, any response, and any reply, and being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion (Dkt. # 367) is GRANTED. Sentencing for Defendant Bernard Ross Hansen is continued to **January 7, 2022, at 1:30 p.m.**

DATED this 12th day of October, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE SENTENCING
(Case No. 2:18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278