HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     v.<br><br>BERNARD ROSS HANSEN,<br><br>                        Defendant. | Case No. CR18-0092-RAJ<br><br>ORDER GRANTING MOTION TO FILE DECLARATION *EX PARTE* AND IN CAMERA |

The Court, having reviewed Defendant Bernard Ross Hansen's Motion to File the Declaration of Angelo J. Calfo *Ex Parte* and In Camera, and being fully advised, hereby finds good cause and ORDERS that the Motion (Dkt. # 370) is GRANTED.

DATED this 12th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
DECLARATION *EX PARTE* AND IN
CAMERA
(Case No. 2:18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278