

FILED
LODGED
RECEIVED

DEC 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR18-092-RAJ |
| plaintiff | SURETYSHIP REVOCATION NOTICE |
| Vs | ORDER TO DISTRIBUTE ASSETS |
| DIANE RENEE EDMANN, | (Clerks action required) |
| BERNARD ROSS HANSEN | By special restricted appearance |
| defendants | |

TO: UNITED STATES DISTRICT COURT CLERK RAVI SUBMRAMANIAM FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE, Indemnitee, holder of the indemnity bond No. ERL20081510 .

Please take Notice of Surety appearance and resignation of JEFFREY MARK MCMEEL

## SURETYSHIP REVOCATION NOTICE AND
## ORDER TO DISTRIBUTE ASSETS

To Ravi Subramaniam District court executive/Clerk of the UNITED STATES DISTRICT COURT , WESTERN DISTRICT OF WASHINGTON in the city of Seattle, , with reference to case number CR18-092-RAJ, also known as contract number, invitation number, and account case/contract No: CR18-092-RAJ regarding the issued indemnity bond No. ERL20081510 currently appearing on the record at docket No. 389 and 390. I, JEFFREY MARK MCMEEL, Beneficiary and Surety, being unable to complete the duties of Surety by this Notice, do hereby remove myself from any and all Suretyship responsibilities. By my resignation as Surety in the above cited matter I, JEFFREY MARK MCMEEL waive my rights to the pledged assets as identified in any affidavit or assumption/presumption of individual Surety, and hereby order the CLERK RAVI SUBRAMANIAM Clerk/Executive/Recorder of the UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON , in the city, municipality and political subdivision of SEATTLE, WASHINGTON. to pay all claims secured by the pledged assets, terminate the INDEMNITY BOND ERL20081510, and return all overages remaining in said Indemnity Bond asset to me, Jeffrey Mark McMeel, at the below address, within ten (10) business days.

Court Clerk Ravi S is instructed to send a copy of the INTERNAL REVENUE FORM 1099-A that covers the indemnity bond and court terminated security interest of beneficiary JEFFEY MARK MCMEEL listed herein to the address below without delay.

Failure to execute the above instructions give cause for the beneficiary to issue an IRS FORM W-4 , an Employee's Withholding Certificate and assess the full amount of the indemnity bond value over to the Internal Revenue Service for Tax Collection, owed by the delinquent court, on the Extra withholding amount listed on line 4c of the W-4. The court has seized/commandeered JEFFREY

status to the Indemnity bond and affiant has seen no other evidence to the contrary and believes none exists.

Take Notice the" Secretary of the Treasury Ex Rel" may issue a Title 31 Distress Warrant for the safety of the United States.

These instructions herein are Non-Negotiable

Signed by my own hand with full authority as Nameholder this 10th day of December, 2021

Thank you in advance. Done in Good faith       *given under a patent right*

By: *[signature]*
Jeffrey Mark McMeel, Beneficiary


Nameholder for Surety,
c/o address
PO Box 433
Bellevue, Washington [98009]

## JURAT

STATE OF WASHINGTON
County of King                ss.

Signed or attested before me on December __10__ 2021 __4:28__ AM/**PM** by McMeel, Jeffrey Mark.

*[signature]*
                                                        (SEAL)
Notary Public
My Commission expires on __June 7__, 20__23__.

(Notary seal: Commission Number 176231, Haris Kerami, My Appointment Expires 6/7/2023, State of Washington)



First Class Postage

United States District Court
700 Stewart St
Seattle, WA 98101