FILED
LODGED
RECEIVED

DEC 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR18-092-RAJ |
| plaintiff | SURETYSHIP REVOCATION NOTICE |
| Vs | ORDER TO DISTRIBUTE ASSETS |
| DIANE RENEE EDMANN, | (Clerks action required) |
| BERNARD ROSS HANSEN | By special restricted appearance |
| defendants | |

TO: UNITED STATES DISTRICT COURT CLERK RAVI SUBMRAMANIAM FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE, Indemnitee, holder of the indemnity bond No. ERL20081510.

Please take Notice of Surety appearance and resignation of JEFFREY MARK MCMEEL

3

Email: benjamin.diggs@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2021 | 396 | Suretyship Revocation Notice and Order to Distribute Assets filed by Jeffrey Mark McMeel (VE) (Entered: 12/16/2021) |
| 12/16/2021 | | NOTICE TO PARTIES: Per direction of the Court, 396 Suretyship Revocation Notice and Order to Distribute Assets filed by Jeffrey Mark McMeel has been placed on the docket. The Court does not intend to take any action on this document, which has been filed by a non-party in this case. (VE) (Entered: 12/16/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/18/2021 11:47:44 | | | |
| PACER Login: | jeffreymcmeel | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-cr-00092-RAJ Start date: 12/1/2021 End date: 12/17/2021 |
| Billable Pages: | 4 | Cost: | 0.40 |

4