```
                               FILED
                               LODGED        MAIL
                               RECEIVED

                            DEC 22 2021
```

UNITED STATES DISTRICT COURT

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR18-092-RAJ |
| plaintiff | MURDER OF CROWS DETAINER |
| Vs | IN REGARDS TO COMMANDEERED |
| DIANE RENEE EDMANN, | EMPLOYEE OF THE COURT: JEFFREY |
| BERNARD ROSS HANSEN | MARK MCMEEL |
| defendants | |
| | (Clerks action required) |
| | By special restricted appearance |

TO: UNITED STATES DISTRICT COURT CLERK RAVI SUBMRAMANIAM FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE, Indemnitee, custodian of the indemnity bond No. ERL20081510 .

AND TO : THE UNITED STATES DEPARTMENT OF THE TREASURY

AND TO: THE COMPTROLLER GENERAL OF THE UNITED STATES

Comes now Jeffrey Mark McMeel, affiant for the resigned transient surety JEFFREY M MCMEEL and files this "MURDER OF CROWS DETAINER IN REGARDS TO COMMANDEERED EMPLOYEE OF THE COURT: JEFFREYMARK MCMEEL"

The court has failed to provide the Internal Revenue form 1099-A as requested by the Claimant of the Indemnity bond received by the court on December 13,2021. See attached cover page. This Notice to the court and government parties requests any Internal Revenue Forms 1099-B or other Internal Revenue Forms associated in any way with this court matter. GSA forms sf 25, sf 25A, sf 28, sf 273, sf 274, af 275 and optional form 91 are requested with this Notice. The court seized and commandeered employee JEFFREY MARK MCMEEL, with standing in the proceeds of the indemnity bond( CLERK RAVI SUBRAMANIAM, the Custodian) as the Claimant and a damaged party of BERNARD ROSS HANSEN and affiant has seen no other evidence to the contrary and believes none exists.

The court a deligquent tax fugitive from the Department of Treasury is liable for this "Murder of Crows" detainer of affiant as custodian of the financial assets herein and affiant has seen no other evidence to the contrary and believes none exists.

Therefore the undersigned affiant forwards the W-4 withholding certificate information to the Internal Revenue Service and Comptroller General for collection of revenue and looks for their return to affiant.

/// Further affiant saith not.     *given under a patent right*

Done in good faith this 18th day of December 2021

By: _____     for JEFFREY MARK MCMEEL ,

CLAIMANT Executor/beneficiary



First class postage

SEATTLE WA
20 DEC 2021 PM

US District Court
700 Stewart St.
Seattle, WA 98101

98101-444285

FILED
LODGED
RECEIVED

DEC 22 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY