THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>BERNARD ROSS HANSEN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:18-cr-00092-RAJ<br><br>ORDER GRANTING DEFENDANT HANSEN'S MOTION TO CONTINUE SENTENCING |

THIS MATTER, having come before the Court on Defendant Bernard Ross Hansen's Motion to Continue Sentencing, and the Court having reviewed the motion, the Government's response, and being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion (Dkt. 433) is GRANTED. The sentencing hearing for Defendant Bernard Ross Hansen is continued to April 29th at 1:30 p.m.

DATED this 16th day of March, 2022.

　　　　　　　　　　　　　　　　　*[signature: Richard A. Jones]*
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　United States District Judge