Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN, and<br>DIANNE ERDMANN,<br><br>Defendants. | NO. 2:18-cr-00092-RAJ<br><br>ORDER SEALING GOVERNMENT'S EXHIBITS 601, 602 AND 603 TO SENTENCING MEMORANDUM |

THIS MATTER comes before the Court on the Government's Motion to Seal Exhibits 601, 602, and 603 to its sentencing memorandum. Having considered the motion, and finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. 446) is GRANTED. The Government's Exhibits 601, 602, and 603 shall remain sealed.

DATED this 27th day of April, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL EXHIBITS 601, 602, and 603 - 1
*United States v. Hansen, et al.*, 2:18-cr-00092-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970