THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cr-00092-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER, having come before the Court on Defendant Bernard Ross Hansen's Motion to Seal, and the Court having reviewed the motion, being fully advised, and finding good cause, now therefore,

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 450) is GRANTED. The unredacted version of Defendant Hansen's sentencing memorandum, the declaration of Angelo J. Calfo in support of the sentencing memorandum; and Exhibit 1 to the declaration of Angelo J. Calfo shall remain under seal.

DATED this 27th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_/s/ Richard A. Jones_____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO SEAL
(Case No. 2:18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278