Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN,<br><br>Defendant. | No. 2:18-cr-00092-RAJ<br><br>ORDER ISSUING<br>ARREST WARRANT |

The sentencing hearing in the above-entitled matter was scheduled for Friday, April 29, 2022, at 1:30 p.m. The Defendant, BERNARD ROSS HANSEN, received notice of the hearing. HANSEN did not appear and his whereabouts are unknown.

This Court hereby ORDERS the issuance of an arrest warrant for BERNARD ROSS HANSEN.

Upon his arrest, HANSEN shall be detained. Any request for release from detention shall be made directly to this Court.

DATED this 29th day of April, 2022.

HON. RICHARD A. JONES
United States District Judge