# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| United States of America<br>v.<br>Bernard Ross Hansen<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:18-cr-00092-RAJ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Bernard Ross Hansen__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for sentencing hearing.

Date: __04/29/2022__

*Sandra Rawski* (signature)
*Issuing officer's signature*

City and state: __Seattle, WA__

Sandra Rawski Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __4/29/22__, and the person was arrested on *(date)* __5/11/22__
at *(city and state)* __SEATTLE, WA__.

Date: __5/11/22__

_____
*Arresting officer's signature*

SA FBI
*Printed name and title*