The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD ROSS HANSEN,<br><br>　　　　　　Defendant. | NO. CR18-092RAJ<br><br>**SUPPLEMENT TO GOVERNMENT'S SENTENCING MEMORANDUM** |

Ross Hansen committed a multi-million-dollar fraud that ended in 2016. After years of delays, he was convicted by a jury and faced sentencing on April 29, 2022. But Mr. Hansen thumbed his nose at the law one more time – he failed to appear and led the FBI on an 11-day manhunt across Western Washington. When he was finally arrested on May 10, he possessed three loaded firearms. Mr. Hansen should be sentenced to 16 years' imprisonment.

I.    **ADDITIONAL BACKGROUND**

Mr. Hansen was scheduled to be sentenced on April 29, 2022. Defendants did not appear for sentencing. The Court issued arrest warrants. The FBI went to Defendants' rental home in Auburn, Washington and learned that Defendants had fled. *See* Declaration of Special Agent Williamson, filed herewith.

Defendants remained on the run for 11 days while the FBI searched for them. The FBI learned that Defendants had switched from their previous vehicle to a 2005 Mazda

Government's Sentencing Supplement - Hansen
*United States v. Hansen & Erdmann*, CR18-092RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MPV minivan. Williamson Declaration at ¶ 3. The FBI learned that Defendants had traveled from Auburn, to Federal Way, to Bremerton, and eventually to Port Hadlock, Washington. Williamson Declaration at ¶ 3. After a tip, law enforcement eventually located Defendants at the Port Hadlock Motel, and they were arrested on May 10, 2022. Ms. Erdmann was arrested while visiting an office connected to the motel and Mr. Hansen was arrested while walking their dog. Williamson Declaration at ¶ 4.

After the arrests, agents searched the Mazda MPV that Defendants were using to flee. They observed a cardboard box on the floor of the van behind the front seats but within reaching distance of the front seats. Williamson Declaration at ¶ 5-6. The box contained three loaded handguns. Williamson Declaration at ¶ 7.

## II. GOVERNMENT'S SENTENCING RECOMMENDATION

The government recommends that Mr. Hansen be sentenced to 16 years' imprisonment. This is an increased recommendation from its earlier sentencing memo, where it recommended 15 years' imprisonment.[1] A lengthy sentence for Mr. Hansen is appropriate for the reasons discussed in the government's initial sentencing memorandum (Dkt. #448) – because of the nature and circumstances of the offense, particularly the extent of the harm it caused to more than 3000 victims, and because of the need to deter similarly situated defendants, and the need for the sentence to be consistent with other similarly situated defendants.

And a lengthy sentence is necessary in this case because of Mr. Hansen's characteristics, specifically his lack of respect for the law and his refusal to take responsibility for his actions. *See* 18 U.S.C. §3553(a). These characteristics were displayed prominently in Hansen's decision to flee.

---

[1] The government notes that the Probation Office has increased its sentencing recommendation to 120 months' imprisonment, citing Section 3553(a) factors including the need for specific and general deterrence, just punishment for the offense, and the need to protect the community. The government agrees with the reasoning of the probation recommendation, but not the recommended sentence.

Government's Sentencing Supplement - Hansen
*United States v. Hansen & Erdmann, CR18-092RAJ* - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Mr. Hansen's flight was one more self-serving act consistent with how he operated NWTM.  Mr. Hansen ran NWTM like his own personal piggy bank and used customer money for his own benefit and not for the customers' benefit.  His sentencing memo depicted him as someone who "lack[ed] personal greed" and only wanted to "make good on his obligations" (*see* Hansen Sentencing Memo at 7) but the Court has seen that Mr. Hansen is only motivated by his own needs.

  Further, Mr. Hansen's flight from law enforcement undercuts his argument that his multiple chronic medical conditions prevent him from serving a prison sentence.  As an initial matter, the Probation Office recognized that Mr. Hansen's medical conditions can be treated in the Bureau of Prisons.  The medical records supplied by Mr. Hansen at the time of the original sentencing do not change this analysis.  Indeed, Mr. Hansen's flight across Western Washington, leaving his physician, staying in hotels, and arming himself with three loaded guns, demonstrate that he was perfectly able to make the "lifestyle adjustments" that he claimed he could not.  *See* Hansen Sentencing Memo at 9 (claiming that prison will require Mr. Hansen to make difficult "lifestyle adjustments").

  Finally, the Court should impose a 16-year sentence to protect the public from Mr. Hansen.  The need to prevent Mr. Hansen from committing economic harm was addressed in the previous sentencing memo.  Recent events have shown that Mr. Hansen also presents a danger of violence.  When he was apprehended by law enforcement in Port Hadlock, he was traveling with three loaded firearms in reaching distance of the front seat of his vehicle.  Mr. Hansen was prohibited from carrying these firearms because he is a convicted felon, because he was on pretrial release, and because he was fleeing from his sentencing hearing.  The combination of firearms and a desperate flight could have led to tragedy.

  In short, Mr. Hansen has refused to take any responsibility for the damage he caused with NWTM and his self-serving approach has continued throughout this case.  He deserves a significant, 16-year sentence.

//

Government's Sentencing Supplement - Hansen
*United States v. Hansen & Erdmann*, CR18-092RAJ - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## III. CONCLUSION

The government respectfully recommends that the Court sentence Ross Hansen to 16 years' imprisonment followed by three years of supervised release. The government also requests that Mr. Hansen be ordered to pay $33,744,166.92 in restitution.

Dated this 31st day of May 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Brian Werner*
BRIAN WERNER
BENJAMIN DIGGS
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970

Government's Sentencing Supplement - Hansen
*United States v. Hansen & Erdmann, CR18-092RAJ* - 4

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970