HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>BERNARD ROSS HANSEN,<br><br>                      Defendant. | Case No.  CR18-0092-RAJ<br><br>**NOTICE OF CRIMINAL APPEAL** |

Notice of hereby given that Defendant Bernard Ross Hansen ("Defendant Hansen") appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence entered in this action on June 6, 2022.

DATED this 16th day of June, 2022.

CALFO EAKES LLP

By     *s/Angelo J. Calfo*
       Angelo J. Calfo, WSBA #27079
       Henry C. Phillips, WSBA #55152
       1301 Second Avenue, Suite 2800
       Seattle, WA 98101
       Telephone: (206) 407-2200
       Fax:  (206) 407-2278
       Email: angeloc@calfoeakes.com
               henryp@calfoeakes.com
*Attorneys for Defendant Bernard Ross Hansen*

NOTICE OF CRIMINAL APPEAL
(Case No. 18-cr-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278