|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 22 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> BERNARD ROSS HANSEN, AKA Ross B Hansen, <br><br> Defendant-Appellant. | No. 22-30102 <br><br> D.C. No. 2:18-cr-00092-RAJ-1 <br> Western District of Washington, Seattle <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion of appellant's appointed co-counsel, Angelo J. Calfo, Esq., Patricia A. Eakes, Esq., and Henry Charles Philips, Esq., to withdraw as counsel of record and to appoint new counsel (Docket Entry No. 3) is granted. Counsel will be appointed by separate order.

The Clerk will electronically serve this order on the appointing authority for the Western District of Washington, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by July 25, 2022. The transcript is due August 24, 2022. The opening brief and excerpts of record are

due October 3, 2022; the answering brief is due November 2, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk will serve this order on former counsel. Within 14 days of this order, appellee must serve this order on appellant individually and provide this court with proof of service, including appellant's address.