Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD ROSS HANSEN, <br> DIANE RENEE ERDMANN, <br><br> Defendants. | NO. CR18-092 RAJ <br><br> GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that Brian Werner, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel in the above-referenced matter. AUSA Benjamin Diggs is assigned to the prosecution of this case.

Dated this 20th day of July, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney

GOVT'S NOTICE OF WITHDRAWAL OF COUNSEL - 1
U.S. v. Bernard Hansen & Diane Erdmann, CR18-092 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970