The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>v.<br><br>HANSEN, et al,<br><br>Defendants. | NO. CR18-092 RAJ<br><br><br>NOTICE OF APPEARANCE |

The United States of America hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

Tania M. Culbertson is now counsel of record for this case on behalf of the United States.  Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

Tania M. Culbertson
United States Attorney's Office
700 Steward Street, Suite 5220
Seattle, Washington 98101-1271
Fax Number: (206) 553-0755

NOTICE OF APPEARANCE - 1
*United States v. Hansen, et al*, CR18-092RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 11th day of October, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Tania M. Culbertson*
TANIA M. CULBERTSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970

NOTICE OF APPEARANCE - 2
*United States v. Hansen, et al*, CR18-092RAJ