UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>BERNARD ROSS HANSEN, AKA Ross B Hansen,<br><br>    Defendant-Appellant. | No. 22-30102<br><br>D.C. No. 2:18-cr-00092-RAJ-1<br>Western District of Washington, Seattle<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly Volume 15 of the excerpts of record (Docket Entry No. 32). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. Therefore, the Clerk will unseal the notice (Docket Entry No. 32-2) and will file publicly the opening brief (Docket Entry No. 30) and Volumes 1-15 of the excerpts of record (Docket Entry Nos. 31 and 32-1).

The remainder of the briefing schedule is stayed pending resolution of appellee's motion to stay appellate proceedings, which will be addressed by separate order.