


OCT 06 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

October 5, 2023 AD
Auburn City

U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

RE: Notice of Barter Exchange of Securities Case No. 2:1800092-RAJ

Dear Court Clerk Ravi Subramanian, assigns, successors and agents,

I request your cooperation for a barter exchange of the court case Judgment security for Case No. 2:1800092-RAJ signed by Judge Richard A. Jones on June 6, 2022. You are under a fiduciary duty as for the surety BERNARD ROSS HANSEN you or other parties of the court have used to fund the securities traded in Mutual Funds.

You may use the securities referred to in my September 5, 2023 letter to fund the transfer of money to my Fiduciary Mr. Girard with the American Indian Trust fund.

I require a receipt of the ending transaction sent to my address below as is your duty to the surety JEFFREY M MCMEEL.

Thank you for your cooperation without delay and forthwith requested receipt sent to the undersigned beneficiary.

Jeffrey McMeel [signature] beneficiary

% PO Box 2434 Auburn, Washington USA 98071

SEATTLE WA 980
4 OCT 2023 PM 6 L

Chief Clerk's office
U.S. District court
700 Stewart Street
Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED
MAIL
OCT 06 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

98101-444285