

November 5, 2023 AD
Auburn City

U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

Tessa M. Gorman
Acting Attorney General
700 Stewart Street Suite 5220

RE: Notice of Barter Exchange Negligence of Securities Case No. 2:1800092-RAJ

Dear Court Clerk Ravi Subramanian, assigns, successors and agents,

    You have failed to contact me with a status report regarding the barter of the judgment securities that you were to transfer to my American Indian Trust fiduciary. You have a duty of Office to facilitate the barter and exchange of securities to the undersigned beneficiary of the securities pledged by unknown parties in your organization.

    How would I know if you or John Doe parties have pledged my Estate Name as surety for these securities? Who are the sureties involved in this judgment security? Where is my requested receipt?

    I have a need to know if you are working a conspiracy with Mr. Girard of the American Indian Trust fund to withhold my interest, dividends and capital gains where the securities are trading in mutual funds.

    Your negligence is causing a financial loss and deliberate hardship to the undersigned beneficiary since 2016.

By: _/s/ Jeffy Mc Meel_ _____ Jeffrey McMeel, beneficiary

PO Box 2434 Auburn, WA USA  98071

