HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> BERNARD ROSS HANSEN, <br><br> Defendant-Appellant | WDW Case No.: 2:18-cr-00092 <br> CAP Case No. 22-302102 <br><br> RESPONSE TO GOVERNMENT'S <br> MOTION TO DISPOSE OF RECORDS |

The government has moved to dispose of records from Northwest Territorial Mint of which the government had taken custody. *See* District Court Docket No. 549; *see also* District Court Docket Nos. 34, 47, and 48. The codefendant, Diane Erdmann, already has responded, arguing that "[b]ecause Ms. Erdmann has a meritorious appeal pending and she cannot afford to store the records herself, the Court should deny the government's motion without prejudice to renewal if Ms. Erdmann loses her direct appeal." *See* District Court Docket No. 551.

For all of the reasons stated in Ms. Erdmann's response, Mr. Hansen joins in that response. ACCORDINGLY, Mr. Hansen respectfully requests the Court that deny the government's motion without prejudice to renewal if Hansen loses his direct appeal.

RESPONSE TO GOVERNMENT MOTION-1

BROOKS HOLLAND
GONZAGA LAW SCHOOL
(646) 397-5405

Respectfully submitted:
Dated June 18, 2024

/s/ *BHolland*

---

BROOKS HOLLAND
Counsel for Bernard Ross Hansen
*Pro Hac Vice* by CJA Appointment
Gonzaga University School of Law
721 N. Cincinnati Street
Spokane, WA 99202
646-397-5405
hollandb@gonzaga.edu

**CERTIFICATE OF SERVICE**

Counsel certifies that on June 18, 2024, I electronically filed this response with the Clerk of the Court using the CM/ECF system, which will electronically notify the attorneys of record in this case.

*/s/ BHolland*

_____

**Brooks Holland**

RESPONSE TO GOVERNMENT MOTION-3

BROOKS HOLLAND
GONZAGA LAW SCHOOL
(646) 397-5405