Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | NO. 2:18-cr-00092-RAJ<br><br>ORDER ON UNITED STATES'<br>MOTION TO DISPOSE OF RECORDS |

THIS MATTER comes before the Court upon the United States' Motion to Dispose of Records (Dkt. 549). The Court has considered the motion, the Defendants' responses, the Government's reply, and the files and pleadings herein. The Court finds the Government has shown it should not be required to continue to store the records at Government expense, and that Defendants should either take custody of the records to store at their own expense, or Defendants could make application to the CJA panel for funds at public expense for storage of the documents.

///
///
///
///

ORDER - 1

IT IS HEREBY ORDERED that the United States' Motion (Dkt. 549) is GRANTED. The Government shall make the records available to Defendants for pickup at the Federal Center South in Seattle, Washington until a date three (3) weeks from the date of this order. If Defendants do not take custody of the records by that date, the Government shall be permitted to destroy the records.

DATED this 2nd day of July, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2