# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 18, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Bernard Ross Hansen and Diane Renee Erdmann
v. United States
No. 24-5785
(Your No. 22-30102, 22-30103)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 15, 2024 and placed on the docket October 18, 2024 as No. 24-5785.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst