AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Western Washington |
|---|---|
| Name (under which you were convicted): Bernard Ross Hansen | Docket or Case No.: 2:25-cv-01088-RAJ |
| Place of Confinement: FCI Victorville * | Prisoner No.: 16745-086 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted): Bernard Ross Hansen |

## MOTION

FILED / LODGED / ENTERED / RECEIVED
JUN 11 2025
BY CLERK U.S. DISTRICT COURT AT SEATTLE WESTERN DISTRICT OF WASHINGTON
DEPUTY

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   District of Western Washington
   Seattle, Washington

   (b) Criminal docket or case number (if you know): 2:18-cr-00092-RAJ

2. (a) Date of the judgment of conviction (if you know): July 30, 2021
   (b) Date of sentencing: June 6, 2022

3. Length of sentence: 132 months

4. Nature of crime (all counts): wire/mail fraud

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)  Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [X]

* I am in transit and do not know how long I will be here, or where I am heading.

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?  Yes ☒  No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Ninth Circuit Court of Appeals
   (b) Docket or case number (if you know): 22-30102
   (c) Result: Denied
   (d) Date of result (if you know): unknown
   (e) Citation to the case (if you know): unknown
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☒  No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 24-5785
   (2) Result: Denied

   (3) Date of result (if you know): January 13, 2025
   (4) Citation to the case (if you know): unknown
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

Page 3 of 13

AO 243 (Rev. 09/17)

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐    No ☐

   (7) Result: _____

   (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

   (1) Name of court: _____

   (2) Docket of case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐    No ☐

   (7) Result: _____

   (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

   (1) First petition:    Yes ☐    No ☐

   (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My lead attorney, Angelo Calfo, had a conflict of interest and should have moved to withdraw as my counsel. He did not.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Due to this conflict, an outside attorney was appointed to me during my trial. I have emails from this attorney stating that this was "a non-waivable conflict" and Mr. Calfo "should move to withdraw." At one point he even emailed me that Mr. Calfo "intends to move to withdraw."

2) Mr. Calfo remained as my counsel for the duration of the trial, telling me that if he withdrew I would be taken into custody and would then be without a lawyer because it is too difficult to represent someone who is in custody.

3) Due to this conflict, Mr. Calfo abruptly shorted me on my defense, scratching witnesses who had been scheduled to testify on my behalf. I listened to two solid weeks of prosecution testimony, while my defense was cut to just a day or two. My "team" and I had agreed on 3 experts needed to testify on my behalf; those experts were never brought in.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

This required more information to establish than what is in the district court record.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

AO 243 (Rev. 09/17)

    (4)  Did you appeal from the denial of your motion, petition, or application?
          Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
          Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** I made it clear to my attorney, Angelo Calfo, that I wanted to testify on my behalf at my trial. He told me I could not.

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) He refused to prep me for testimony.

2) My emails from Mr. Calfo state that if I were to testify, the judge would automatically give me an extra five years in prison.

  (b)  **Direct Appeal of Ground Two:**
    (1)  If you appealed from the judgment of conviction, did you raise this issue?
          Yes ☐    No ☒

AO 243 (Rev. 09/17)

    (2)  If you did not raise this issue in your direct appeal, explain why:

More information was required to establish this, than was available in the district court record.

(c) **Post-Conviction Proceedings:**
    (1)  Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒
    (2)  If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):


    (3)  Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐
    (4)  Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐
    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐
    (6)  If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):


    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** My attorneys refused to allow me any input in my defense.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) I was not allowed to be in their strategy meetings during trial.
2) Emails from them show their dismissal of my input, my notes to them during the trial were completely ignored, and by the end of trial their emails to me showed outright hostility.
3) I never met with them in their office pre-trial to examine evidence or to stratigize.
4) Mr. Calfo stated to me that he wasn't being paid enough to take my case to trial and that he had expected me to "be smart enough to take a plea."

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:

  This required more information to establish than what is in the district court record.

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

AO 243 (Rev. 09/17)

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** My attorneys never reviewed with me the FBI "302" statements made by witnesses to ask for my input on the validity, and rebuttal strategies, of the statements.

    (a)  **Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.):

My attorneys were unable to mount an adequate defense to witness testimony.

    (b)  **Direct Appeal of Ground Four:**

        (1)   If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☒

        (2)   If you did not raise this issue in your direct appeal, explain why:

This required more information to establish than what is in the district court record.

    (c)  **Post-Conviction Proceedings:**

        (1)   Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐    No ☒

        (2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All of these grounds have not been presented, as they all require more information to establish than what is available in the district court record.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At the preliminary hearing:
   N/A

   (b) At the arraignment and plea:
   Jennifer Wellman, Public Defender's Office

   (c) At the trial:
   Angelo Calfo, Henry Phillips, Anna Cavnar

   (d) At sentencing:
   Henry Phillips - Mr. Calfo finally having withdrawn during this hearing, stating he will testify against me at some point.

   (e) On appeal:
   Brooks Holland

   (f) In any post-conviction proceeding:
   N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding:
   N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:
   (c) Give the length of the other sentence:
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
A new trial, with appointment of new counsel, due to the volume and complexity of the record.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___N/A_____ .
(month, date, year)

Executed (signed) on ___June 10, 2025_____ (date)

Diane Erdmann
220 - 11th Ave
Seattle WA 98122

_____Diane Erdmann_____
Signature of Movant

Please include me in all correspondence.
If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
Motion is signed by Mr. Hansen's girlfriend, who has filled out this form and is filing this motion on his behalf, as he is incarcerated and has limited abilities and means of communication at this time.